JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO
9454 Wilshire Blvd, Ste. 902
Beverly Hills, California 90212



FILED
CLERK, U.S. DISTRICT COURT
07/27/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-cr-00127 |
| v. | |
| Douglas Chrismas | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Jennifer Lieser_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

7.27.21
Date

*Douglas Chrismas, per authorization*
Defendant's Signature

Los Angeles, CA
City and State

## APPEARANCE OF COUNSEL

I, Jennifer Lieser_____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

7.27.21
Date

*Jennifer Lieser*
Attorney's Signature

313707
California State Bar Number

9454 Wilshire Blvd., Ste. 902
Street Address

Beverly Hills, CA 90212
City, State, Zip Code

310-557-0007            310-861-1776
Telephone Number        Fax Number

lieser@kaplanmarino.com
E-mail Address

CR-14 (01/07)          DESIGNATION AND APPEARANCE OF COUNSEL