Adam H. Braun, Esq. (SBN 199544)
BRAUN & BRAUN LLP
10880 Wilshire Blvd. Suite 1020
Los Angeles, CA 90024
Tel: (310)277-4777
Fax: (310)507-0232
adam@braunlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>DOUGLAS J. CHRISMAS<br><br>Defendant(s). | CASE NUMBER:<br>21-cr-00127-MCS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Douglas Chrismas__    ☐ Plaintiff   ■ Defendant   ☐ Other
*Name of Party*

to substitute __Adam Braun__ who is

■ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__10880 Wilshire Blvd. Suite 1020__
*Street Address*

__Los Angeles, CA 90067__                                              __adam@braunlaw.com__
*City, State, Zip*                                                             *E-Mail Address*

__(310)277-4777__          __(310)507-0232__          __199544__
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of   __Nina Marino and Jennifer Lieser of Kaplan Marino, PC__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**     **X  GRANTED**          ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: August 12, 2021

*/s/ Mark C. Scarsi*
U. S. District Judge Mark C. Scarsi

---

G-01 ORDER (09/17)     **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**