Adam H. Braun, Esq.  [CASBN 199544]
Email:  adam@braunlaw.com
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone:  (310) 277-4777
Facsimile:   (310) 507-0232

Attorneys for Defendant
DOUGLAS CHRISMAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS CHRISMAS,<br><br>Defendant. | Case No. 2:21-CR-0127-MCS<br><br>**DEFENDANT'S <u>UNOPPOSED</u> *EX PARTE* APPLICATION TO PERMIT INTERNATIONAL BUSINESS TRIP AND RELATED RETURN OF PASSPORT** |

Defendant Douglas Chrismas, by and through his counsel of record Adam H. Braun, hereby files this <u>unopposed</u> *ex parte* application to permit (1) Defendant to take a business trip to Copenhagen, Denmark in late November and early December 2021 to attend an art exhibit at which one of his managed artists will be exhibiting an artwork and (2) Defense Counsel to return Defendant's passport to Defendant briefly to have it stamped and updated by U.S. Citizenship and Immigration Services to facilitate that upcoming international business trip before it is returned to Defense Counsel who will maintain possession of the passport as required under the current pretrial release conditions until Defendant's aforementioned business trip to Copenhagen.  Furthermore, Defendant shall provide to Pretrial Services a copy of Defendant's travel itinerary at least 7 days before he departs on the trip.

---

**UNOPPOSED *EX PARTE* TO PERMIT INTERNATIONAL BUSINESS TRAVEL**

Defense counsel contacted both the assigned AUSA and the assigned Pretrial Services Officer about this *ex parte* request for international business travel and the handling of Defendant's passport and both indicated they had no objection to this request.

Respectfully Submitted,

BRAUN & BRAUN, LLP

Dated:   October 19, 2021          */s/ Adam H. Braun*
                                    Adam H. Braun
                                    Attorneys for Defendant CHRISMAS

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024