1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
4  DAVID W. WILLIAMS (Cal. Bar No. 295204)
   Assistant United States Attorneys
5       Major Frauds/Appeals Sections
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-0756/8485
        Facsimile: (213) 894-6265
8       Email:    valerie.makarewicz@usdoj.gov
                  david.williams3@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                 UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. 2:21-cr-00127-MCS

14         Plaintiff,                 JOINT PROPOSED VERDICT FORM

15            v.                      Trial Date:   October 24, 2023
                                      Trial Time:   8:30 a.m.
16 DOUGLAS CHRISMAS,                  Location:     Courtroom of the
                                                    Hon. Mark C.
17         Defendant.                               Scarsi

18

19      Plaintiff United States of America, by and through its counsel

20 of record, the United States Attorney for the Central District of

21 California and Assistant United States Attorneys Valerie L.

22 Makarewicz and David W. Williams, and defendant DOUGLAS CHRISMAS, by

23 //

24 //

25 //

26 //

27

28

1  and through his counsel of record, Adam H. Braun, hereby submit their

2  joint proposed verdict form.

3

4   Dated: September __, 2023          Respectfully submitted,

5                                     E. MARTIN ESTRADA
                                      United States Attorney
6
                                      MACK E. JENKINS
7                                     Assistant United States Attorney
                                      Chief, Criminal Division
8

9                                     _____
                                      VALERIE L. MAKAREWICZ
10                                    DAVID W. WILLIAMS
                                      Assistant United States Attorneys
11
                                      Attorneys for Plaintiff
12                                    UNITED STATES OF AMERICA

13

14   Dated: September __, 2023          Respectfully submitted,

15

16                                    _____
                                      ADAM H. BRAUN
17                                    Attorney for Defendant
                                      DOUGLAS CHRISMAS

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>DOUGLAS CHRISMAS,<br><br>          Defendant. | No. 2:21-cr-00127-MCS<br><br>VERDICT FORM<br><br>Trial Date:  October 24, 2023<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. Mark C. Scarsi |

1

## COUNT ONE

## Embezzlement Against a Bankruptcy Estate

We, the jury in the above-captioned case, unanimously find the defendant DOUGLAS CHRISMAS:

\_\_\_\_\_     GUILTY

\_\_\_\_\_     NOT GUILTY

of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153, as charged in Count One of the Indictment.

*Please proceed to the next page.*

2

**COUNT TWO**

**Embezzlement Against a Bankruptcy Estate**

We, the jury in the above-captioned case, unanimously find the defendant DOUGLAS CHRISMAS:

\_\_\_\_\_      GUILTY

\_\_\_\_\_      NOT GUILTY

of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153, as charged in Count Two of the Indictment.

*Please proceed to the next page.*

3

**COUNT THREE**

**Embezzlement Against a Bankruptcy Estate**

We, the jury in the above-captioned case, unanimously find the defendant DOUGLAS CHRISMAS:

_____    GUILTY

_____    NOT GUILTY

of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153, as charged in Count Three of the Indictment.

**(The foreperson should now sign and date this verdict form.)**

DATED: _____, 2023, at Los Angeles, California.

_____
FOREPERSON OF THE JURY

4