E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | ORDER ON EX PARTE APPLICATION TO FILE GOVERNMENT'S WITNESS LIST *IN CAMERA* (ECF No. 49) |
| v. | |
| DOUGLAS CHRISMAS, | Trial Date:  October 24, 2023 |
| Defendant. | Trial Time:  8:30 a.m. |
| | Location:    Courtroom of the Hon. Mark C. Scarsi |

The Court has read and considered the government's ex parte application to file the government's witness list in camera.

FOR GOOD CAUSE SHOWN:  The government's witness list will be filed in camera with the Court.   IT IS SO ORDERED.

September 19, 2023
DATE

/s/ Mark C. Scarsi
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ David W. Williams
DAVID W. WILLIAMS
Assistant United States Attorney