Adam H. Braun, Esq. [CASBN 199544]
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone: (310) 277-4777
Facsimile: (310) 507-0232
Email: adam@braunlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS J. CHRISMAS,<br><br>Defendant. | Case No. 21-cr-00127-MCS<br><br>**NOTICE OF NON-OPPOSITION TO GOVERNMENT'S MOTIONS IN LIMINE #1 THROUGH #3 [DOC. 47, 48, AND 54]** |

Defendant DOUGLAS J. CHRISMAS, by and through his counsel of record, Adam H. Braun, hereby files this notice of non-opposition to the Government's Motion in Limine #1 [DOC. 47], Motion in Limine #2 [DOC. 48], and Motion in Limine #3 [DOC. 54].

                                                  Respectfully submitted,

                                                  BRAUN & BRAUN, LLP

Dated: September 27, 2023      By: */s/ Adam H. Braun*
                                                   Adam H. Braun
                                                   Attorneys for Defendant
                                                   DOUGLAS J. CHRISMAS