UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No. 2:21-cr-00127-MCS-1               Date: October 2, 2023

Present: The Honorable: Mark C. Scarsi, U.S. District Judge
Interpreter: N/A

| Stephen Montes Kerr | Maria Bustillos | Valeria L. Makarewics / David W. Williams |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Douglas J. Chrismas | X | | X | Adam H. Braun | X | | X |

**Proceedings:** Status Conference and Hearing on First Motion in Limine to Exclude Evidence and Argument Regarding Intent to Repay (ECF No. 47), Second Motion in Limine to Admit a Redacted Copy of an April 25, 2016 Letter (ECF No. 48), and Third Motion in Limine for Evidence of Advice of Counsel or to Exclude and Advice of Counsel Defense (ECF No. 54)

Cause called; appearances made.

The status conference is held. Court and counsel confer about status of the case and trial procedures. Counsel address the Court. For reasons stated on the record, the Court GRANTS the First Motion in Limine to Exclude Evidence and Argument Regarding Intent to Repay (ECF No. 47), the Second Motion in Limine to Admit a Redacted Copy of an April 25, 2016 Letter (ECF No. 48), and Third Motion in Limine for Evidence of Advice of Counsel or to Exclude and Advice of Counsel Defense (ECF No. 54).

**IT IS SO ORDERED.**

                                                                                                : 15
                                                    Initials of Deputy Clerk   SMO