E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | STIPULATION RE: INVENTORY OF ESTATE |
| v. | |
| DOUGLAS CHRISMAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, and defendant DOUGLAS CHRISMAS, by and through his counsel of record, Adam H. Braun, hereby stipulate to the following facts:

1. The following pieces of art were property of the bankruptcy estate of Art and Architecture Books of the 21st Century in March and April 2016:

      a. Colony, 2002, by Tara Donovan, Pencil, 9'8" X 9'7 3/4" X 2 1/2"

      b. The Moment Before You Realize You Are Not Lost, 2005, by Jonathan Monk, Mirror, 4'(D)

      c. Untitled (Black Light Grid Series), 1987, by Mary Corse, Glass Microspheres in Acrylic on Canvas, 7'(H) x 7(W)

      d. Life Can get Heavy Mascara Shouldn't, 1999, by Sylvie Fleury, Neon, Dimensions Variable

2. The parties further stipulate that the foregoing statement may be read to the jury.

Dated: October 10, 2023      Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Valerie L. Makarewicz
VALERIE L. MAKAREWICZ
DAVID W. WILLIAMS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 10, 2023

/s/ Adam H. Braun (with authorization)
ADAM H. BRAUN
Attorney for Defendant
DOUGLAS CHRISMAS