E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:   valerie.makarewicz@usdoj.gov
            david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>DOUGLAS CHRISMAS,<br><br>        Defendant. | No. 2:21-cr-00127-MCS<br><br>JOINT REQUEST FOR STATUS CONFERENCE; [Proposed] ORDER |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, and defendant DOUGLAS CHRISMAS, by and through his counsel of record, Adam H. Braun, hereby request a status conference for October 16, 2023, so defendant can move for a continuance of the trial set for October 24, 2023, that the government opposes.

Dated: October 12, 2023    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Valerie L. Makarewicz
VALERIE L. MAKAREWICZ
DAVID W. WILLIAMS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 12, 2023

/s/ Adam H. Braun (with authorization)
ADAM H. BRAUN
Attorney for Defendant
DOUGLAS CHRISMAS