E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | JOINT REQUEST FOR STATUS CONFERENCE; [Proposed] ORDER |
| v. | |
| DOUGLAS CHRISMAS, | |
| Defendant. | |

   Based on the request from the parties, the Court hereby orders a status conference for October 16, 2023, at 3:00 p.m. Defendant is ordered to appear at the conference.

   IT IS SO ORDERERD.

 Dated:

                                    _____
                                    HON. MARK C. SCARSI
                                    United States District Judge