E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:    valerie.makarewicz@usdoj.gov
              david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | ORDER ON JOINT REQUEST FOR STATUS CONFERENCE (ECF No. 64) |
| v. | |
| DOUGLAS CHRISMAS, | |
| Defendant. | |

Based on the request from the parties, the Court hereby orders a status conference for October 16, 2023, at 11:00 a.m. Defendant is ordered to appear at the conference.

IT IS SO ORDERERD.

Dated: October 13, 2023

*Mark C. Scarsi*

HON. MARK C. SCARSI
United States District Judge