E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:   valerie.makarewicz@usdoj.gov
            david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
| Plaintiff, | RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE |
| v. | |
| DOUGLAS CHRISMAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, opposes defendant DOUGLAS CHRISMAS' motion for a continuance, as follows.

The government takes its discovery obligations seriously and routinely produces documents to the defendant quickly after the documents are created (i.e., emails between the government and its witnesses transmitting a trial subpoena, or FBI 302 reports of interviews). Further, the government also routinely reexamines its

files to compare it with discovery produced to defendant to ensure that the disclosures are complete and thorough. Each time a production is transmitted to defendant, it is done electronically with a log that describes the production in detail.

Defendant's reason for requesting the continuance is largely based production 7 produced on October 4, 2023. Attached herein and marked Exhibit A is a copy of an <u>annotated</u> log for production 7. For the Court's assistance, the government noted when documents were emails for trial preparation, bankruptcy documents that are a matter of public record in the matter of <u>In Re Art and Architecture Books of the 21st Century</u>, or the related adversary proceedings, or in the case of a deposition of defendant taken in 2019 where defense counsel was present. The first thousand pages are emails between the government for the purposes of trial preparation, deposition testimony of the defendant, or publicly filed bankruptcy documents.

Then, USAO_21750 through USAO_26054, about four thousand three hundred pages, are again documents filed in the bankruptcy or criminal referrals of the defendant to the United States Attorney's Office with supporting publicly filed bankruptcy documents. The government has an "open file" policy of discovery – it discloses to the defendant discovery how it was received by the government, that may include duplicative documents.

The government is not in a position to tell defendant how or what discovery he should review – it all must be reviewed – and the government's detailed and descriptive log can be utilized to prioritize his review. In the meanwhile, the government will

continue to prepare for trial and adhering to its open file policy of disclosing discovery to defendant, as enumerated above.

If the Court is inclined to allow defendant a continuance, which the government opposes, the government requests that the Court require defendant to inform it of his progress in reviewing the government's discovery, either by status report or conference, so that defendant can be prepared for trial and not request any further continuances.  The parties have been working together well in trial pleadings and stipulations; however, this case was indicted in 2021 and the court made it clear to the parties that the matter needs to proceed to trial.

Dated: October 15, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


/s/ Valerie L. Makarewicz
VALERIE L. MAKAREWICZ
DAVID W. WILLIAMS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3