**U.S. v. DOUGLAS J. CHRISMAS**

**Production 7**

| Begin Bates | End Bates | Description/Filename | | Date Produced |
|---|---|---|---|---|
| | | **Correspondence** | | |
| USAO_00020701 | USAO_00020702 | Articles of Incorporation Ace Gallery New York Corporation, filed February 14, 2013 | | 10/4/2023 |
| USAO_00020703 | USAO_00020703 | Statement of Information Ace Gallery New York Corporation, filed April 18, 2013 | | 10/4/2023 |
| USAO_00020704 | USAO_00020704 | Fw_ Voice Message Attached from- SAHN PHONE VICT | Trial Prep | 10/4/2023 |
| USAO_00020705 | USAO_00020705 | Voice message from - SAHN PHONE VICT | Trial Prep | 10/4/2023 |
| USAO_00020706 | USAO_00020708 | Fw_ USA v Douglas Chrismas | Trial Prep | 10/4/2023 |
| USAO_00020709 | USAO_00020710 | [EXTERNAL] FW_ 1 of 4_from Carolyn Dye | Trial Prep | 10/4/2023 |
| USAO_00020711 | USAO_00021049 | Chrismas Depo 8-7-19 (unmarked) | Defense counsel present | 10/4/2023 |
| USAO_00021050 | USAO_00021050 | [EXTERNAL] FW_ 2 of 4_from Carolyn Dye | Trial Prep | 10/4/2023 |
| USAO_00021051 | USAO_00021310 | Douglas James Chrismas 100419 FULL Vol II | | 10/4/2023 |
| USAO_00021311 | USAO_00021311 | [EXTERNAL] FW_ 3 of 4_from Carolyn Dye | Trial Prep | 10/4/2023 |
| USAO_00021312 | USAO_00021485 | Douglas James Chrismas 101819 FULL Vol III | | 10/4/2023 |
| USAO_00021486 | USAO_00021486 | [EXTERNAL] FW_ 4 of 4_from Carolyn Dye | Trial Prep | 10/4/2023 |
| USAO_00021487 | USAO_00021566 | VictorSahn_COND | Trial Prep | 10/4/2023 |
| USAO_00021567 | USAO_00021568 | [EXTERNAL] RE_ Trial Subpoena | Trial Prep | 10/4/2023 |
| USAO_00021569 | USAO_00021569 | [EXTERNAL] RE_ USA v. Douglas Chrismas | Trial Prep | 10/4/2023 |
| USAO_00021570 | USAO_00021571 | [EXTERNAL] RE_ USA v Douglas Chrismas | Trial Prep | 10/4/2023 |
| USAO_00021572 | USAO_00021574 | RE_ Doug Chrismas | Trial Prep | 10/4/2023 |
| USAO_00021575 | USAO_00021576 | Fw_ Spies and CNB | | 10/4/2023 |
| USAO_00021577 | USAO_00021579 | Fw_ Trial Subpoena for Mr. Dayan e-mail | Trial Prep | 10/4/2023 |
| USAO_00021580 | USAO_00021581 | Fw_ Trial Subpoena e-mail | Trial Prep | 10/4/2023 |
| USAO_00021582 | USAO_00021588 | Strauss email chain with chrismas USAO_00006644-USAO_00006650 | | 10/4/2023 |
| USAO_00021589 | USAO_00021590 | Ace Gallery Invoice- Strauss | | 10/4/2023 |
| USAO_00021591 | USAO_00021596 | Fw_ USA v. Douglas Chrismas | Trial Prep | 10/4/2023 |
| USAO_00021597 | USAO_00021602 | Fw_ USA v. Douglas Chrismas | Trial Prep | 10/4/2023 |
