UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:21-cr-00127-MCS-1                                            Date:  October 16, 2023

Present: The Honorable:  Mark C. Scarsi, U.S. District Judge
Interpreter: N/A

| Stephen Montes Kerr | CourtSmart | Valerie L. Makarewicz / David W. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Douglas J. Chrismas | X | | X | Adam H. Braun | X | | X |

**Proceedings:**     **Status Conference**

The status conference is held.  Court and counsel confer about the status of the case and the latest discovery exchange.  Counsel address the Court.  For reasons stated on the record, the Court GRANTS defendant's request to continue the trial dates.  The Court continues the final pretrial conference to February 5, 2024, at 3:00 p.m.[1] and the jury trial to February 13, 2024, at 8:30 a.m.  The parties are to promptly submit a stipulation and proposed order with the requisite Speedy Trial Act recitals.

                                                                                                                  : 19
                                                            **Initials of Deputy Clerk**     SMO

---

[1]  Following the hearing, the Court (in chambers) set the final pretrial conference date.