MEGAN A. MAITIA (Bar No. 285271)
megan@summaLLP.com
JENNIFER L. WILLIAMS (Bar No. 268782)
jenn@summaLLP.com)
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone:  (213) 260-9455/52/56
Facsimile:   (213) 835-0939

Attorneys for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR ORDER PERMITTING *IN CAMERA* AND UNDER SEAL SUBMISSION OF DECLARATIONS IN SUPPORT OF STATUS REPORT AND UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE TRIAL** |

　　　　Comes now the defendant, Douglas J. Chrismas, by and through counsel Megan A. Maitia and Jennifer L. Williams, who applies to this Court *ex parte* for an unopposed order permitting an *in camera* and under seal filing of the declarations in support of Mr. Chrismas' Status Report and Unopposed *Ex Parte* Application to continue trial.  This unopposed application is based upon the attached declaration of Megan A. Maitia.

Dated: January 5, 2024

Respectfully submitted,
Summa LLP

 /s/ *Megan A. Matia*
Megan A. Maitia
Jennifer L. Williams

Attorneys for Defendant
DOUGLAS J. CHRISMAS

2
EX PARTE APPLICATION FOR ORDER PERMITTING IN CAMERA AND UNDER SEAL SUBMISSION

## DECLARATION OF MEGAN A. MAITIA

I, Megan A. Maitia, declare as follows:

1. I am an attorney at law licensed in the State of California and this federal judicial district. My firm, Summa LLP, has been retained by Defendant Douglas J. Chrismas to represent him at trial in this matter, and a Form G-01, Request for Approval of Substitution or Withdrawal of Counsel, has been filed, seeking Court approval for me and my partner Jennifer L. Williams to substitute in as counsel in place and stead of Adam H. Braun.

2. I have also concurrently filed a status report and unopposed *ex parte* application to continue the trial date to May 7, 2024.

3. I have signed an attorney declaration, as has Adam H. Braun. Because the supporting attorney declarations reference certain information about Mr. Chrismas's defense representation, I believe these declarations should be filed under seal and *in camera* for the Court's review, and that the declarations are not filed publicly or otherwise served on counsel for the Government. I notified counsel for the Government of my intent to file the attorney declarations under seal and *in camera* on January 2, 2024, and counsel for the government did not object.

4. Accordingly, I respectfully request that that Court grant this unopposed *ex parte* application to permit the filing of the supporting attorney declarations under seal and *in camera*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 5, 2024

                 */s/ Megan A. Matia*
                 Megan A. Maitia
                 Jennifer L. Williams

                 Attorneys for Defendant
                 DOUGLAS J. CHRISMAS