E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Criminal Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:     valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
| Plaintiff, | GOVERNMENT'S ADDENDUM TO ECF 88, OPPOSITION TO DEFENDANT'S MOTION IN LIMINE #2; EXHIBITS |
| v. | |
| DOUGLAS CHRISMAS, | Trial Date:  May 7, 2023<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the Hon. Mark C. Scarsi |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, respectfully files this addendum to

///
///
///
///
///

ECF 88, the government's Opposition to Defendant's Motion in Limine #2 to Exclude Other Acts Evidence.

Dated: April 17, 2024          Respectfully submitted,

                                            E. MARTIN ESTRADA
                                            United States Attorney

                                            MACK E. JENKINS
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            */s/ David W. Williams*
                                            VALERIE L. MAKAREWICZ
                                            DAVID W. WILLIAMS
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

**ADDENDUM**

On April 8, 2024, defendant filed a motion in limine seeking to exclude certain categories of "other acts" evidence.  (See ECF 86 ("MIL #2").)  In doing so, defendant cited several of the government's anticipated trial exhibits, including "[a] September 2013 email chain" and "2014 emails and invoices."  (Id. at 2.)

The government responded on April 15, and referenced those same documents.  (See ECF 88 ("Opp. to MIL #2").)  While they were cited in the underlying motion too, though, the exhibits were never filed with the Court.

To ensure that the Court has access to the exhibits before the pretrial conference, the government respectfully submits them now as an addendum.

Anticipated Trial Exhibit 20

| | |
|---|---|
| **From:** | Ron Bender |
| **To:** | Douglas Chrismas (acegallery@acegallery.net); accounting@acegallery.net |
| **Cc:** | Ron Bender; Beth R. Young; Krikor J. Meshefejian |
| **Subject:** | FW: Eric Wilson Loan |
| **Date:** | Monday, September 30, 2013 3:50:04 PM |

Douglas and Gary, please see my email exchange below with Shirley.

---

**From:** Ron Bender
**Sent:** Monday, September 30, 2013 3:51 PM
**To:** 'SHIRLEY HOLST'
**Cc:** Beth R. Young; Krikor J. Meshefejian; Ron Bender
**Subject:** RE: Eric Wilson Loan

Shirley, even if they fail to move the money I still do not think it is an account receivable because that would indicate that ACE NY owes the money to the debtor which is not and cannot be the case. So you will need to come up with a different conclusion – with the only one that I can think of even possibly making sense would be that the debtor only borrowed $1.5 million from Mr. Wilson and Mr. Wilson lent the other $75k to NY which was certainly not the understanding of Mr. Wilson or his lawyer. Otherwise, Douglas will have caused the debtor to have lent bankruptcy estate funds to NY which would be a complete fraud on the bankruptcy court for which Douglas can be in big trouble. I cannot even begin to tell you how clear I made all of this in writing and orally to Douglas numerous times. I would suggest that he figure out how to correct this immediately.

---

**From:** SHIRLEY HOLS
**Sent:** Monday, September 30, 2013 2:20 PM
**To:** Ron Bender
**Subject:** RE: Eric Wilson Loan

Well this is September 30 (MOR reporting period) and they made a mistake. So until they put it in A&A DIP I will have to show Accounts Receivable Other. I think they will do everything to put it into A&A. I understand your frustration, but they will try to correct it.

---

**From:** Ron Bender
**Sent:** Monday, September 30, 2013 1:10 PM
**To:** 'SHIRLEY HOLST'
**Cc:** Ron Bender; Beth R. Young; Krikor J. Meshefejian
**Subject:** RE: Eric Wilson Loan

It should never have gone into New York in the first place. I gave both Douglas and Eric crystal clear email instructions of where the money should have gone before Eric sent it. Douglas is fully aware of that. For whatever reason, Douglas instructed Eric to send it to New York. But since it did go into New York, it needs to immediately be transferred into one of the three options in my prior email to you. Douglas is also fully aware of that. If Douglas thinks it is in his interest to flagrantly disregard bankruptcy laws then he will assume the risk of the consequences of doing so. I could not have been clearer to Douglas in emails and phone calls.

---

**From:** SHIRLEY HOLS
**Sent:** Monday, September 30, 2013 12:42 PM
**To:** Ron Bender

USAO_00012641

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**Subject:** RE: Eric Wilson Loan

But the $75,000 went into New York. They have not transferred it to a A&A DIP account. So what do I do? So to record the $1,575,000 I have to record the $75,000 somewhere for now. So I guess when we pay the legal fees it will reduce loan payable to Eric Wilson and will not show up as an expense on the MOR.

---

**From:** Ron Bende
**Sent:** Monday, September 30, 2013 11:53 AM
**To:** 'shirle
**Cc:** Ron Bender; Beth R. Young; Krikor J. Meshefejian; accounting@acegallery.net; Douglas Chrismas (acegallery@acegallery.net)
**Subject:** Eric Wilson Loan

Shirley, I am responding to your email below to Beth. Your understanding is **not** correct. The chapter 11 debtor borrowed $1,575,000 from Eric Wilson on a post-bankruptcy secured basis creating a post-bankruptcy secured debt obligation to Mr. Wilson. You are correct in that this loan caused a reduction of the two pre-bankruptcy liabilities to the two landlords and you are correct that the $421,186.12 portion of the loan is on deposit at a client trust account maintained by our firm. But you are **not** correct in terms of your characterization of the $75,000 remaining balance of the loan from Mr. Wilson, and I have written numerous emails to Douglas and Gary and spoken with Douglas about this. The $75,000 portion of the loan was earmarked to pay Mr. Wilson's legal fees, not the debtor's legal fees. So it is not a legal expense of the debtor. It is simply part of the secured debt of the debtor owing to Mr. Wilson. Also, there is no basis whatsoever for any entity other than the debtor to hold this $75,000 because the financing order requires that the sum be held in a segregated account. So there are three legitimate places for the $75,000 to go. One is to deposit those funds into a segregated dip account maintained by the debtor. A second is to deposit those funds into the segregated trust account maintained by my firm. A third is to pay the sum to Mr. Wilson's lawyer. But regardless of which of those three options is chosen, there is no basis for the funds to be maintained by any other legal entity or for the debt related to the $75,000 to be characterized any differently than as part of the $1,575,000 debt owing by the debtor to Mr. Wilson. Please let me know if you have any questions about this. Thanks. Ron Bender.

---

**From:** SHIRLEY HOLS
**Sent:** Monday, September 30, 2013 10:39 AM
**To:** Beth R. Young
**Subject:** Eric Wilson Loan

Hi Beth:

I just wanted to go over the presentation of the $1,575,000 loan received from Eric in September. The MOR will show money in a trust account of $421,186.12
and a reduction in Pre Petition Liabilities for $626,642.73 and $452,171.15. Also it will show a receivable from the other company (Accounts Receivable-other)
(NY) for $75,000.00. Since I don't have the agreement I wanted to make sure this is correct. The money to lawyer has not been paid yet and will show
as a payable for MOR.

So in a journal entry format:

Trust Account          $ 421,186.12

USAO_00012642
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Pre Petition Liab. | 1,078,813.88 | |
| Loan Payable EW | | $1,575,000.00 |
| Receivable Other | 75,000.00 | |
| | | |
| Accounts Payable | | 75,000.00 |
| Legal Expense | 75,000.00 | |

I hope this is how it is suppose to be.

Shirley

USAO_00012643
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

Anticipated Trial Exhibit 21

| | |
|---|---|
| **From:** | Ace Gallery Accounting |
| **To:** | Jennifer Kellen |
| **Subject:** | Re: Sale - Mary Corse (Varola/Cohen) |
| **Date:** | Wednesday, April 09, 2014 5:02:30 PM |
| **Importance:** | High |

Dear Jennifer,

DC has confirmed the sale is to go into Ace NY. I await the invoice contact info.

Best,
Lauren


On Apr 9, 2014, at 4:00 PM, Jennifer Kellen wrote:

> LG:
> Pls begin the preparation of an invoice. **Ask DC which account and attach appropriate wire instructions.**
>
> Art advisor ▌V▌▌'s client ▌C▌▌ is buying the below Corse at $185K.
>
> H▌ will finalize the sale tonight with her client and let me know details tomorrow AM including invoice contact info and if sales tax is applied or if he will ship out of State.
>
> Email draft of invoice to me and then email final to H▌ at:
>
> ▌▌▌▌▌▌▌▌▌▌
>
> H▌ V▌
> 
>
> TERMS:
> 10% discount to client = $166,500
> Immediate wire payment of 50% - $83,240 followed by 50% in 3-6 mos (TBC and date added to invoice).
> Painting released upon full payment.
>
> 10% to advisor = $18,500
> Upon full payment, Ace to pay art advisor
>
> *Register ▌▌▌ and C▌▌ as my clients and add them to Ace Mailing List.
> *Add commission to my ledger.
>
> Thx,
> JK

USAO_00012645

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

        Mary Corse
*Untitled (White Multiple Inner Band, Beveled)*, 2009
Glass Microspheres in Acrylic on Canvas
8' (H) X 5'6" (W)
$185,000

&lt;Mary-Corse_Beveled-White-Multi-Inner-Bands_2009_8.5x5-(1).jpeg&gt;

ACE GALLERY LOS ANGELES
5514 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90036
T. 323.935.4824
accounting@acegallery.net

Anticipated Trial Exhibit 22

| | |
|---|---|
| **From:** | Jennifer D Kellen |
| **To:** | Ace Gallery Ace Accounting |
| **Subject:** | Re: ASAP: Please prepare invoice for M███/ ██████ (Pashgian 5" disc) |
| **Date:** | Saturday, August 02, 2014 11:15:28 AM |

Change disk to disc

otherwise OK.

Email me signed scanned copy pls and I will forward to the clients.

Thx,
JK

On Aug 2, 2014, at 9:43 AM, Ace Gallery Accounting <accounting@acegallery.net> wrote:

> Hi Jennifer,
>
> Please find the draft invoice attached.
>
> Kind regards,
> Lauren
>
>
> <2055 - M██████ & R██████████.docx>
>
>
> On Aug 1, 2014, at 5:27 PM, Jennifer Kellen wrote:
>
>> LG:
>>
>> Please prepare invoice as follows.  As usual, ask DC which account.
>>
>> M████ M████ and M███ ████████
>> Baltimore, MD
>>
>> $250,000
>> less 20% = $200,000 for immediate payment
>> NO CA sales tax; ship out of state
>> Total:  $200,000
>>
>> shipping/crating/ins/ is additional
>>
>> Send draft to me for review.
>>
>> Add commission to my ledger
>>
>> They are already on mailing list

USAO_00012648

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

Thx,
JK

        HELEN PASHGIAN

        *UNTITLED (DISC)*, 2014

        RESIN

        60" (DIAMETER)

        BASE: 36" (H) X 30" (W) X 30" (D)

<photo.JPG>

Sent from my IPhone

ACE GALLERY LOS ANGELES
5514 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90036
T. 323.935.4824
accounting@acegallery.net

Anticipated Trial Exhibit 23

| | |
|---|---|
| **From:** | Ace Gallery Accounting |
| **To:** | |
| **Cc:** | Jennifer D Kellen |
| **Subject:** | Invoice 2055 |
| **Date:** | Tuesday, August 05, 2014 12:01:59 PM |
| **Attachments:** | Invoice 2055.pdf |
| | Untitled attachment 00084.htm |
| | ACE GALLERY NEW YORK - WIRE INSTRUCTIONS.pdf |
| | Untitled attachment 00087.htm |

M,

In case you do not have it on hand, please find the invoice attached to this email as well.

Sincerely,
Lauren

CONTROLLER
ACE GALLERY LOS ANGELES
5514 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90036
T. 323.935.4824
accounting@acegallery.net


Begin forwarded message:

> **From:** Ace Gallery Accounting <accounting@acegallery.net>
> **Date:** August 5, 2014 11:52:21 AM PDT
> **To:**
> **Cc:** Jennifer D Kellen <JENNIFERKELLEN@ACEGALLERY.NET>
>
>
> M,
>
> Attached are wire instructions for making payment today on Helen Pashgian's Disc.
> Once issued could you please provide me with the wire confirmation so that I may trace payment.
>
> Sincerely,
> Lauren Gullotta
>
> CONTROLLER
> ACE GALLERY LOS ANGELES
>
> 5514 WILSHIRE BOULEVARD
> LOS ANGELES, CALIFORNIA 90036
> T. 323.935.4824
> accounting@acegallery.net

# ACE GALLERY

5514 WILSHIRE BOULEVARD · 11TH FLOOR
LOS ANGELES · CALIFORNIA · 90036 · TEL 323.935.0088

## BILL OF SALE

M███ M███ & M███ R███  
BALTIMORE, MD

AUGUST 1, 2014  
PAGE 1 OF 1

M███ M███ & M███ R███ ARE PURCHASING THE FOLLOWING WORK OF ART FROM ACE GALLERY:

ARTIST: HELEN PASHGIAN  
TITLE: UNTITLED (DISC), 2014  
MEDIUM: RESIN  
SIZE: 60" (DIAMETER)  
BASE: 36" (H) X 30" (W) X 30" (D)  

PRICE: $250,000.00

20% DISCOUNT FOR IMMEDIATE PAYMENT: −$50,000.00

NO CA SALES TAX, TO BE SHIPPED OUT OF STATE

TOTAL DUE UPON RECEIPT OF INVOICE: $200,000.00

*PLEASE NOTE CRATING, SHIPPING AND INSURANCE ARE ADDITIONAL

(WIRING INSTRUCTIONS ATTACHED)

**PLEASE SUPPLY THE FEDERAL REFERENCE NUMBER OF ALL WIRES TO ACCOUNTING@ACEGALLERY.NET SO THAT PAYMENT MAY BE TRACED IF NECESSARY.

_[signed]_ Aug 1/14  
DOUGLAS CHRISMAS   DATE  
DIRECTOR AND CHIEF CURATOR

INVOICE #2055

CLIENT IS RESPONSIBLE FOR INSURANCE, PACKING, DELIVERY, AND INSTALLATION UNLESS STATED OTHERWISE IN THE BODY OF THE INVOICE ABOVE. IT IS UNDERSTOOD AND AGREED THAT ALL ARTWORK REMAINS THE PROPERTY OF ACE GALLERY LOS ANGELES UNTIL PAYMENT IN FULL. IN THE EVENT OF A RESALE, IT IS ADVISED TO RETAIN THIS INVOICE AS PROOF OF OWNERSHIP AFTER FULFILLMENT OF THE TERMS OF SALE. A COPY OF THIS INVOICE WITH THE SIGNATURE OF THE ISSUER IS RECORDED IN GALLERY'S ARCHIVES. PURCHASER AGREES TO PAY 2% PER MONTH INTEREST ON DELINQUENT ACCOUNTS. ALL SALES ARE FINAL. IF THERE IS A DISPUTE ALL LEGAL FEES WILL BE PAID BY THE LOSING PARTY. WHEN THE PURCHASER BUYS THE ABOVE LISTED ARTWORK ANY AND ALL RESPONSIBILITY AND LIABILITY OF THIS ARTWORK WILL TRANSFER TO THE PURCHASER WHEN THE PURCHASED ARTWORK(S) PHYSICALLY LEAVE THE GALLERY. IF THE TERMS OF THE INVOICE ARE NOT MET THEN THE INVOICE WILL BE CONSIDERED NULL AND VOID, ANY DEPOSIT BE RECEIVED FOR THE ABOVE ACQUISITIONS WILL NOT BE REFUNDED AND THE SALE WILL BE DEEMED CANCELLED. IF THE CLIENT WISHES TO RESELL THE ARTWORK, ACE GALLERY MUST BE NOTIFIED IN WRITING BEFORE SUCH SALE TAKES PLACE AND ACE GALLERY WILL HAVE THE RIGHT OF FIRST REFUSAL TO MATCH THE THIRD PARTY'S OFFER WITHIN FIVE CALENDAR DAYS FROM THE MOMENT IT RECEIVES WRITTEN NOTIFICATION FROM THE CLIENT.

USAO_00012652

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

# ACE GALLERY NEW YORK

5514 WILSHIRE BOULEVARD ·11TH FLOOR
LOS ANGELES · CALIFORNIA · 90036 · TEL 323.935.0088

INVOICE PAYMENT INSTRUCTIONS:

PLEASE WIRE FUNDS TO THE FOLLOWING ACCOUNT:

**PLEASE, NOTE OUR NEW ACCOUNT NUMBER:**

    ACE GALLERY NEW YORK
    ACCT #: ▉▉▉▉▉▉229
    CITY NATIONAL BANK
    400 NORTH ROXBURY DRIVE
    BEVERLY HILLS, CA 90210 USA
    ABA# ▉▉▉▉▉▉▉▉
    SWIFT # ▉▉▉▉▉▉▉

PLEASE EMAIL BANK WIRE CONFIRMATION TO
ACCOUNTING@ACEGALLERY.NET FOR THE ABILITY OF TRACING FUNDS IF
NECESSARY.

USAO_00012653
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER