DECLARATION OF AUSA VALERIE L. MAKAREWICZ

I, Valerie L. Makarewicz, declare as follows:

1. I am the Assistant United States Attorney assigned to this case.

2. Attached hereto and marked Exhibit A is a copy of the three subpoenas sent to Sam Leslie, LEA Accountancy, and Carolyn Dye.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 25, 2024.

_____
VALERIE L. MAKAREWICZ