Attorney Name, Address & Phone:
Jennifer L. Williams (State Bar No. 268782)
jenn@summallp.com
Megan A. Maitia (State Bar No. 285271)
megan@summallp.com
Summa LLP
1010 Sycamore Ave., Unit 117
South Pasadena, CA 91030
(213) 260-9455/9452

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF

v.

Douglas J. Chrismas

DEFENDANT(S)

CASE NUMBER

2:21-CR-00127-MCS

**SUBPOENA IN A CRIMINAL CASE**

TO: SAM S. LESLIE

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 350 W. 1st Street, Los Angeles, CA 90012 , Courtroom: 7C

Date: May 7, 2024 , Time: 8:30 a.m. .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records and communications reflecting your billing records, your invoices, and any payments you received in connection with the chapter 11 bankruptcy case 2:13-bk-14135-RK (and related adversary cases - 2:22-cv-01265-PA, 2:15-ap-01679-RK, 2:14-ap-01771-RK, 2:15-ap-01680-RK);

All communications with Eric Wilson, Alan Nahmais, or Ian Wilson regarding the above-referenced bankruptcy proceedings;

All business records of Art and Architecture Books of the 21st Century doing business as ACE Gallery (ACE Gallery) regarding Eric Wilson, including any invoices sent, received or paid by Eric Wilson regarding any purchase, sale, or consignment of any art or other asset in connection with ACE Gallery; and

All communications with any government attorney, agent, or other official or with any other person about Mr. Chrismas, including regarding the above-referenced bankruptcy proceedings and this pending criminal case, Case No. 2:21-CR-00127-MCS.

_/s/ Brian D. Karth_

Brian D. Karth, Clerk of Court

April 24, 2024

Date

| PROOF OF SERVICE | | |
|---|---|---|
| **Received by Server** | DATE | PLACE |
| **Served** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes ☐ No  Amount $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
              *Date*                                *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION

Attorney Name, Address & Phone:
Jennifer L. Williams (State Bar No. 268782)
jenn@summallp.com
Megan A. Maitia (State Bar No. 285271)
megan@summallp.com
Summa LLP
1010 Sycamore Ave., Unit 117
South Pasadena, CA 91030
(213) 260-9455/9452

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:21-CR-00127-MCS |
| v. | |
| Douglas J. Chrismas | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO: LEA ACCOUNTANCY, LLP

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 350 W. 1st Street, Los Angeles, CA 90012 , Courtroom: 7C

Date: May 7, 2024 , Time: 8:30 a.m. .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records and communications reflecting any billing records, invoices, and payments received in connection with the chapter 11 bankruptcy case 2:13-bk-14135-RK (and related adversary cases - 2:22-cv-01265-PA, 2:15-ap-01679-RK, 2:14-ap-01771-RK, 2:15-ap-01680-RK). (Responsive records and communications include detailed time entries reflecting who worked what amount of time, when, doing what, and at what billable rate, and they also include any records for outside consultants retained for the above-referenced bankruptcy litigation (such as Jennifer Ziegler, Berkeley Research Group) or for ACE Gallery operations (such as Marty and Hamilton Oppenheimer).



_Brian D. Karth, Clerk of Court_

April 24, 2024
Date

| PROOF OF SERVICE ||||
|---|---|---|---|
| **Received by Server** | DATE | PLACE ||
| **Served** | DATE | PLACE ||
| SERVED ON (PRINT NAME) ||  FEES AND MILEAGE TENDERED TO WITNESS  ☐ Yes  ☐ No   Amount $ _____ ||
| SERVED BY (PRINT NAME) || TITLE ||

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.  Executed on _____    _____  *Date*                     *Signature of Server*  Address of Server: _____ |

ADDITIONAL INFORMATION

Attorney Name, Address & Phone:
Jennifer L. Williams (State Bar No. 268782)
jenn@summallp.com
Megan A. Maitia (State Bar No. 285271)
megan@summallp.com
Summa LLP
1010 Sycamore Ave., Unit 117
South Pasadena, CA 91030
(213) 260-9455/9452

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | PLAINTIFF | CASE NUMBER |
|---|---|---|
| v. | | 2:21-CR-00127-MCS |
| Douglas J. Chrismas | DEFENDANT(S) | **SUBPOENA IN A CRIMINAL CASE** |

TO: CAROLYN DYE

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 350 W. 1st Street, Los Angeles, CA 90012 , Courtroom: 7C

Date: May 7, 2024 , Time: 8:30 a.m. .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All records and communications reflecting your billing records, your invoices, and payments you received in connection with the chapter 11 bankruptcy case 2:13-bk-14135-RK (and related adversary cases - 2:22-cv-01265-PA, 2:15-ap-01679-RK, 2:14-ap-01771-RK, 2:15-ap-01680-RK); and

All communications with any government attorney, agent, or other official or with any other person about Mr. Chrismas, including regarding the above-referenced bankruptcy proceedings and this pending criminal case, Case No. 2:21-CR-00127-MCS.



_____
Brian D. Karth, Clerk of Court

April 24, 2024
_____
Date

CR-21 (01/24)      **SUBPOENA IN A CRIMINAL CASE**      Page 1 of 2

| PROOF OF SERVICE ||||
|---|---|---|---|
| **Received by Server** | DATE | PLACE ||
| **Served** | DATE | PLACE ||
| SERVED ON (PRINT NAME) ||| FEES AND MILEAGE TENDERED TO WITNESS<br>☐ Yes  ☐ No    Amount $ _____ |
| SERVED BY (PRINT NAME) ||| TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
             *Date*                                *Signature of Server*

Address of Server: _____
                   _____

ADDITIONAL INFORMATION