JENNIFER L. WILLIAMS (Bar No. 268782)
(E Mail: jenn@summaLLP.com)
MEGAN A. MAITIA (Bar No. 285271)
(E-Mail: megan@summallp.com)
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone: (213) 260-9456
Facsimile: (213) 835-0939

Attorney for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS J. CHRISMAS,<br><br>Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**APPLICATION FOR LEAVE TO FILE LATE AND ENLARGED OPPOSITION TO GOVERNMENT'S INTERPRETATION OF JURY INSTRUCTION 31; DECLARATION OF COUNSEL** |

    Douglas J. Chrismas, through his counsel of record, applies for an order permitting the late and enlarged filing of Defendant's Opposition to Government's Interpretation of Jury Instruction 31. The grounds for this application are based on the attached declaration of counsel.

Respectfully submitted,

Dated: May 6, 2024                    */s/ Megan A. Maitia*
                                          MEGAN A. MAITIA
                                          JENNIFER L. WILLIAMS
                                          Attorneys for DOUGLAS J. CHRISMAS

## DECLARATION OF MEGAN A. MAITIA

I, Megan A. Maitia, declare as follows:

1. I am an attorney at law licensed in the State of California and before the United States District Court for the Central District of California. I, along with Jennifer L. Williams, represent Douglas Chrismas in the above-captioned case.

2. On April 29, 2024, the Court ordered the government to file a brief regarding its interpretation of Jury Instruction 31, due by May 1, 2024 and not to exceed 3,500 words. (Dkt. 102.) The Court permitted an opposition brief, due by May 3, 2024 and not to exceed 2,500 words. (Dkt. 102.)

3. On May 1, 2024, following communications from the Court, Ms. Williams and I focused substantial resources on conferring with our client and the government on continuing the trial to May 28, 2024, and we also were required to tend to obligations in other matters in light of the continued trial date. Because of this, and despite our best efforts, we were unable to devote the resources necessary to complete and file the Jury Instruction-related brief by May 3, 2024.

4. On May 1, 2024, Ms. Williams and I advised AUSAs Valerie Makarewicz and David Williams that it was unlikely we'd be able to meet the Court's briefing schedule on these briefs due to the issue described above. Ms. Williams asked if the government would agree to an extension of time to file the briefs considering the contemplated new trial date, and they indicated that the government would not oppose.

5. We spent considerable time researching the Government's brief regarding Jury Instruction 31 and our related opposition brief. Given the importance of the issue to Mr. Chrismas's defense, we sought to provide the Court with a through but efficient legal analysis. In the end our brief is 3417 words under the Microsoft Word count (not including the caption page or signature block).

//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May 2024 in Los Angeles, California

                                          */s/ Megan A. Maitia*

                                          Megan A. Maitia