# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**ORDER ON APPLICATION FOR LEAVE TO FILE LATE AND ENLARGED OPPOSITION TO GOVERNMENT'S INTERPRETATION OF JURY INSTRUCTIONS (ECF No. 116)** |

　　　FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Douglas Chrismas may file Defendant's Opposition Brief Re Jury Instruction 31, on May 6, 2024, and with no more than 3,500 words.

　　　IT IS SO ORDERED.

Dated: May 7, 2024

　　　　　　　　　　　　　　　　　　　*/s/ Mark C. Scarsi*
　　　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　　　HONORABLE MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　United States District Judge