E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENT TO MOTION TO REVOKE BOND; DECLARATION; EXHIBITS |
| v. | |
| DOUGLAS J. CHRISMAS, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Valerie L.

///

///

///

Makarewicz and David W. Williams, hereby supplement the prior motion to revoke the pretrial release and the bond of defendant, DOUGLAS J. CHRISMAS.

Dated: May 7, 2024              Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division


                                */s/ David W. Williams*
                                VALERIE L. MAKAREWICZ
                                DAVID W. WILLIAMS
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION**

On May 6, 2024, the government moved to revoke defendant's bond. (ECF 117.) This supplement provides additional information and supporting documents pertaining to that motion.

As the government previously said, defendant sold property in Topanga for $500,000 in December 2023, and he personally received net sale proceeds of $352,247.15. (ECF 117-1 ¶¶ 3-4.) The supporting documentation for that sale indicates that the difference between those numbers was largely used to pay off defendant's personal tax liens and to pay for title insurance. (D. Williams Decl., Ex. A at 1.) Those documents also indicate that the full $352,247.15 was wired directly to defendant's personal bank account at Chase Bank. (Id. at 2-3.)

The government also previously indicated that defendant had "every reason to hide the sale of the property" -- hiding the sale would allow him to keep the money for himself, rather than surrendering it to Ace Gallery's bankruptcy estate consistent with the terms of the $14 million judgment in In re Art & Architecture Books of the 21st Century, Case No. 2:22-cv-012765-PA. (ECF 117 at 3 n.1.) To be clear, defendant did not just have "every reason" to hide the sale. He in fact did hide it from the bankruptcy estate.

The recent Topanga transaction began in about October 2023. (See D. Williams Decl., Ex. A at 1.) As reflected in the attached email from counsel for the bankruptcy trustee: since the transaction began in October 2023, defendant has made "No payments" to the estate or to satisfy the judgment. (D. Williams Decl., Ex. B.)

The government's investigation of this transaction is ongoing. As previously indicated, by failing to obtain permission and disclose

the transaction to the Court, defendant violated the terms of his pretrial release.  However, based on the facts known at this time, the government also draws the Court attention to pertinent provisions of 18 U.S.C. § 152.  That section applies to a person who:

> (1) knowingly and fraudulently conceals from a custodian, trustee, marshal, or other officer of the court charged with the control or custody of property, or, in connection with a case under title 11, from creditors or the United States Trustee, any property belonging to the estate of a debtor;
>
> . . .
>
> [or] (9) after the filing of a case under title 11, knowingly and fraudulently withholds from a custodian, trustee, marshal, or other officer of the court or a United States Trustee entitled to its possession, any recorded information (including books, documents, records, and papers) relating to the property or financial affairs of a debtor,

18 U.S.C. § 152.

The $14 million judgment against defendant compels him to pay Ace Gallery's bankruptcy estate itself; the judgment was entered against defendant personally, and in favor of the estate.  Hiding the sale from the estate kept the estate from collecting on its judgment. In so doing, defendant may have "knowingly and fraudulently conceal[ed] . . . property belonging to the estate of a debtor," (§ 152(1)).  By failing to report the sale, he may have also "knowingly and fraudulently with[eld] . . . recorded information . . . relating to the property or financial affairs of a debtor," (§ 152(9)).  See, e.g., United States v. Sullivan, 522 F.3d 967, 976-977, 979 (9th Cir. 2008) (affirming § 152(1) and (9) convictions against a CEO, CFO, and attorney who transferred debtor assets to their own bank accounts after the filing of a bankruptcy proceeding, in part to pay another attorney, then "provided incomplete bank and accounting records" to the appointed bankruptcy trustee).

2

**DECLARATION OF DAVID W. WILLIAMS**

I, David W. Williams, declare as follow:

1. I am one of the Assistant United States Attorneys assigned to United States v. Chrismas, 2:21-cr-127-MCS. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached as **Exhibit A** are copies of three pages of redacted excerpts from the escrow file for the sale of 2825 Tuna Canyon Road, Topanga, California.

3. Attached as **Exhibit B** is a copy of an email received from Carolyn Dye, counsel for the trustee of the Ace Gallery bankruptcy estate.

4. Attached as **Exhibit C** is a signed and dated copy of the redacted first page of the grant deed for 2825 Tuna Canyon Road, Topanga, California.

5. Unredacted copies of all these items were produced to defense counsel via email earlier today, May 7, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 7, 2024.

_____
David W. Williams

Exhibit A

# RECEIPTS AND DISBURSEMENTS LISTING

Escrow No. ▮40-JY                          Date: December 11, 2023

By: J▮Y▮                                   Buyer/Borrower: M▮B▮ and M▮N▮

## RECEIPTS:

| DATE | TYPE | BANK | RECEIPT NO. | PAYEE | AMOUNT |
|---|---|---|---|---|---|
| 10/19/2023 | R | 2 | 21325 | ▮ | 15,000.00 |
| 12/08/2023 | R | 2 | 21458 | ▮ | 302,618.50 |
| 12/08/2023 | R | 2 | 21459 | ▮ | 184,691.90 |
| | | | | **TOTAL RECEIPTS** | **$ 502,310.40** |

## DISBURSEMENTS:

| DATE | TYPE | BANK | REF. NO. | PAYEE | AMOUNT |
|---|---|---|---|---|---|
| 12/11/2023 | C | 2 | 87824 | M▮B▮ and M▮N▮ | 174.75 |
| 12/11/2023 | W | 2 | 7713 | Chase Bank - Douglas Chrismas - Property: Vacant L | 352,247.15 |
| 12/11/2023 | W | 2 | 7714 | City National Bank - Fidelity National Title Compa | 95,507.55 |
| 12/11/2023 | F | 2 | 12913 | Eon Escrow, Inc. | 4,000.00 |
| 12/11/2023 | C | 2 | 87825 | MyNHD, Inc. | 94.95 |
| 12/11/2023 | C | 2 | 87826 | Franchise Tax Board | 16,650.00 |
| 12/11/2023 | C | 2 | 87827 | Bond Services of California | 8,636.00 |
| 12/11/2023 | C | 2 | 87828 | Keller Williams Beverly Hills | 580.25 |
| 12/11/2023 | W | 2 | 7715 | Wells Fargo Bank - Shaliza Inc. - Property: Vacant | 7,439.81 |
| 12/11/2023 | W | 2 | 7716 | Bank of America - SYRE, Inc. - Property: Vacant La | 2,323.69 |
| 12/11/2023 | C | 2 | 87829 | Forward Beverly Hills, Inc. | 2,156.25 |
| 12/11/2023 | C | 2 | 87830 | Sotheby's International Realty | 3,315.83 |
| 12/11/2023 | C | 2 | 87831 | Big Jon, Inc. | 9,184.17 |

|  |  |
|---|---|
| TOTAL CHECKS ISSUED | 502,310.40 |
| CHECKS NOT WRITTEN | 0.00 |
| TOTAL | 502,310.40 |
| BALANCED | **0.00** |

**** END OF RECEIPTS AND DISBURSEMENTS LISTING ****

## SAVINGS INFORMATION:

| | |
|---|---|
| TOTAL PRINCIPAL | 0.00 |
| TOTAL INTEREST | 0.00 |
| TOTAL WITHDRAWALS | 0.00 |
| REMAINING BALANCE | 0.00 |

CONFIDENTIAL INFORMATION – CONTENTS SUBJECT TO PROTECTIVE ORDER

 **PCB BANK**   WIRE APPLICATION AND INSTRUCTIONS
송금신청서

Type or Print Firmly.
If wire transfer request is received after **11:00 AM PST**, it will be processed on the next business day.

| Date Received: | Date Sent: 12/11/23 | Purpose of Outgoing Wire: Seller Proceeds<br>Relationship to Beneficiary: |
|---|---|---|

| Wire Amount (송금액) | ☑ Domestic  ☐ International | ☐ Personal, family, household use  ☑ Commercial Use |
|---|---|---|
| | Wire Amount: $ 352,247.15 | Service Charge: $     Total Received: $ |
| | *For International Wire with Foreign Currency Only*<br>Type of Foreign Currency: | *Complete the Type of Foreign Currency, if the beneficiary will receive the funds in a foreign currency. Otherwise, the funds will be sent in US dollar. |

| Originator (송금인) | Name: **EON ESCROW INC** | Account No.: ▓▓▓▓0044 | Phone No.: |
|---|---|---|---|
| | Address: 3700 WILSHIRE BL SUITE 1005 | City: LOS ANGELES  State: CA  Zip Code: 90010 | |

| Intermediary Bank (중간은행) | Name: | ABA or BIC: |
|---|---|---|

| Beneficiary Bank (수취은행) | Name: Chase Bank | ABA or BIC: 021000021 |
|---|---|---|
| | Address: | Country: |

| Beneficiary (수취인) | Name: Douglas Chrismas | |
|---|---|---|
| | Account No.: ▓▓▓6820 | |
| | Address: | |
| | Country: | Phone No.: |

| Special Instruction (특별지시사항) | |
|---|---|

By signing this Wire Transfer Application, I agree to all terms and conditions of the Wire Transfer Agreement on the reverse.

X [signature]   Customer Signature           Date: 12/11/23

**BANK USE ONLY - DO NOT COMPLETE THE SECTIONS BELOW**

Bank Use Only - For Completion by branch or department

| Method of Payment | Verification of Faxed Application | Name Contacted: | |
|---|---|---|---|
| ☐ Cash  ☐ Check  ☐ Other  ☐ Debit Account | ☐ Faxed Application/ Faxed Agreement on File | Date and Time: | Verified by: |
| Branch/Department | Accepted by | Approved by | Approver Name & Title |
| Wire Department | Prepared By | Verified by | Ref. No. |

REV.06/2022    CONFIDENTIAL INFORMATION – CONTENTS SUBJECT TO PROTECTIVE ORDER

Exhibit B

## Williams, David (USACAC)

| | |
|---|---|
| **From:** | Makarewicz, Valerie (USACAC) |
| **Sent:** | Tuesday, May 7, 2024 1:31 PM |
| **To:** | Williams, David (USACAC) |
| **Subject:** | Fw: Chrismas |

**From:** Carolyn Dye <cdye@cadye.com>
**Sent:** Tuesday, May 7, 2024 1:30 PM
**To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Chrismas

Confirming: No payments since October 2023 on judgment or to estate and no payments to creditors as far as Sam is concerned. If he made separate payments to anyone we would not know about it.   Carolyn

**From:** Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>
**Sent:** Tuesday, May 7, 2024 1:16 PM
**To:** Carolyn Dye <cdye@cadye.com>; Sam Leslie <sleslie@trusteeleslie.com>
**Cc:** Williams, David (USACAC) <David.Williams3@usdoj.gov>; Grove, Allen (LA) (FBI) <agrove@fbi.gov>
**Subject:** Chrismas

Hello,
Has Douglas Chrismas, or anyone on his behalf, made any payment towards the $14m judgment entered by Judge Anderson, since October 2023 to present?
Has Chrismas, or anyone on his behalf, paid the estate or any of it creditors any money since October 2023 to present?

Thank you, VLM

Valerie Makarewicz
Assistant United States Attorney
1100 U.S Courthouse
312 North Spring Street
Los Angeles, California 90012
Tel: (213) 894-0756
E-mail:valerie.makarewicz@usdoj.gov

1

Exhibit C

RECORDING REQUESTED BY:
Fidelity National Title Company

WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENTS TO:

M▮▮▮ B▮▮▮▮ and M▮▮▮ N▮▮▮

---

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: ▮▮▮▮▮▮▮
AP#: 4448-007-061

Escrow No.: ▮▮▮▮▮40-JY

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $550.00
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[X] Unincorporated area   [ ] City of   AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Douglas Chrismas, a Single Man

hereby GRANT(s) to:

M▮ B▮▮▮▮ and M▮▮▮ N▮▮▮,

the real property in the County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as: Vacant Land : 2825 Tuna Canyon Road | APN 4448-007-061, Topanga, CA 90290

Dated October 25, 2023

_____
Douglas Chrismas

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles
On 11/29/2023 before me, In Seouk Hong, A Notary Public personally appeared Douglas Chrismas who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____  (Seal)

IN SEOUK HONG
Notary Public - California
Los Angeles County
Commission # 2344507
My Comm. Expires Feb 18, 2025

MAIL TAX STATEMENTS AS DIRECTED ABOVE: