UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. **2:21-cr-00127-MCS-1**  Date: **May 9, 2024**

Present: The Honorable: **Mark C. Scarsi, U.S. District Judge**

Interpreter: **N/A**

| Stephen Montes Kerr | Wil Wilcox | Valerie L. Makarewics / David W. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Douglas J. Chrismas | X | | X | Jennifer L. Williams | X | | X |
| | | | | Megan A. Maitia | X | | X |

**Proceedings:**   **Hearing on Motion to Revoke Bond (ECF No. 115)**

Cause called; appearances made.

The motion hearing is held. Counsel address the Court. For reasons and findings stated on the record, the Court GRANTS the motion. The bond is revoked, and defendant is remanded forthwith into the custody of the U.S. Marshal. CR-12 issued.

**IT IS SO ORDERED.**

cc: PSA

                                                              : 16
                              **Initials of Deputy Clerk**    SMO