Jennifer L. Williams (Bar No. 268762)
Megan A. Maitia (Bar No. 285271)
Summa LLP
1010 Sycamore Ave, Unit 117
South Pasadena, CA 91030
(213) 260-9455/56/52
jenn@summallp.com / megan@summallp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | 2:21-cr-00127-MCS-1 |
| DOUGLAS J. CHRISMAS | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant DOUGLAS J. CHRISMAS that a hearing be held to review /reconsider the decision of

☑ United States District Judge MARK C. SCARSI    by order dated: 5/9/2024

☐ Magistrate Judge _____    by order dated: _____

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Def't was ordered detained and now asks the Court to consider bond under 3142(b). There is a presumption of release pending trial w/o any conditions (but we are proposing several stringent conditions below). The gvt. cannot rebut this presumption "by clear and convincing evidence" that no conditions that will "reasonably assure" safety and appearance.18 USC 3142(f). Because conditions can reasonably assure appearance and safety, further detention is unlawful under 3142(e).

Relief sought *(be specific)*:

Under 3142(a) and (c), order releasing Mr. Chrismas forthwith with the following modifications to conditions in Dkt. 16: Do not sell, transfer, or give away asset more than $10,000 w/o prior permission from Pretrial Services Agency (PSA), and court permission before any transaction if directed by PSA; disclosure of all assets to PSA with regular reporting and disclosure of assets as directed by PSA; agree to submit to a search of person and/or property, including online financial records.

Counsel for the defendant and plaintiff United States Government consulted on May 9, 2024 by phone and email and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on May 9, 2024.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 5/9/2024 | DOUGLAS J. CHRISMAS |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)