# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DOUGLAS J. CHRISMAS,<br><br>        Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**[PROPOSED] ORDER** |

    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention filed by Mr. Chrismas is GRANTED. Under 18 U.S.C. § 3142(a) and (c), Mr. Chrismas shall be released forthwith with the following modifications to the conditions of release as specified in Docket 16:

- Mr. Chrismas shall not sell, transfer, or give away any asset over $10,000 without prior permission from the supervising Pretrial Services Agency (PSA), and, if directed by PSA, Mr. Chrismas shall not sell, transfer, or give away any asset without prior permission from the Court.

- Mr. Chrismas shall forthwith meet with PSA and disclose all assets owned or controlled by him, and he shall cooperate with PSA in their verification of the same.
- Mr. Chrismas shall submit to a search of his person and/or property, including his online financial accounts and records, as directed by PSA.
- Mr. Chrismas's surety shall provide written agreement to these bond modifications.

[Alternatively, the Court orders a hearing on Mr. Chrismas's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention on May ___, 2024. The parties may file briefing two days before the hearing.]

IT IS SO ORDERED.

Dated:

HONORABLE MARK C. SCARSI
United States District Judge