**DENIED**
BY ORDER OF THE COURT
Dated: 5/10/2024

*Mark C. Scarsi*

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:  valerie.makarewicz@usdoj.gov
            david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>DOUGLAS CHRISMAS<br><br>       Defendant. | No. 2:21-cr-00127-MCS<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER QUASHING RULE 17(c) SUBPOENAS DEMANDING DOCUMENTS BY MAY 7, 2024; DECLARATION OF VALERIE L. MAKAREWICZ; EXHIBIT<br><br>Trial Date:  May 7, 2024<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the Hon. Mark C. Scarsi |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, hereby files this ex parte Application to Quash Subpoenas issued by defendant DOUGLAS CHRISMAS and demanding documents from the Chapter 11 Bankruptcy Trustee and his attorney by May 7, 2024.