E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:   valerie.makarewicz@usdoj.gov
            david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
|     Plaintiff, | GOVERNMENT'S SUPPLEMENT TO OPPOSITION TO DEFENDANT'S REQUEST FOR RECONSIDERATION OF DETENTION |
|     v. | |
| DOUGLAS J. CHRISMAS, | |
|     Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, hereby supplement the government's opposition to defendant's application for reconsideration of the Court's detention order.

    This supplement is based on the attached memorandum of points and authorities, the attached declaration and exhibit, the files and

1 records in this case, and such further facts and argument as the

2 Court may permit.

3 Dated: May 13, 2024                    Respectfully submitted,

4                                        E. MARTIN ESTRADA
                                         United States Attorney
5
                                         MACK E. JENKINS
6                                        Assistant United States Attorney
                                         Chief, Criminal Division
7

8                                        */s/ David W. Williams*
                                         VALERIE L. MAKAREWICZ
9                                        DAVID W. WILLIAMS
                                         Assistant United States Attorneys
10
                                         Attorneys for Plaintiff
11                                       UNITED STATES OF AMERICA

2

## MEMORANDUM OF POINTS AND AUTHORITIES

The government filed a brief in opposition to reconsideration of detention yesterday, on May 12, 2024.  (ECF 132.)  In that brief, the government noted that defendant had personally received $352,247.15 from the sale of his Tuna Canyon property.  The money was wired directly to defendant's personal bank account, and defendant personally withdrew that full sum the same day:

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|  | **Beginning Balance** |  | $88.11 |
| /// | /// | | /// |
| 12/11 | Fedwire Credit Via: Pcb Bank/ ████ 8602 B/O: Eon Escrow Inc Tel 213 769 0044 Ref: Chase Nyc/Ctr/Bnf=Douglas Chrismas Beverly Hills CA 90211 US/Ac: ████ 2910 Rfb=O/B Pcb Bank Imad: ████ Trn: | 352,247.15 | 352,294 38 |
| 12/11 | 12/11 Withdrawal | -352,294.38 | 0.00 |

(See ECF 132 at 2 and Ex. A (defendant's personal bank records).)

The government now has additional information to provide to the Court concerning what happened to the proceeds of the Tuna Canyon sale.

### A.   Further New Information for the Court's Consideration

The money from the Tuna Canyon sale went to the bank account of defendant's company, Art Collection Development, LLC ("Art Collection").  On December 11, 2023, Art Collection's bank account received a $352,294.38 deposit, matching defendant's withdrawal:



(See Ex. E (Art Collection's bank records).)

1    On that same day, defendant withdrew most of it from Art

2  Collection's account almost immediately -- $340,292:

3  **OTHER WITHDRAWALS**

4  | DATE | DESCRIPTION | AMOUNT |
   |------|-------------|--------|
   | 12/11 | 12/11 Withdrawal | $340,292.00 |
5  | 12/18 | 12/18 Withdrawal | 120,000.00 |

6  (Ex. E.)

7    Art Collection's bank records also show two other substantial

8  deposits during December 2023.  On December 18, Art Collection

   received separate deposits of $131,571 and $175,000:

9

10 **DEPOSITS AND ADDITIONS**

11 | DATE | DESCRIPTION | | AMOUNT |
   |------|-------------|---|--------|
   | 12/04 | Deposit | 2087008990 | $300.00 |
12 | 12/11 | Deposit | 2043391495 | 352,294.38 |
   | 12/18 | Deposit | 2043501491 | 175,000.00 |
13 | 12/18 | Deposit | 2043391433 | 131,571.00 |
   | **Total Deposits and Additions** | | | **$659,165.38** |

14 (Ex. E.)

15    The $175,000 was transferred the same day it was received,

16 apparently to defense counsel:

17 | | 12/18 | 12/18 Domestic Wire Transfer | A/C: Summa Lip IOLTA Imad: | 175,000.00 |

18 (Ex. E.)

19    The $131,571 was also transferred almost immediately, but this

20 time not until the following day:

21 **OTHER WITHDRAWALS**

22 | DATE | DESCRIPTION | AMOUNT |
   |------|-------------|--------|
   | 12/11 | 12/11 Withdrawal | $340,292.00 |
23 | 12/19 | 12/19 Withdrawal | 120,000.00 |

   (Ex. E.)

24    The Art Collection records do not indicate where the $120,000

25 went, but the December 19 date matches the $120,000 cashier's check

26 for defendant's personal account, which was described in the

27 government's prior brief.  (See ECF 132 at 4.)

28

                                    2

**DECLARATION OF DAVID W. WILLIAMS**

I, David W. Williams, declare as follow:

1. I am one of the Assistant United States Attorneys assigned to <u>United States v. Chrismas</u>, 2:21-cr-127-MCS. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached as **Exhibit E** are a redacted bank statement and deposit slip, received by the government from Chase Bank for the month of December 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 13, 2024.

David W. Williams

3

Exhibit E


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2023 through December 29, 2023
Account Number:                    **3039**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00010896 DRE 703 210 00424 NNNNNNNNNNN  1 000000000 D2 0000
ART COLLECTION DEVELOPMENT, LLC
8306 WILSHIRE BLVD
BEVERLY HILLS CA 90211



## CHECKING SUMMARY
Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 4 | 659,165.38 |
| Checks Paid | 2 | -1,158.00 |
| Electronic Withdrawals | 19 | -194,375.20 |
| Other Withdrawals | 2 | -460,292.00 |
| Fees | 1 | -30.00 |
| **Ending Balance** | **28** | **$3,310.18** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/04 | Deposit | 2087008990 | $300.00 |
| 12/11 | Deposit | 2043391495 | 352,294.38 |
| 12/18 | Deposit | 2043501491 | 175,000.00 |
| 12/18 | Deposit | 2043391433 | 131,571.00 |
| **Total Deposits and Additions** | | | **$659,165.38** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4953  ^ | 12/11 | 12/11 | $800.00 |
| 4954  ^ | | 12/26 | 358.00 |
| **Total Checks Paid** | | | **$1,158.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

**SB1582664-F3**



December 01, 2023 through December 29, 2023

Account Number: ███████ **3039**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/06 | Orig CO Name:Capital One | $250.00 |
| 12/12 | 12/12 Online Realtime Transfer To Douglas's Personal Account  6820 Transaction#: | 100.00 |
| 12/13 | Orig CO Name:Capital One | 1,200.00 |
| 12/13 | Orig CO Name:Capital One | 1,000.00 |
| 12/13 | Orig CO Name:Applecard Gsbank | 800.00 |
| 12/13 | Orig CO Name:Capital One | 600.00 |
| 12/13 | Orig CO Name:Capital One | 500.00 |
| 12/13 | Orig CO Name:Mercury Card Fbt | 500.00 |
| 12/14 | Orig CO Name:Bank of America | 1,863.12 |
| 12/14 | Orig CO Name:Capital One | 1,100.00 |
| 12/18 | Orig CO Name:Best Egg | 1,130.23 |
| 12/18 | 12/18 Domestic Wire Transfer                    A/C: Summa Llp IOLTA Imad: | 175,000.00 |
| 12/19 | Orig CO Name:Capital One | 700.00 |
| 12/19 | 12/19 Domestic Wire Transfer Via:                    A/C: J Freund PC | 5,000.00 |
| 12/20 | Orig CO Name:Capital One | 1,000.00 |
| 12/29 | Orig CO Name:CA Dept Tax Fee | 1,831.85 |
| 12/29 | Orig CO Name:Capital One | 1,100.00 |
| 12/29 | Orig CO Name:Capital One | 300.00 |
| 12/29 | Orig CO Name:Applecard Gsbank | 400.00 |
| **Total Electronic Withdrawals** | | **$194,375.20** |



December 01, 2023 through December 29, 2023
Account Number: ▮▮▮▮▮3039



## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | 12/11 Withdrawal | $340,292.00 |
| 12/19 | 12/19 Withdrawal | 120,000.00 |
| **Total Other Withdrawals** | | **$460,292.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Service Charges For The Month of November | $30.00 |
| **Total Fees** | | **$30.00** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $8,644.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/04 | $300.00 | 12/12 | 11,122.38 | 12/19 | 8,300.03 |
| 12/05 | 270.00 | 12/13 | 6,522.38 | 12/20 | 7,300.03 |
| 12/06 | 20.00 | 12/14 | 3,559.26 | 12/26 | 6,942.03 |
| 12/11 | 11,222.38 | 12/18 | 134,000.03 | 12/29 | 3,310.18 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$30.00** Will be assessed on 1/4/24 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 23 |
| Deposits / Credits | 4 |
| Deposited Items | 3 |
| **Total Transactions** | **30** |

**SB1582664-F3**

**CHASE** ⬤      **DEPOSIT**      CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

**DEPOSIT**

Today's Date

12/11/23

Customer Name *(Please Print)*

Art Collection Development LLC

R/T 500001020

| | | |
|---|---|---|
| CASH ▶ | 352294.34 | |
| CHECK ▶ | . | |

Sign Here *(If cash is received from this deposit)* - - - - - - - - - - - -

X

N13060-CH (Rev 07/12)   20148353   08/22

| | | |
|---|---|---|
| TOTAL FROM OTHER SIDE ▶ | . | |
| SUBTOTAL ▶ | . | |
| ↳ CASH BACK ▶ | . | |

▼ Start your account number here

3039      TOTAL **$**      352294.38

⑊ 2043391495⑊ ⑊ 500001020⑊

JPMorganChaseBank 121111 751001 918580139785

**05/13/24**

**Reference Case Number:  OLRS-393519**

**This is a substitute document representing a Cash In ticket.  The image you requested is not available.**

**Posting Date: 12/11/23**
**Sequence Number:** ███████
**Dollar Amount: 352294.38**
**Account Number:** ██████████**3039**




# CHASE

## Business Signature Card

| | | |
|---|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | **ACCOUNT NUMBER** | 3039 |
| ART COLLECTION DEVELOPMENT, LLC | **ACCOUNT TYPE** | Chase Total Business Checking |
| | **TAXPAYER ID NUMBER** | 82-4361765 |
| | **DATE OPENED** | 04/30/2018 |
| | **FORM OF BUSINESS** | Limited Liability Company - Member Managed (LLC) |
| | **ISSUED BY** | JPMorgan Chase Bank, N.A ( 703 ) |
| **BUSINESS ADDRESS** | | La Cienega - 741010 |
| | | ANA L TANTAMCO |
| United States/US Territories | | (310) 657-8412 |
| | | 04/30/2018 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 01/18/2018 | |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | DOUGLAS JAMES CHRISMAS | **(212) 255-5610 | 5056 | Member | 4/30/18 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |



M1207-01-13-CS (3/14 v3)



**DECLARATION**

**Case No. : R2409650,2024R00808**

I, Vincent Gray, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist IV  and Custodian of Records for JPMorgan Chase Bank, N.A.  (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 5/13/2024 _____

By: _____
    Vincent Gray
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1582664-F3                                                      Subp10a