E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012]
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER TO COMPEL TESTIMONY OF JENNIFER KELLEN AT TRIAL |
| v. | |
| DOUGLAS J. CHRISMAS, | |
| Defendant. | |

```
 1        The Court grants the Government's Order to Compel Testimony of
 2   Jennifer Kellen as follows:
 3        1. Kellen or defendant are ordered to produce a certificate of
 4           marriage by May 17, 2024 to the government.
 5        2. If such certificate is produced, the Court will order a
 6           hearing re: adverse testimony privilege on May ___, 2024 at
 7           1:30 p.m.
 8        IT IS SO ORDERED.
```

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE