JENNIFER L. WILLIAMS (Bar No. 268782)
(E Mail: jenn@summaLLP.com)
MEGAN A. MAITIA (Bar No. 285271)
(E-Mail: megan@summallp.com)
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone: (213) 260-9456
Facsimile: (213) 835-0939

Attorney for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOUGLAS J. CHRISMAS,<br><br>  Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**APPLICATION FOR ORDER SETTING PRETRIAL CONDITIONS OF RELEASE AS STIPULATED WITH PRETRIAL SERVICES** |

Douglas J. Chrismas, through his counsel of record, applies for an order setting pretrial conditions of release as stipulated with pretrial services. The grounds for this application are based on the attached declaration of counsel.

Respectfully submitted,

Dated: May 13, 2024      */s/ Megan A. Maitia*
                         MEGAN A. MAITIA
                         JENNIFER L. WILLIAMS
                         Attorneys for DOUGLAS J. CHRISMAS

# DECLARATION OF MEGAN A. MAITIA

I, Megan A. Maitia, declare as follows:

1. I am an attorney at law licensed in the State of California and before the United States District Court for the Central District of California. I, along with Jennifer L. Williams, represent Douglas Chrismas in the above-captioned case.

2. On May 13, 2024, the Court held a hearing on Mr. Chrismas's Application for Review/Reconsideration of Order Setting Conditions of Release (18 U.S.C. § 3142) and Request for Hearing. (Dkt. 125.) The Court heard from the Parties and Pretrial Services Officer Devona Gardner. The Court directed the defense to confer with Officer Gardner and file this Application for Order Setting Pretrial Conditions of Release as Stipulated with Pretrial Services.

3. After the May 13, 2024 hearing, Jennifer Williams and I met with Officer Devona Gardner to review the modified conditions of release as directed by the Court. Those modifications to the original bond conditions (Dkt. 16) include:

   a. That Mr. Chrismas maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency (counsel understands from Officer Gardner that this provision allows Pretrial to inquire into Mr. Chrismas's ownership interest in any business entity, which will also be disclosed as shown in the below condition);

   b. That Mr. Chrismas not sell, transfer, or give away any asset valued at $10,000 or more without notifying and obtaining permission from the Court;

   c. That Mr. Chrismas submit to a financial investigation as directed by the supervision officer wherein the defendant shall provide a sealed copy of a current credit report, a copy of the most current federal and state income tax returns, and all supporting documentation as to all assets, income, expenses, liabilities. This disclosure shall include artwork personally owned by the defendant; bank statements for any and all of the defendant's financial accounts; and information related to any entity in which the defendant has an ownership interest.

        d.    That Pretrial Services may disclose any financial information obtained through its financial investigation of Mr. Chrismas to the Government upon the Government's request.

4.    These conditions as discussed and stipulated between defense counsel and Officer Gardner are reflected on the original Release Order and Bond Form (Dkt. 16), with modified conditions noted in red ink, as attached here as **Exhibit A**.

5.    To facilitate Mr. Chrismas's forthwith release, we are asking that the Court issue the concurrently filed Proposed Order implementing the conditions as set forth in **Exhibit A**; and upon Mr. Chrismas's release, he will review and sign the modified bond conditions, and defense counsel will file the signed version with the Court no later than 24 hours after his release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of May 2024 in Los Angeles, California

                                            */s/ Megan A. Maitia*

                                            Megan A. Maitia