1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOUGLAS J. CHRISMAS,<br><br>  Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**[PROPOSED] ORDER** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Application for Order Setting Pretrial Conditions of Release (Dkt. 125) is GRANTED. Under 18 U.S.C. § 3142(a) and (c) and as stipulated between defense counsel and Pretrial Services, Mr. Chrismas shall be released forthwith with the modifications to the conditions of release as specified in Exhibit A to the declaration of counsel and set forth below:

- Mr. Chrismas shall maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency;

- Mr. Chrismas shall not sell, transfer, or give away any asset valued at $10,000 or more without notifying and obtaining permission from the Court;
- Mr. Chrismas shall submit to a financial investigation as directed by the supervision officer wherein the defendant shall provide a sealed copy of a current credit report, a copy of the most current federal and state income tax returns, and all supporting documentation as to all assets, income, expenses, liabilities. This disclosure shall include artwork personally owned by the defendant; bank statements for any and all of the defendant's financial accounts; and information related to any entity in which the defendant has an ownership interest.
- Pretrial Services may disclose any financial information obtained through its financial investigation of Mr. Chrismas to the Government upon the Government's request.

Upon Mr. Chrismas's forthwith release, he will review and sign the modified bond conditions as attached as Exhibit A to the declaration of counsel and will file the signed version with the Court, no later than 24 hours after Mr. Chrismas's release.

IT IS SO ORDERED.

Dated:

HONORABLE MARK C. SCARSI
United States District Judge