JENNIFER L. WILLIAMS (Bar No. 268782)
(E Mail: jenn@summaLLP.com)
MEGAN A. MAITIA (Bar No. 285271)
(E-Mail: megan@summallp)
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone: (213) 260-9456
Facsimile: (213) 835-0939

Attorney for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>***EX PARTE* APPLICATION FOR LEAVE TO FILE LATE PROPOSED VOIR DIRE QUESTIONS** |

　　　　Douglas J. Chrismas, through his counsel of record, applies *ex parte* for an order permitting the late filing of Defendant's Proposed Voir Dire Questions. Counsel for the government has indicated that it does not oppose the late filing. This request is based on the attached declaration of counsel.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 21, 2024　　　　　　 */s/ Jennifer L. Williams*
　　　　　　　　　　　　　　　　　　JENNIFER L. WILLIAMS
　　　　　　　　　　　　　　　　　　MEGAN A. MAITIA
　　　　　　　　　　　　　　　　　　Attorneys for DOUGLAS J. CHRISMAS

## DECLARATION OF JENNIFER L. WILLIAMS

I, Jennifer L. Williams, declare as follows:

1. I am an attorney at law licensed in the State of California and before the United States District Court for the Central District of California. I, along with Megan A. Maitia, represent Douglas Chrismas in the above-captioned case.

2. On January 10, 2024, this Court permitted Ms. Maitia and I to substitute in as counsel in this case (replacing prior counsel). We have been working diligently and quickly to prepare this case for trial, currently set for May 28, 2024. This work has included the review of thousands of pages of discovery, preparation and filing of numerous motions, and analyzing and preparing the defense. I have personally reviewed the Court's Criminal Standing Order and know that it requires parties to file proposed voir dire questions (for the Court's consideration in addition to questions I understand the Court generally asks of the venire) 14 calendar days prior to the Final Pretrial Conference. Despite reading the Standing Order, I overlooked the deadline to file proposed questions and apologize to the Court and to the Government for the late filing.

3. On May 21, 2024, I informed the prosecutors on this case via email that I intend to file a late submission for voir dire questions along with the *ex parte* application to address the lateness. I asked if the prosecution had any objection to the late filing (noting that I was not asking to bind the prosecution to not objecting to the questions themselves). AUSA Makarewicz responded that the government does not object to the late filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of May 2024 in Los Angeles, California

                     /s/ Jennifer L. Williams
                     Jennifer L. Williams