E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    Valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED JURY INSTRUCTION #31 |
| v. | Trial Date:  May 28, 2024 |
| DOUGLAS J. CHRISMAS | Trial Time:  8:30 a.m. |
| Defendant. | Location:    Courtroom of the Hon. Mark C. Scarsi |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz and David W. Williams, hereby submit the government's proposed jury instruction number 31.

The government asked the defendant for comment on Wednesday, May 22, 2024, but as of the time of this filing, has not received defendant's position on the proposed modification.

i

Dated:                              Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                     /s/
                                    ─────────────────────────────
                                    VALERIE L. MAKAREWICZ
                                    DAVID W. WILLIAMS
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**COURT'S INSTRUCTION NO. _____**

**GOVERNMENT'S PROPOSED INSTRUCTION NO. 31**

It's a Federal crime for the trustee or custodian of a bankruptcy estate to knowingly and fraudulently embezzle any property belonging to the bankruptcy estate.

The defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1) On or about the date charged, a bankruptcy case docketed as <u>In Re: Art and Architecture Books of the 21st Century, d.b.a. Ace Gallery</u>, Case Number 2:13-bk-14135-RK was pending in the United States Bankruptcy Court for Central District of California, and Art and Architecture Books of the 21st Century, d.b.a. Ace Gallery was the Debtor;

(2) the property or interest described in the indictment was part of the bankruptcy estate of the Debtor;

(3) the defendant had access to the property as a trustee or custodian of the bankruptcy estate; and

(4) the defendant knowingly and fraudulently embezzled, spent, or transferred property belonging to the bankruptcy estate.

A "Debtor" is a person or corporation that's the subject of a Federal bankruptcy case.

When a debtor files a voluntary petition for bankruptcy, the bankruptcy estate is created. Among other things, it includes all the property owned by the Debtor and the Debtor's claims on or rights to other property, no matter where the property is or who possessed it when the bankruptcy case began.

The Bankruptcy Court for the Central District of California has the authority and power to appoint a custodian or trustee to

administer the bankruptcy estate of a Debtor. The custodian or trustee is responsible for the control of all the property belonging to the bankruptcy estate.

The heart of the charge in the indictment is the knowing and fraudulent embezzlement of property belonging to the Debtor's estate.

"Fraudulent" means to knowingly deceive or mislead someone, usually for personal gain.

To "embezzle" means to wrongfully take someone's property and spend it or transfer it.

Eleventh Circuit Model Criminal Jury Instructions, No. O4 (2020 ed.) [Embezzlement of a Bankruptcy Estate] (modified).