E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND AMENDED EXHIBIT LIST |
| v. | |
| DOUGLAS CHRISMAS, | Trial Date:  May 28, 2024<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the Hon. Mark C. Scarsi |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, hereby submits the Government's Second Amended Exhibit List. Defendant Douglas Chrismas, by and through his attorney of record, Jennifer L. Williams and Megan A. Maitia, has included stipulations and objections to the Government's Exhibits.

///

The government reserves the right to update, modify, and edit the exhibit list and exhibits below, and the defense reserves its right to objection on additional grounds.

Dated: May 25, 2024                 Respectfully submitted,

                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         MACK E. JENKINS
                                         Assistant United States Attorney
                                         Chief, Criminal Division

                                         */s/ Valerie L. Makarewicz*
                                         VALERIE L. MAKAREWICZ
                                         DAVID W. WILLIAMS
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

**EXHIBIT LIST**
United States v. Chrismas, 2:21-cr-00127-MCS

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit[1] | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Account Statement for Art and Architecture Books of the 21st Century DBA Ace Gallery (General Acct) DIP Case No. 2:13-bk-14135-RK, with City National Bank account ending x8402 for March 2016<br><br>USAO_00002677-85 | x | x | | |
| 2. | Signature Card for Art and Architecture Books of the 21st Century DBA Ace Gallery (General Acct) DIP Case No. 2:13-bk-14135-RK with City National Bank ending x8402<br><br>USAO_00030313-19 | x | x | | |
| 3. | Statement of Ace Museum's account with City National Bank x6347 for March 2016<br><br>USAO_0004786-88 | x | x | | |
| 4. | Signature Card, Ace Museum's account with City National Bank | x | x | | |

---

[1] The defense notes present objections where there is no stipulation to admissibility. The defense reserves the right to raise additional objections, such as foundational and form objections, as appropriate in trial.

| # | Description | | | | |
|---|---|---|---|---|---|
| | x6347<br><br>USAO_00030310-12 | | | | |
| 5. | Ace Gallery Invoice #K-1012, March 30, 2016<br><br>USAO_00013292-93 | x | x | | |
| 6. | Ace Gallery Invoice #K-1013, March 30, 2016<br><br>USAO_0014012-13 | x | x | | |
| 7. | M. Corse Contract and Addendums, July 25, 2011<br><br>USAO_00001576-83 | x | x | | |
| 8. | Check copy 599 for $114,595.32<br><br>USAO_006693 | x | x | | |
| 9. | AIR Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease – Net, July 2006<br><br>USAO_0020296-329 | x | x | | |
| 10. | Assignment of and First Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, August 28, 2009<br><br>USAO_00020387-90 | x | x | | |
| 11. | Second Amendment to Standard Industrial/Commercial Single-Tenant Lease – | X | x | | |

| # | Description | | | | |
|---|---|---|---|---|---|
|  | Net, March 5, 2010<br><br>USAO_00020331-70 | | | | |
| 12. | Statement of 400 S La Brea, LLC's account with Cathay Bank x1679 for March 2016<br><br>USAO_00020392-94 | X | x | | |
| 13. | Statement of 400 S La Brea, LLC's account with Cathay Bank x1679 for April 2016<br><br>USAO_00020395-98 | X | x | | |
| 14. | Account Statement of 400 S. La Brea, LLC, September 2017<br><br>USAO_00007747-56 | X | x | | |
| 15. | Bankruptcy Petition Filed February 19, 2013<br><br>USAO_00013873-98 | X | FRE 402 403[2] | | |
| 16. | Order Confirming Second Amended Plan Filed March 18, 2016<br><br>USAO_00024206-31 | X | x | | |
| 17. | Shemano Letter, April | X | x[3] | | |

---

[2] The defense objects to the references on bates 13875 and 13885, which list Mr. Chrismas's prior personal bankruptcy filings, as irrelevant and unduly prejudicial. These references should be redacted. (The defense notified the government of this redaction request on April 30, 2024; the government did not inform the defense until May 24, 2024 of its refusal to do so.)

[3] The defense stipulates to the authenticity and admission of Government Exhibit 17 (as redacted) to comply with the Court's order granting Government motion *in limine* no. 2 (Dkt. Nos. 48, 62), which
*(footnote cont'd on next page)*

5

| | | | | | |
|---|---|---|---|---|---|
| | 25, 2016<br><br>USAO_00013281-82 | | | | |
| 18. | Chrismas Deposition January 2016<br><br>USAO_00015384-735 | x | FRE<br>802<br>402<br>403[4] | | |
| 19. | Statement of Information for Ace Museum, March 2, 2016<br><br>USAO_00020410 | x | x | | |
| 20. | Emails dated September 30, 2013<br><br>USAO_00012641-43 | x | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| 21. | Emails dated April 9, 2014<br><br>USAO_00012645-646 | x | FRE<br>802<br>402<br>404b1<br>403 | | |
| 22. | Emails dated August 1 and 2, 2014<br><br>USAO_00012648-49 | x | FRE<br>802<br>402<br>404b1<br>403 | | |
| 23. | Emails dated August 5, 2014 with attachments<br><br>USAO_00012651-53 | x | FRE<br>802<br>402<br>404b<br>403 | | |

was unopposed by then-defense counsel; the defense preserves an evidentiary objection that the Government has not established admissibility under FRE 801(d)(2)(B)-(D).

[4] The defense notes that this exhibit runs 335 pages; it is a transcript of Mr. Chrismas's January 28, 2016 deposition taken by Victor Sahn with 141 pages of testimony transcript and 161 pages of deposition exhibits, which include excerpted (incomplete) documents and various civil complaints filed against the defendant. The Government has not shared what portions and for what purpose it intends to use this exhibit. The defense reserves its right to supplement these objections once the Government discloses this information.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24. | Articles of Incorporation Ace Gallery New York Corporation, February 14, 2013<br><br>USAO_00020701-02 | x | FRE 402 404b1 403 | | |
| 25. | Statement of Information Ace Gallery New York Corporation, April 18, 2013<br><br>USAO_00020703 | x | FRE 402 404b1 403 | | |
| 26. | Ace Gallery New York Corporation Signature card for account x0229<br><br>USAO_00026768-770 | x | FRE 402 404b1 403 | | |
| 27. | Trustee[5] Letter, April 18, 2016<br><br>USAO_00013280 | | FRE 802 403 6th Am. | | |
| 28. | Ace Museum Articles of Incorporation filed June 8, 2009<br><br>USAO_00030320-21 | x | x | | |
| 29. | Notice of Motion and Motion of Debtor and Debtor in Possession for Order Authorizing Debtors, August 7, 2013<br><br>USAO_00026589-633 | x | FRE 802 402 404b1 403 | | |
| 30. | Declaration of Eric Wilson in Support of Motion, August 22, 2013<br><br>USAO_00026634-38 | | FRE 802 402 404b 403 6th Am. | | |
| 31. | Order Authorizing Debtor to Obtain Post-Petition | x | FRE 802 402 | | |

---

[5] The defense objects to the naming of this exhibit as "Trustee Letter." Leslie was the "Plan Agent."

7

|  | | | | |
|---|---|---|---|---|
|  | Financing, August 30, 2013<br><br>USAO_00026639-50 |  | 404b1<br>403 |  |
| 32. | Submission of Amended and Corrected Schedules of Assets and Liabilities and Statement of Financial Affairs, April 4, 2013<br><br>USAO_00030361-412 | x | FRE 402<br>403[6] |  |
| 33. | Articles of Incorporation, Ace Gallery<br><br>[no bates] | x | x |  |
| 34. | Ace Gallery Fictitious Name Statement<br><br>[no bates] | X | x |  |
| 35. | Email dated May 25, 2015, from Ace Gallery to J. Kellen regarding wire instructions<br><br>USAO_00012670-77 | x | FRE 802<br>402<br>404b1<br>403 |  |
| 36. | Email dated January 21, 2014, from Ace Gallery to J. Kellen<br><br>USAO_00027139-42 | x | FRE 802<br>402<br>404b1<br>403 |  |
| 37. | Email dated March 17, 2015, from D. | x | FRE 802 |  |

---

[6] The defense objects to the references on bates 30396, which lists unrelated civil lawsuits involving Mr. Chrismas, as irrelevant and unduly prejudicial. These references should be redacted. (The defense notified the government of this redaction request on April 30, 2024; the government did not inform the defense until May 24, 2024 of its refusal to do so.)

8

|     |                                                                                                  |   |                                  |   |   |
|-----|--------------------------------------------------------------------------------------------------|---|----------------------------------|---|---|
|     | Chrismas to P. Balson<br><br>USAO_00012527-35                                                    |   | 402<br>404b1<br>403              |   |   |
| 38. | Account statement for Ace Gallery NY with City National Bank, account ending in x0229 for March 2015<br><br>USAO_00005461-66 | X | FRE<br><br>802<br>402<br>404b1<br>403 |   |   |
| 39. | Account statement for Ace Museum with City National Bank, account ending in x6347 for March 2015<br><br>USAO_00005170-75 | X | FRE<br>802<br>402<br>404b1<br>403 |   |   |
| 40. | Ace Gallery Invoice #2073, March 19, 2015<br><br>USAO_00027137-38                                | X | FRE<br>802<br>402<br>404b1<br>403 |   |   |
| 41. | Email dated October 30, 2014, from Ace Gallery to G. Colon regarding Amended Artist Contract<br><br>USAO_00028121-28 |   | FRE<br>802<br>402<br>404b1<br>403 |   |   |
| 42. | Helen Pashgian consignment sheet, October 6, 2010<br><br>USAO_19100;<br>USAO_19079               | X | FRE<br>802<br>402<br>404b1<br>403 |   |   |
| 43. | Ace Gallery Artist Contract for H. Pashgian dated August 9, 2010<br><br>USAO_00013202-05         | X | FRE<br>802<br>402<br>404b1<br>403 |   |   |
| 44. | De Wain Valentine Consignment Agreement                                                          | x | FRE<br>802                       |   |   |

| # | Description | | | | |
|---|---|---|---|---|---|
|  | from Ace Gallery BH signed March 20, 2010<br><br>USAO_00009029-41 |  | 402<br>404b1<br>403 |  |  |
| 45. | Board Resolution for Loan, July 2009<br><br>USAO_00001160 | x | x |  |  |
| 46. | Inventory Sheets for Monk, Fleury, Donovan<br><br>USAO_00014594 | x | x |  |  |
| 47. | Cathay Bank Loan Committee Report, July 17, 2013<br><br>USAO_00001176-1262 | x | FRE 802<br>402<br>404b1<br>403<br>6th Am. |  |  |
| 48. | Chrismas Email to Cathay Bank with Resumes, May 17, 2013<br><br>USAO_00001263-76 | x | FRE 802<br>402<br>404b1<br>403 |  |  |
| 49. | Declaration of Bruce Karatz, October 9, 2018<br><br>USAO_00001277-79 |  | FRE 802<br>402<br>404b1<br>403<br>6th Am. |  |  |
| 50. | Declaration of Matthew Toledo, October 10, 2018<br><br>USAO_00001280-82 |  | FRE 802<br>402<br>404b1<br>403<br>6th Am. |  |  |
| 51. | Declaration of Scott Schaefer, February 25, 2019<br><br>USAO_00001283-85 |  | FRE 802<br>402<br>404b1<br>403<br>6th Am. |  |  |
| 52. | Monthly Operating Report, February 2013<br><br>USAO_0000002-18 | x | FRE 402<br>404b1<br>403 |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 53. | Monthly Operating Report, September 2013<br><br>USAO_00000221-40 | x | FRE 402 404b1 403 | | |
| 54. | Monthly Operating Report, July 2014<br><br>USAO_00000501-33 | x | FRE 402 404b1 403 | | |
| 55. | Monthly Operating Report, June 2015<br><br>USAO_00000868-97 | x | FRE 402 404b1 403 | | |
| 56. | Monthly Operating Report, August 2015<br><br>USAO_00000931-62 | x | FRE 402 404b1 403 | | |
| 57. | Motion Of Debtor To Assume Master Lease (Nnn) Re 5500 Wilshire Boulevard, Los Angeles, California; Memorandum Of Points And Authorities; Declaration Of Douglas Chrismas, Dkt. 71<br><br>USAO_00030322-53 | x | X | | |
| 58. | Stipulation To Confer Standing And Authority On Official Committee Of Unsecured Creditors To Enforce And Pursue Collection Of Payment Obligation From Ace Museum On Behalf And For The Benefit Of The Bankruptcy Estate, Dkt. 694 | x | X | | |

|  | # | Description | | | | |
|---|---|---|---|---|---|---|
|  |  | USAO_00030354-60 |  |  |  |  |
|  | 59. | Debtor's Third Amended Plan of Reorganization Dated January 12, 2016, Dkt. 1606

[no bates] | x | X |  |  |
|  | 60. | Third Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, September 1, 2010

USAO_00020371-73 | x | x |  |  |
|  | 61. | Wire Transfer, ACE Gallery New York Corporation, City National Bank Accnt#0229

USAO_00010938-39 |  | FRE 802 402 404b1 403 |  |  |
|  | 62. | Chase Credit Card Accnt#3406 for 12/10/2015-1/09/2016

USAO_00006279-81 |  | FRE 802 402 404b1 403 |  |  |
|  | 63. | Bill of Sale, June 9, 2015

USAO_00038140 |  | FRE 802 402 404b1 403 |  |  |
|  | 64. | Property Tax, Bank Records

USAO_00038141-44 |  | FRE 802 402 404b1 403 |  |  |
|  | 65. | Property Tax, Check No. 1465

USAO_00005288 |  | FRE 802 402 404b1 403 |  |  |

| # | Description | | Objections | | |
|---|---|---|---|---|---|
| 66. | Deposit and Withdrawal Slips - Art Collection December 2024<br><br>USAO_00036293; USAO_00036290 | | FRE 802 402 404b1 403 | | |
| 67. | Email - Chrismas to Escrow October 2023<br><br>USAO_00034811 | | FRE 402 404b1 403 | | |
| 68. | Emails - Chrismas and Dye January 2024<br><br>USAO_00036379-80 | | FRE 802 402 404b1 403 | | |
| 69. | Escrow - Disbursements to Chrismas, December 11, 2023<br><br>USAO_00034397-414 | | FRE 802 402 404b1 403 | | |
| 70. | Grant Deed – Topanga<br><br>USAO_00034336-40 | | FRE 802 402 404b1 403 | | |
| 71. | Pretrial Release Conditions - Chrismas ECF 16, filed August 6, 2021<br><br>USAO_00036200-04 | | FRE 802 402 404b1 403 6th Am. | | |
| 72. | Bank Statement - Art Collection December 2023<br><br>USAO_00036285-88 | | FRE 802 402 404b1 403 | | |
| 73. | Bank Statement - Chrismas Personal December 2023<br><br>USAO_00036318-21 | | FRE 802 402 404b1 403 | | |

13

| | 74. | 902(11) Certificates | | FRE 402 403 | | |
|---|---|---|---|---|---|---|