E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
    Major Frauds/Appeals Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756/8485
    Facsimile: (213) 894-6265
    Email:    valerie.makarewicz@usdoj.gov
           david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>DOUGLAS CHRISMAS<br><br>      Defendant. | No. 2:21-cr-00127-MCS<br><br>GOVERNMENT'S SECOND AMENDED EXHIBIT LIST<br><br>Trial Date:  May 28, 2024<br>Trial Time:  8:30 a.m.<br>Location:   Courtroom of the Hon. Mark C. Scarsi |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Valerie L. Makarewicz and David W. Williams, hereby submits the Government's Second Amended Exhibit List. Defendant Douglas Chrismas, by and through his attorney of record, Jennifer L. Williams and Megan A. Maitia, has included stipulations and objections to the Government's Exhibits.

///

The government reserves the right to update, modify, and edit the exhibit list and exhibits below, and the defense reserves its right to objection on additional grounds.

Dated: May 25, 2024                    Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney

                                       MACK E. JENKINS
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       */s/ Valerie L. Makarewicz*
                                       VALERIE L. MAKAREWICZ
                                       DAVID W. WILLIAMS
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

1

| **EXHIBIT LIST** United States v. Chrismas, 2:21-cr-00127-MCS | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit[1] | Date Identified | Date Admitted |
| 1. | Account Statement for Art and Architecture Books of the 21st Century DBA Ace Gallery (General Acct) DIP Case No. 2:13-bk-14135-RK, with City National Bank account ending x8402 for March 2016 USAO_00002677-85 | x | x | | |
| 2. | Signature Card for Art and Architecture Books of the 21st Century DBA Ace Gallery (General Acct) DIP Case No. 2:13-bk-14135-RK with City National Bank ending x8402 USAO_00030313-19 | x | x | | |
| 3. | Statement of Ace Museum's account with City National Bank x6347 for March 2016 USAO_0004786-88 | x | x | | |
| 4. | Signature Card, Ace Museum's account with City National Bank | x | x | | |

[1] The defense notes present objections where there is no stipulation to admissibility. The defense reserves the right to raise additional objections, such as foundational and form objections, as appropriate in trial.

| | | | | | |
|---|---|---|---|---|---|
| | x6347<br><br>USAO_00030310-12 | | | | |
| 5. | Ace Gallery Invoice #K-1012, March 30, 2016<br><br>USAO_00013292-93 | x | x | | |
| 6. | Ace Gallery Invoice #K-1013, March 30, 2016<br><br>USAO_0014012-13 | x | x | | |
| 7. | M. Corse Contract and Addendums, July 25, 2011<br><br>USAO_00001576-83 | x | x | | |
| 8. | Check copy 599 for $114,595.32<br><br>USAO_006693 | x | x | | |
| 9. | AIR Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease – Net, July 2006<br><br>USAO_0020296-329 | x | x | | |
| 10. | Assignment of and First Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, August 28, 2009<br><br>USAO_00020387-90 | x | x | | |
| 11. | Second Amendment to Standard Industrial/Commercial Single-Tenant Lease – | X | x | | |

| | | | | | |
|---|---|---|---|---|---|
| | Net, March 5, 2010 USAO_00020331-70 | | | | |
| 12. | Statement of 400 S La Brea, LLC's account with Cathay Bank x1679 for March 2016 USAO_00020392-94 | X | x | | |
| 13. | Statement of 400 S La Brea, LLC's account with Cathay Bank x1679 for April 2016 USAO_00020395-98 | X | x | | |
| 14. | Account Statement of 400 S. La Brea, LLC, September 2017 USAO_00007747-56 | X | x | | |
| 15. | Bankruptcy Petition Filed February 19, 2013 USAO_00013873-98 | X | FRE 402 403[2] | | |
| 16. | Order Confirming Second Amended Plan Filed March 18, 2016 USAO_00024206-31 | X | x | | |
| 17. | Shemano Letter, April | X | x[3] | | |

[2] The defense objects to the references on bates 13875 and 13885, which list Mr. Chrismas's prior personal bankruptcy filings, as irrelevant and unduly prejudicial. These references should be redacted.  (The defense notified the government of this redaction request on April 30, 2024; the government did not inform the defense until May 24, 2024 of its refusal to do so.)

[3] The defense stipulates to the authenticity and admission of Government Exhibit 17 (as redacted) to comply with the Court's order granting Government motion *in limine* no. 2 (Dkt. Nos. 48, 62), which

*(footnote cont'd on next page)*

| | | | | | | |
|---|---|---|---|---|---|---|
| | 25, 2016<br><br>USAO_00013281-82 | | | | | |
| 18. | Chrismas Deposition<br>January 2016<br><br>USAO_00015384-735 | x | | FRE<br>802<br>402<br>403[4] | | |
| 19. | Statement of<br>Information for Ace<br>Museum, March 2, 2016<br><br>USAO_00020410 | x | | x | | |
| 20. | Emails dated<br>September 30, 2013<br><br>USAO_00012641-43 | x | | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| 21. | Emails dated April 9,<br>2014<br><br>USAO_00012645-646 | x | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 22. | Emails dated August 1<br>and 2, 2014<br><br>USAO_00012648-49 | x | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 23. | Emails dated August<br>5, 2014 with<br>attachments<br><br>USAO_00012651-53 | x | | FRE<br>802<br>402<br>404b<br>403 | | |

was unopposed by then-defense counsel; the defense preserves an evidentiary objection that the Government has not established admissibility under FRE 801(d)(2)(B)-(D).

    [4] The defense notes that this exhibit runs 335 pages; it is a transcript of Mr. Chrismas's January 28, 2016 deposition taken by Victor Sahn with 141 pages of testimony transcript and 161 pages of deposition exhibits, which include excerpted (incomplete) documents and various civil complaints filed against the defendant. The Government has not shared what portions and for what purpose it intends to use this exhibit. The defense reserves its right to supplement these objections once the Government discloses this information.

| | | | | | |
|---|---|---|---|---|---|
| 24. | Articles of Incorporation Ace Gallery New York Corporation, February 14, 2013<br><br>USAO_00020701-02 | x | FRE 402 404b1 403 | | |
| 25. | Statement of Information Ace Gallery New York Corporation, April 18, 2013<br><br>USAO_00020703 | x | FRE 402 404b1 403 | | |
| 26. | Ace Gallery New York Corporation Signature card for account x0229<br><br>USAO_00026768-770 | x | FRE 402 404b1 403 | | |
| 27. | Plan Agent Letter, April 18, 2016<br><br>USAO_00013280 | | FRE 802 403 6th Am. | | |
| 28. | Ace Museum Articles of Incorporation filed June 8, 2009<br><br>USAO_00030320-21 | x | x | | |
| 29. | Notice of Motion and Motion of Debtor and Debtor in Possession for Order Authorizing Debtors, August 7, 2013<br><br>USAO_00026589-633 | x | FRE 802 402 404b1 403 | | |
| 30. | Declaration of Eric Wilson in Support of Motion, August 22, 2013<br><br>USAO_00026634-38 | | FRE 802 402 404b 403 6th Am. | | |
| 31. | Order Authorizing Debtor to Obtain Post-Petition Financing, August 30, 2013 | x | FRE 802 402 404b1 403 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | USAO_00026639-50 | | | | |
| 32. | Submission of Amended and Corrected Schedules of Assets and Liabilities and Statement of Financial Affairs, April 4, 2013<br><br>USAO_00030361-412 | x | FRE 402 403[5] | | |
| 33. | Articles of Incorporation, Ace Gallery<br><br>[no bates] | x | x | | |
| 34. | Ace Gallery Fictitious Name Statement<br><br>[no bates] | X | x | | |
| 35. | Email dated May 25, 2015, from Ace Gallery to J. Kellen regarding wire instructions<br><br>USAO_00012670-77 | x | FRE 802 402 404b1 403 | | |
| 36. | Email dated January 21, 2014, from Ace Gallery to J. Kellen<br><br>USAO_00027139-42 | x | FRE 802 402 404b1 403 | | |
| 37. | Email dated March 17, 2015, from D. Chrismas to P. Balson<br><br>USAO_00012527-35 | x | FRE 802 402 404b1 403 | | |

[5] The defense objects to the references on bates 30396, which lists unrelated civil lawsuits involving Mr. Chrismas, as irrelevant and unduly prejudicial. These references should be redacted. (The defense notified the government of this redaction request on April 30, 2024; the government did not inform the defense until May 24, 2024 of its refusal to do so.)

| 38. | Account statement for Ace Gallery NY with City National Bank, account ending in x0229 for March 2015<br><br>USAO_00005461-66 | X | FRE<br><br>802<br>402<br>404b1<br>403 | | |
| 39. | Account statement for Ace Museum with City National Bank, account ending in x6347 for March 2015<br><br>USAO_00005170-75 | X | FRE<br>802<br>402<br>404b1<br>403 | | |
| 40. | Ace Gallery Invoice #2073, March 19, 2015<br><br>USAO_00027137-38 | X | FRE<br>802<br>402<br>404b1<br>403 | | |
| 41. | Email dated October 30, 2014, from Ace Gallery to G. Colon regarding Amended Artist Contract<br><br>USAO_00028121-28 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 42. | Helen Pashgian consignment sheet, October 6, 2010<br><br>USAO_19100;<br>USAO_19079 | X | FRE<br>802<br>402<br>404b1<br>403 | | |
| 43. | Ace Gallery Artist Contract for H. Pashgian dated August 9, 2010<br><br>USAO_00013202-05 | X | FRE<br>802<br>402<br>404b1<br>403 | | |
| 44. | De Wain Valentine Consignment Agreement from Ace Gallery BH signed March 20, 2010 | x | FRE<br>802<br>402<br>404b1<br>403 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | USAO_00009029-41 | | | | |
| | 45. | Board Resolution for Loan, July 2009<br><br>USAO_00001160 | x | x | | |
| | 46. | Inventory Sheets for Monk, Fleury, Donovan<br><br>USAO_00014594 | x | x | | |
| | 47. | Cathay Bank Loan Committee Report, July 17, 2013<br><br>USAO_00001176-1262 | x | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| | 48. | Chrismas Email to Cathay Bank with Resumes, May 17, 2013<br><br>USAO_00001263-76 | x | FRE<br>802<br>402<br>404b1<br>403 | | |
| | 49. | Declaration of Bruce Karatz, October 9, 2018<br><br>USAO_00001277-79 | | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| | 50. | Declaration of Matthew Toledo, October 10, 2018<br><br>USAO_00001280-82 | | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| | 51. | Declaration of Scott Schaefer, February 25, 2019<br><br>USAO_00001283-85 | | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| | 52. | Monthly Operating Report, February 2013<br><br>USAO_0000002-18 | x | FRE<br>402<br>404b1<br>403 | | |
| | 53. | Monthly Operating Report, September | x | FRE<br>402 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2013<br><br>USAO_00000221-40 | | 404b1<br>403 | | |
| 54. | Monthly Operating Report, July 2014<br><br>USAO_00000501-33 | x | FRE<br>402<br>404b1<br>403 | | |
| 55. | Monthly Operating Report, June 2015<br><br>USAO_00000868-97 | x | FRE<br>402<br>404b1<br>403 | | |
| 56. | Monthly Operating Report, August 2015<br><br>USAO_00000931-62 | x | FRE<br><br>402<br>404b1<br>403 | | |
| 57. | Motion Of Debtor To Assume Master Lease (Nnn) Re 5500 Wilshire Boulevard, Los Angeles, California; Memorandum Of Points And Authorities; Declaration Of Douglas Chrismas, Dkt. 71<br><br>USAO_00030322-53 | x | X | | |
| 58. | Stipulation To Confer Standing And Authority On Official Committee Of Unsecured Creditors To Enforce And Pursue Collection Of Payment Obligation From Ace Museum On Behalf And For The Benefit Of The Bankruptcy Estate, Dkt. 694<br><br>USAO_00030354-60 | x | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 59. | Debtor's Third Amended Plan of Reorganization Dated January 12, 2016, Dkt. 1606<br><br>[no bates] | x | X | | |
| 60. | Third Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, September 1, 2010<br><br>USAO_00020371-73 | x | x | | |
| 61. | Wire Transfer, ACE Gallery New York Corporation, City National Bank Accnt#0229<br><br>USAO_00010938-39 | | FRE 802 402 404b1 403 | | |
| 62. | Chase Credit Card Accnt#3406 for 12/10/2015-1/09/2016<br><br>USAO_00006279-81 | | FRE 802 402 404b1 403 | | |
| 63. | Bill of Sale, June 9, 2015<br><br>USAO_00038140 | | FRE 802 402 404b1 403 | | |
| 64. | Property Tax, Bank Records<br><br>USAO_00038141-44 | | FRE 802 402 404b1 403 | | |
| 65. | Property Tax, Check No. 1465<br><br>USAO_00005288 | | FRE 802 402 404b1 403 | | |
| 66. | Deposit and Withdrawal Slips – Art Collection | | FRE 802 402 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | December 2024<br><br>USAO_00036293;<br>USAO_00036290 | | 404b1<br>403 | | |
| 67. | | Email - Chrismas to Escrow October 2023<br><br>USAO_00034811 | | FRE<br>402<br>404b1<br>403 | | |
| 68. | | Emails - Chrismas and Dye January 2024<br><br>USAO_00036379-80 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 69. | | Escrow - Disbursements to Chrismas, December 11, 2023<br><br>USAO_00034397-414 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 70. | | Grant Deed – Topanga<br><br>USAO_00034336-40 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 71. | | Pretrial Release Conditions - Chrismas ECF 16, filed August 6, 2021<br><br>USAO_00036200-04 | | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| 72. | | Bank Statement – Art Collection December 2023<br><br>USAO_00036285-88 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 73. | | Bank Statement - Chrismas Personal December 2023<br><br>USAO_00036318-21 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 74. | | 902(11) Certificates | | FRE<br>402<br>403 | | |