# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:21-cr-00127-MCS-1 | | Date | May 28, 2024 |
|---|---|---|---|---|

Present: The Honorable    Mark C. Scarsi, United States District Judge

Interpreter    N/A

| Stephen Montes Kerr | Marea Woolrich and Terri Hourigan | Valerie L. Makarewicz and David W. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Douglas J. Chrismas | X | | X | Jennifer L. Williams | X | | X |
| | | | | Megan A. Maitia | X | | X |

_____ Day <u>COURT TRIAL</u>          X Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;   X Begun (1st day);   _____ Held & continued;   _____ Completed by jury verdict/submitted to court.

X    The Jury is impaneled and sworn.

X    Opening statements made    Government and Defendant

X    Witnesses called, sworn and testified.

X    Exhibits identified          X    Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk  reviewed  admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s) _____    _____ Not Guilty on count(s)

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft #

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CRIMINAL MINUTES - TRIAL**


X    Case continued to _____May 29, 2024 at 8:30 AM_____ for further trial/further jury deliberation.

Also present is Errol Stambler, counsel for witness Jennifer Kellen.  Court DENIES Plaintiff's Motion in Limine to Admit 404(b) Evidence and for Judicial Inquiry (ECF No. [144]) and DEFERS ruling on Defendant's Motion to Dismiss (ECF No. [159], the Ex Parte Application to Quash Subpoenas (ECF No. 147]), and the Government's Application to Call Witness Jennifer Kellen (ECF No. [137]).  Court DENIES as moot the Ex Parte Application re:

X    Other:    Voir Dire (ECF No. [149].

_____6_____ : _____34_____

Initials of Deputy Clerk    SMO