# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cr-00127-MCS-1 |
| Date | May 29, 2024 |
| Present: The Honorable | Mark C. Scarsi, United States District Judge |
| Interpreter | N/A |

| Stephen Montes Kerr | Marea Woolrich and Terri Hourigan | Valerie L. Makarewicz and David W. Williams |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Douglas J. Chrismas | X | X | | Jennifer L. Williams | X | | X |
| | | | | Megan A. Maitia | X | | X |

\_\_\_\_ Day <u>COURT TRIAL</u>    2nd Day <u>JURY TRIAL</u>    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

X Witnesses called, sworn, and testified.

X Exhibits identified    X Exhibits admitted

\_\_\_\_ Government rests.    Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_    Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled    \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| X | Case continued to | May 30, 2024 at 8:30 AM | for further trial/further jury deliberation. |
| X | Other: | Also present is Errol Stambler, counsel for witness Jennifer Kellen.  Court DENIES Government's Application to Compel Testimony of Jennifer Kellen (ECF No. [137]). | |

                                                                                                                   5 : 36

Initials of Deputy Clerk    SMO