# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**JOINT PROPOSED JURY INSTRUCTION RE: COUNTS**<br><br>**Judge:**　　Hon. Mark C. Scarsi |

**Joint Proposed Instruction No. Re: Counts**

The government has charged defendant Douglas Chrismas with three counts of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153. I will provide the elements in the next instruction, but here I will list the three counts.

<u>Count One</u> charges that on or about March 30, 2016, defendant embezzled $50,000 via Check No. 3164, signed by defendant, drawn against Ace Gallery's bankruptcy estate account, and paid to Ace Museum.

<u>Count Two</u> charges that on or about March 30, 2016, defendant embezzled $100,000 owed to Ace Gallery by a third party for the purchase of artwork, but paid to Ace Museum at defendant's direction.

<u>Count Three</u> charges that on or about April 1, 2016, defendant embezzled $114,595.32 owed to Ace Gallery by a third party for the purchase of artwork, but paid to Ace Museum's landlord at defendant's direction.