# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cr-00127-MCS-1 |
| Date | May 30, 2024 |
| Present: The Honorable | Mark C. Scarsi, United States District Judge |
| Interpreter | N/A |

| Stephen Montes Kerr | Marea Woolrich and Terri Hourigan | Valerie L. Makarewicz and David W. Williams |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Douglas J. Chrismas | X | | X | Jennifer L. Williams | X | | X |
| | | | | Megan A. Maitia | X | | X |

___ Day COURT TRIAL        3rd Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

X Witnesses called, sworn, and testified.

X Exhibits identified        X Exhibits admitted

X Government rests.        Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made        ___ Court instructs jury        ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused        ___ Jury retires to deliberate        ___ Jury resumes deliberations

___ Finding by Court as follows:        ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___        Not Guilty on count(s) ___

___ Jury polled        ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

X  Case continued to    May 31, 2024 at 8:30 AM    for further trial/further jury deliberation.
　　Other:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　5  :  37
　　　　　　　　　　　　　　Initials of Deputy Clerk    SMO