JURY NOTE NO. __1__

```
FILED
CLERK, U.S. DISTRICT COURT

5/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DATE: __5/31/2024__

TIME: __1:42 pm__

CASE NO. 2:21-cr-00127-MCS-1

CASE NAME: *USA v. Chrismas*

THE JURY HAS REACHED A UNANIMOUS VERDICT __X__

THE JURY REQUESTS THE FOLLOWING:



_____
FOREPERSON OF THE JURY