| USAO_00021603 | USAO_00021606 | Fw_ Trial Subpoena for Mr. Dayan | Trial Prep | 10/4/2023 |
| USAO_00021607 | USAO_00021608 | Fw_ [EXTERNAL] (Forward to others) Webex meeting invitation_ Dayan Interview | Trial Prep | 10/4/2023 |
| ] | USAO_00021609 | Fw_ Trial Subpoena | Trial Prep | 10/4/2023 |
| USAO_00021610 | USAO_00021635 | plan confirmation order | Bankruptcy Document | 10/4/2023 |
| USAO_00021636 | USAO_00021721 | Amended Chapter 11 Plan-Modified Second Amended Plan | Bankruptcy Document | 10/4/2023 |
| USAO_00021722 | USAO_00021723 | Fw_ Request for Billing Info | Request from defendant re: expert fees | 10/4/2023 |
| USAO_00021724 | USAO_00021724 | Fw_ Trial Subpoena | Trial Prep | 10/4/2023 |
| USAO_00021725 | USAO_00021726 | Trial Subpoena Sahn | Trial Prep | 10/4/2023 |
| USAO_00021727 | USAO_00021727 | Fw_ Voice Message Attached from - BETH YOUNG | Trial Prep | 10/4/2023 |
| USAO_00021728 | USAO_00021728 | Voice message from BETH YOUNG | Trial Prep | 10/4/2023 |
| USAO_00021729 | USAO_00021730 | Fw_ [EXTERNAL] Webex meeting invitation_ Bender Interview | Trial Prep | 10/4/2023 |
| USAO_00021731 | USAO_00021733 | Fwd_ Fleury Report follow-up | MLAT | 10/4/2023 |
| USAO_00021734 | USAO_00021747 | Attachment_Fleury Report follow-up | MLAT | 10/4/2023 |
| USAO_00021748 | USAO_00021749 | Fw_ Jennifer Kellen | Trial Prep | 10/4/2023 |
| | | **Art & Architecture** | | |
| **Ltr with Flash Drive dated 07-24-2019** | | | | |
| USAO_00021750 | USAO_00021754 | Cover letter to Jolene | | 10/4/2023 |
| USAO_00021755 | USAO_00022229 | Fifth Amended Complaint with Exhibits filed | Bankruptcy Document | 10/4/2023 |
| USAO_00022230 | USAO_00022338 | Filed Ziegler Declaration to Vacate Stipulation2 | Bankruptcy Document | 10/4/2023 |
| USAO_00022339 | USAO_00022405 | Plan Agent First Status Report | Bankruptcy Document | 10/4/2023 |
| **Additional Communication** | | | | |
| USAO_00022406 | USAO_00022459 | 12.20.19 letter with exhibits | | 10/4/2023 |
| USAO_00022460 | USAO_00022460 | Art & Architecture Books of the 21st Century, Bankruptcy Case Number 2_13-bk-14135-RK | | 10/4/2023 |
| USAO_00022461 | USAO_00022461 | Art & Architecture Books of the 21st Century | | 10/4/2023 |
| USAO_00022462 | USAO_00022462 | Art & Architecture Books of the 21st Century-plan agent | | 10/4/2023 |
| USAO_00022463 | USAO_00022464 | FW_ Art & Architecture Books of the 21st Century, Bankruptcy Case No. 3_13-bk-14135-RK (_Debtor_) | | 10/4/2023 |
| USAO_00022465 | USAO_00022467 | 2019_10_30_11_14_42 (002) | | 10/4/2023 |

**CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER**

| | | | | |
|---|---|---|---|---|
| USAO_00022468 | USAO_00022469 | FW_ In re_ Art & Architecture Books of the 21st Century – Bankruptcy Case No. 2_13-bk-14135-RK; Adversary Case No. 2_15-ap-1679-RK - Letter Dated Today | | 10/4/2023 |
| USAO_00022470 | USAO_00022475 | J. Tanner Ltr 12.20.19 (002) | | 10/4/2023 |
| USAO_00022476 | USAO_00022522 | ChrismasRule2004 (002) | Bankruptcy Document | 10/4/2023 |
| USAO_00022523 | USAO_00022525 | RE_ Art & Architecture Books of the 21st Century | | 10/4/2023 |
| USAO_00022526 | USAO_00022527 | RE_ Art & Architecture Books of the 21st Century, Bankruptcy Case Number 2_13-bk-14135-RK | | 10/4/2023 |
| USAO_00022528 | USAO_00022529 | RE_ Art & Architecture Books of the 21st Century- Douglas Chrismas Deposition, Bankruptcy Case No. 2_13-bk-14135-RK; Leslie v. Chrismas, et. al., Adversary No. 2_15-ap-01679-RK | | 10/4/2023 |
| USAO_00022530 | USAO_00022868 | Chrismas Depo Transcript 8-7-19 | Defense counsel present | 10/4/2023 |
| USAO_00022869 | USAO_00022871 | Email from Chrismas 10-12-2019 received from USTO 11.2019 | | 10/4/2023 |
| USAO_00022872 | USAO_00022873 | Email from Victor Sahn 8-14-2019 | | 10/4/2023 |
| | | **Bankruptcy Court Filings** | | |
| **Adversary Proceeding Filings** | | | | |
| USAO_00022874 | USAO_00022985 | 4th Amended Complaint and Exhibits | Bankruptcy Document | 10/4/2023 |

| | | | | |
|---|---|---|---|---|
| USAO_00022986 | USAO_00023460 | 465 - fifth amended complaint | Bankruptcy Document | 10/4/2023 |
| USAO_00023461 | USAO_00023544 | 701- cathay bank answer to complaint | Bankruptcy Document | 10/4/2023 |
| USAO_00023545 | USAO_00023625 | 702 - answer of 400 SLB defendants to 6th amended complaint | Bankruptcy Document | 10/4/2023 |
| USAO_00023626 | USAO_00023644 | 703 - Chrismas answer to 6th amended complaint | Bankruptcy Document | 10/4/2023 |
| USAO_00023645 | USAO_00023660 | Docket creditors committe v. chrismas | Bankruptcy Document | 10/4/2023 |
| **Bankruptcy Case Filings** | | | | |
| USAO_00023661 | USAO_00023831 | 1646 - hearing transcript CONT'D STATUS CONFERENCE RE PLAN | Bankruptcy Document | 10/4/2023 |
| USAO_00023832 | USAO_00023982 | 1662 - hearing transcript CONT'D STATUS CONFERENCE RE PLAN | Bankruptcy Document | 10/4/2023 |
| USAO_00023983 | USAO_00023985 | 1807 - order approving settlement of claim | Bankruptcy Document | 10/4/2023 |
| USAO_00023986 | USAO_00024071 | 1859 - modified second amended plan | Bankruptcy Document | 10/4/2023 |
| USAO_00024072 | USAO_00024157 | 1859 - second amended plan | Bankruptcy Document | 10/4/2023 |
| USAO_00024158 | USAO_00024205 | 1872 - findings of fact re confirmation | Bankruptcy Document | 10/4/2023 |
| USAO_00024206 | USAO_00024231 | 1873 - order confirming plan | Bankruptcy Document | 10/4/2023 |
| USAO_00024232 | USAO_00024237 | 1925 - stipulation with IRS re lien | Bankruptcy Document | 10/4/2023 |
| USAO_00024238 | USAO_00024240 | 1931 - order on stipulation with IRS | Bankruptcy Document | 10/4/2023 |
| USAO_00024241 | USAO_00024243 | 2001 - order on claim objection | Bankruptcy Document | 10/4/2023 |
| USAO_00024244 | USAO_00024247 | Alexander - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024248 | USAO_00024249 | Alexander - Stip - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00024250 | USAO_00024815 | Art and Architecture Docket 6-26-20 | Bankruptcy Document | 10/4/2023 |
| USAO_00024816 | USAO_00024829 | Corse - Stip 2 - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024830 | USAO_00024831 | Corse - Stip 2 - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00024832 | USAO_00024833 | Foram - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00024834 | USAO_00024841 | Foram - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024842 | USAO_00024849 | Fox - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024850 | USAO_00024851 | Fox - Stip - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00024852 | USAO_00024853 | Hede - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00024854 | USAO_00024860 | Hede - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024861 | USAO_00024862 | Venet - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00024863 | USAO_00024867 | Venet - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024868 | USAO_00024873 | Yulish - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00024874 | USAO_00024875 | Yulish - Stip - O - Entered | Bankruptcy Document | 10/4/2023 |
| **B. Cout Filings** | | | | |
| USAO_00024876 | USAO_00024884 | Claims Register 6-26-20 | Bankruptcy Document | 10/4/2023 |
| USAO_00024885 | USAO_00024886 | Douglas Chrismas Cases | | 10/4/2023 |
| USAO_00024887 | USAO_00024888 | Jennifer Kellen Cases | | 10/4/2023 |
| USAO_00024889 | USAO_00024890 | Related Cases | | 10/4/2023 |
| | | **Communication From Trustee** | | |
| USAO_00024891 | USAO_00024893 | 9-27-19 Letter | | 10/4/2023 |
| USAO_00024894 | USAO_00024894 | Art & Architecture Books of the 21st Century, Bankruptcy Case Number 2_13-bk-14135-RK | | 10/4/2023 |

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| USAO_00024895 | USAO_00024895 | Art & Architecture Books of the 21st Century - Letter of this Date | | 10/4/2023 |
| USAO_00024896 | USAO_00024898 | 9-27-19 Letter (002) | | 10/4/2023 |
| USAO_00024899 | USAO_00024900 | Art & Architecture Books of the 21st Century | | 10/4/2023 |
| USAO_00024901 | USAO_00024903 | 2019_10_30_11_14_42 (002) | | 10/4/2023 |
| **From UST July - Aug 2020** | | | | |
| USAO_00024904 | USAO_00024915 | Doc #65 Status Report 2013 04 10 | Bankruptcy Document | 10/4/2023 |
| USAO_00024916 | USAO_00024923 | Doc #390 Status Report 2013 10 16 | Bankruptcy Document | 10/4/2023 |
| USAO_00024924 | USAO_00024934 | Doc #392 Status Report 2013 10 16 Exhibit | Bankruptcy Document | 10/4/2023 |
| USAO_00024935 | USAO_00024942 | Doc #437 Status Report 2014 01 15 | Bankruptcy Document | 10/4/2023 |
| USAO_00024943 | USAO_00024952 | Doc #498 Status Report 2014 03 19 | Bankruptcy Document | 10/4/2023 |
| USAO_00024953 | USAO_00024968 | Doc #512 Status Report 2014 04 01 | Bankruptcy Document | 10/4/2023 |
| USAO_00024969 | USAO_00024978 | Doc #564 Status Report 2014 04 30 | Bankruptcy Document | 10/4/2023 |
| USAO_00024979 | USAO_00024988 | Doc #653 Status Report 2014 08 13 | Bankruptcy Document | 10/4/2023 |
| USAO_00024989 | USAO_00024998 | Doc #696 Status Report 2014 10 22 | Bankruptcy Document | 10/4/2023 |
| USAO_00024999 | USAO_00025007 | Doc #1485 Committee Status Report 2015 12 09 | Bankruptcy Document | 10/4/2023 |
| USAO_00025008 | USAO_00025031 | Doc #1488 Committee Status Report 2015 12 11 Supplement | Bankruptcy Document | 10/4/2023 |
| USAO_00025032 | USAO_00025045 | Doc #1495 Committee Status Report 2015 12 15 Response | Bankruptcy Document | 10/4/2023 |
| USAO_00025046 | USAO_00025048 | Doc #1500 Committee Status Report 2015 12 15 Chrismas | Bankruptcy Document | 10/4/2023 |
| USAO_00025049 | USAO_00025052 | Doc #1583 Status Report 2016 01 06 | Bankruptcy Document | 10/4/2023 |
| USAO_00025053 | USAO_00025119 | Doc #2026 Status Report 2016 05 12 | Bankruptcy Document | 10/4/2023 |
| USAO_00025120 | USAO_00025176 | Doc #2076 Status Report 2016 06 28 | Bankruptcy Document | 10/4/2023 |
| USAO_00025177 | USAO_00025180 | Doc #2079 Status Report Supplement 2016 07 01 | Bankruptcy Document | 10/4/2023 |
| USAO_00025181 | USAO_00025187 | Doc #2093 Plan Implementation Report 2016 07 14 | Bankruptcy Document | 10/4/2023 |
| USAO_00025188 | USAO_00025226 | Doc #2129 Plan Implementation Report 0216 09 09 | Bankruptcy Document | 10/4/2023 |
| USAO_00025227 | USAO_00025255 | Doc #2304 Status Report 2017 08 10 | Bankruptcy Document | 10/4/2023 |
| USAO_00025256 | USAO_00025281 | Doc #2314 Status Report 2018 01 26 | Bankruptcy Document | 10/4/2023 |
| USAO_00025282 | USAO_00025301 | Doc #2350 Status Report 2018 05 31 | Bankruptcy Document | 10/4/2023 |
| USAO_00025302 | USAO_00025323 | Doc #2412 Status Report 2018 11 30 | Bankruptcy Document | 10/4/2023 |
| USAO_00025324 | USAO_00025367 | Doc #2478 Status Report 2019 05 31 | Bankruptcy Document | 10/4/2023 |
| USAO_00025368 | USAO_00025376 | Doc #2505 Status Report Supplement 2019 07 16 | Bankruptcy Document | 10/4/2023 |
| USAO_00025377 | USAO_00025380 | Doc #2505 Status Report Supplement Errata 2019 07 17 | Bankruptcy Document | 10/4/2023 |
| USAO_00025381 | USAO_00025396 | Doc #2517 Update to Status Report 2019 08 19 | Bankruptcy Document | 10/4/2023 |
| USAO_00025397 | USAO_00025409 | Doc #2589 Status Report 2020 01 06 | Bankruptcy Document | 10/4/2023 |
| USAO_00025410 | USAO_00025415 | 12-20-2019 Letter to Jolene Tanner from Trustees Attorney | | 10/4/2023 |
| USAO_00025416 | USAO_00025634 | 732-13-14135 07-24-2013 Deposition Transcript of Shirley Holst CPA | | 10/4/2023 |

| | | | | |
|---|---|---|---|---|
| USAO_00025635 | USAO_00025743 | 732-13-14135 Docket No. 542 Declaration of Jennifer Ziegler | Bankruptcy Document | 10/4/2023 |
| USAO_00025744 | USAO_00025790 | 732-13-14135 Docket No. 2568 Memorandum of Decision | Bankruptcy Document | 10/4/2023 |
| USAO_00025791 | USAO_00025791 | R21282_002_3_22_13.MP3 | | 10/4/2023 |
| **Referrals** | | | | |
| USAO_00025792 | USAO_00025792 | FW_ In Re_ Art and Architecture Books of the 21st Century; Case no. 2_13-bk-14135-RK (Douglas Christmas) | | 10/4/2023 |
| USAO_00025793 | USAO_00025920 | 08_02_16 Referral letter (002) | | 10/4/2023 |
| USAO_00025921 | USAO_00025921 | RK Referral 1 | | 10/4/2023 |
| USAO_00025922 | USAO_00025922 | RK Referral 2 | | 10/4/2023 |
| USAO_00025923 | USAO_00025923 | RK Referral 3 | | 10/4/2023 |
| USAO_00025924 | USAO_00026051 | 02_16 Referral letter | | 10/4/2023 |
| USAO_00026052 | USAO_00026054 | Judge Kwan Referral | | 10/4/2023 |
| **Additional Comm.** | | | | |
| USAO_00026055 | USAO_00026056 | ACE NY | | 10/4/2023 |
| USAO_00026057 | USAO_00026057 | NY Cash Flow 9 highlighted 08102020 (002).xlsx" | | 10/4/2023 |
| USAO_00026058 | USAO_00026059 | Chrismas matter | | 10/4/2023 |
| USAO_00026060 | USAO_00026061 | Christmas Deposition January 28, 2016 - selected pages | | 10/4/2023 |
| USAO_00026062 | USAO_00026104 | Deposition Chrimas Transcript January 2016 selected documents (002) | | 10/4/2023 |
| USAO_00026105 | USAO_00026107 | FW_ Art & Architecture Books of the 21st Century Inc (dba ACE Gallery); Case No. 2_13-bk-14135-RK | | 10/4/2023 |

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**U.S. v. DOUGLAS J. CHRISMAS**

**Production 7**

| | | | | |
|---|---|---|---|---|
| USAO_00026108 | USAO_00026108 | Hrycyk L-2 | | 10/4/2023 |
| USAO_00026109 | USAO_00026236 | 02_16 Referral letter | | 10/4/2023 |
| USAO_00026237 | USAO_00026240 | Alexander - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026241 | USAO_00026242 | Alexander - Stip - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026243 | USAO_00026256 | Corse - Stip 2 - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026257 | USAO_00026258 | Corse - Stip 2 - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026259 | USAO_00026260 | Foram - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026261 | USAO_00026268 | Foram - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026269 | USAO_00026276 | Fox - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026277 | USAO_00026278 | Fox - Stip - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026279 | USAO_00026280 | Hede - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026281 | USAO_00026287 | Hede - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026288 | USAO_00026289 | Venet - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026290 | USAO_00026294 | Venet - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026295 | USAO_00026300 | Yulish - Stip - Filed | Bankruptcy Document | 10/4/2023 |
| USAO_00026301 | USAO_00026302 | Yulish - Stip - O - Entered | Bankruptcy Document | 10/4/2023 |
| USAO_00026303 | USAO_00026303 | Mary Corse  Reconciliation | | 10/4/2023 |
| USAO_00026304 | USAO_00026351 | Goldberg L-1 - Corse agreements and reconciliation - AUSA (002) | | 10/4/2023 |

| | | | | |
|---|---|---|---|---|
| USAO_00026352 | USAO_00026354 | RE_ Art & Architecture Books of the 21st Century Inc (dba ACE Gallery); Case No. 2_13-bk-14135-RK | | 10/4/2023 |
| USAO_00026355 | USAO_00026356 | Re_ Chrismas July 2013 Deposition | | 10/4/2023 |
| USAO_00026357 | USAO_00026371 | Chrismas Depo 2013 extracted pages (002) | | 10/4/2023 |
| USAO_00026372 | USAO_00026374 | 2019_10_30_11_14_42 | | 10/4/2023 |
| USAO_00026375 | USAO_00026376 | Ace Gallery NY Sec State | | 10/4/2023 |
| USAO_00026377 | USAO_00026391 | Chrismas Depo 2013 extracted pages | | 10/4/2023 |
| USAO_00026392 | USAO_00026438 | ChrismasRule2004 | Bankruptcy Document | 10/4/2023 |
| USAO_00026439 | USAO_00026481 | Deposition Chrimas Transcript January 2016 selected documents | | 10/4/2023 |
| USAO_00026482 | USAO_00026529 | Goldberg L-1 - Corse agreements and reconciliation - AUSA | | 10/4/2023 |
| USAO_00026530 | USAO_00026530 | Hrycyk L-2 | Bankruptcy Document | 10/4/2023 |
| USAO_00026531 | USAO_00026531 | Invoice for Art Purchase | | 10/4/2023 |
| USAO_00026532 | USAO_00026537 | J. Tanner Ltr 12.20.19 | | 10/4/2023 |
| USAO_00026538 | USAO_00026538 | NY Cash Flow 9 highlighted 08102020.xlsx" | | 10/4/2023 |
| USAO_00026539 | USAO_00026540 | Fw_ U.S. v. Chrismas (Rule 17(c) CNB | Trial Prep | 10/4/2023 |
| USAO_00026541 | USAO_00026542 | attachment_DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD | FRE 902-11 | 10/4/2023 |
| USAO_00026543 | USAO_00026544 | attachment_Form - Business Records FRE 902(11) Certfication.20180116 | FRE 902-11 | 10/4/2023 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER