**LIST OF EXHIBITS AND WITNESSES**

| Case Number | 2:21-cr-00127-MCS-1 | Title | USA v. Douglas J. Chrismas |
|---|---|---|---|

| | |
|---|---|
| **Judge** | Mark C. Scarsi, United States District Judge |
| **Dates of Trial or Hearing** | 5/28/2024; 5/29/24; 5/30/24 |
| **Court Reporters or Tape No.** | Marea Woolrich; TERRI HOURIGAN |
| **Deputy Clerks** | Stephen Montes Kerr |

**FILED**
CLERK, U.S. DISTRICT COURT

5/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ SMO _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Valerie L. Makarewicz, AUSA | Jennifer L. Williams (Retained) |
| David W. Williams, AUSA | Megan A. Maitia (Retained) |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | WIT  DAVID JOHN RICHARDSON  5-28-24 | GOV |
| | | | | | | WIT  JENNIFER KELLEN  5-29-24 | CT. |
| | | | | | | WIT  DAVID JOHN RICHARDSON  '' | GOV |
| | | | | | | WIT  KATHLYN TAYLOR  '' | GOV |
| | | | | | | WIT  RON BENDER  5-30-24 | GOV |
| | | | | | | WIT  DAVID JOHN RICHARDSON  '' | Δ |
| 126 | 5/30/24 | 5/30/24 | | | | ACE GALLERY NY INVOICE | |
| 81 | 5/30/24 | 5/30/24 | | | | TRANSCRIPT - CHRISTMAS - DEPO | |
| | | | | | | WIT  LUCINE ZAMBOYAN  5-30-24 | GOV |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT LIST**
United States v. Chrismas, 2:21-cr-00127-MCS

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit[1] | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Account Statement for Art and Architecture Books of the 21st Century DBA Ace Gallery (General Acct) DIP Case No. 2:13-bk-14135-RK, with City National Bank account ending x8402 for March 2016  USAO_00002677-85 | x | x | 5-28-24 | 5-28-24 |
| 2. | Signature Card for Art and Architecture Books of the 21st Century DBA Ace Gallery (General Acct) DIP Case No. 2:13-bk-14135-RK with City National Bank ending x8402  USAO_00030313-19 | x | x | 5-28-24 | 5-28-24 |
| 3. | Statement of Ace Museum's account with City National Bank x6347 for March 2016  USAO_0004786-88 | x | x | 5-28-24 | 5-28-24 |

---

[1] The defense notes present objections where there is no stipulation to admissibility. The defense reserves the right to raise additional objections, such as foundational and form objections, as appropriate in trial.

3

| | | | | | |
|---|---|---|---|---|---|
| 4. | Signature Card, Ace Museum's account with City National Bank x6347<br><br>USAO_00030310-12 | x | x | 5-28-24 | 5-28-24 |
| 5. | Ace Gallery Invoice #K-1012, March 30, 2016<br><br>USAO_00013292-93 | x | x | | |
| 6. | Ace Gallery Invoice #K-1013, March 30, 2016<br><br>USAO_0014012-13 | x | x | | |
| 7. | M. Corse Contract and Addendums, July 25, 2011<br><br>USAO_00001576-83 | x | x | | |
| 8. | Check copy 599 for $114,595.32<br><br>USAO_006693 | x | x | | |
| 9. | AIR Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease – Net, July 2006<br><br>USAO_0020296-329 | x | x | | |
| 10. | Assignment of and First Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, August 28, 2009<br><br>USAO_00020387-90 | x | x | 5-28-24 | 5-28-24 |

| 11. | Second Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, March 5, 2010<br><br>USAO_00020331-70 | X | x | 5-28-24 | 5-28-24 |
| 12. | Statement of 400 S La Brea, LLC's account with Cathay Bank x1679 for March 2016<br><br>USAO_00020392-94 | X | x | | |
| 13. | Statement of 400 S La Brea, LLC's account with Cathay Bank x1679 for April 2016<br><br>USAO_00020395-98 | X | x | | |
| 14. | Account Statement of 400 S. La Brea, LLC, September 2017<br><br>USAO_00007747-56 | X | x | | |
| 15. | Bankruptcy Petition Filed February 19, 2013<br><br>USAO_00013873-98 | X | FRE 402 403[2] | | |
| 16. | Order Confirming Second Amended Plan Filed March 18, 2016<br><br>USAO_00024206-31 | X | x | 5-28-24 | 5-28-24 |

---

[2] The defense objects to the references on bates 13875 and 13885, which list Mr. Chrismas's prior personal bankruptcy filings, as irrelevant and unduly prejudicial. These references should be redacted.  (The defense notified the government of this redaction request on April 30, 2024; the government did not inform the defense until May 24, 2024 of its refusal to do so.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 17. | Shemano Letter, April 25, 2016<br><br>USAO_00013281-82 | X | x[3] | 5-28-24 | 5-28-24 |
| 18. | Chrismas Deposition January 2016<br><br>USAO_00015384-735 | x | FRE 802 402 403[4] | 5-29-24 | |
| 19. | Statement of Information for Ace Museum, March 2, 2016<br><br>USAO_00020410 | x | x | 5-28-24 | 5-28-24 |
| 20. | Emails dated September 30, 2013<br><br>USAO_00012641-43 | x | FRE 802 402 404b1 403 6th Am. | 5-30-24 | 5-30-24 |
| 21. | Emails dated April 9, 2014<br><br>USAO_00012645-646 | x | FRE 802 402 404b1 403 | | |
| 22. | Emails dated August 1 and 2, 2014<br><br>USAO_00012648-49 | x | FRE 802 402 404b1 403 | | |

[3] The defense stipulates to the authenticity and admission of Government Exhibit 17 (as redacted) to comply with the Court's order granting Government motion *in limine* no. 2 (Dkt. Nos. 48, 62), which was unopposed by then-defense counsel; the defense preserves an evidentiary objection that the Government has not established admissibility under FRE 801(d)(2)(B)-(D).

[4] The defense notes that this exhibit runs 335 pages; it is a transcript of Mr. Chrismas's January 28, 2016 deposition taken by Victor Sahn with 141 pages of testimony transcript and 161 pages of deposition exhibits, which include excerpted (incomplete) documents and various civil complaints filed against the defendant. The Government has not shared what portions and for what purpose it intends to use this exhibit. The defense reserves its right to supplement these objections once the Government discloses this information.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23. | Emails dated August 5, 2014 with attachments USAO_00012651-53 | x | FRE 802 402 404b 403 | | |
| 24. | Articles of Incorporation Ace Gallery New York Corporation, February 14, 2013 USAO_00020701-02 | x | FRE 402 404b1 403 | 5-29-24 | 5-29-24 |
| 25. | Statement of Information Ace Gallery New York Corporation, April 18, 2013 USAO_00020703 | x | FRE 402 404b1 403 | 5-29-24 | 5-29-24 |
| 26. | Ace Gallery New York Corporation Signature card for account x0229 USAO_00026768-770 | x | FRE 402 404b1 403 | 5-29-24 | 5-29-24 |
| 27. | Plan Agent Letter, April 18, 2016 USAO_00013280 | | FRE 802 403 6th Am. | | |
| 28. | Ace Museum Articles of Incorporation filed June 8, 2009 USAO_00030320-21 | x | x | 5-28-24 | 5-28-24 |
| 29. | Notice of Motion and Motion of Debtor and Debtor in Possession for Order Authorizing Debtors, August 7, 2013 USAO_00026589-633 | x | FRE 802 402 404b1 403 | 5-30-24 | 5-30-24 |
| 30. | Declaration of Eric Wilson in Support of Motion, August 22, 2013 USAO_00026634-38 | | FRE 802 402 404b 403 6th Am. | | |

| 31. | Order Authorizing Debtor to Obtain Post-Petition Financing, August 30, 2013<br><br>USAO_00026639-50 | x | FRE 802 402 404b1 403 | | |
| 32. | Submission of Amended and Corrected Schedules of Assets and Liabilities and Statement of Financial Affairs, April 4, 2013<br><br>USAO_00030361-412 | x | FRE 402 403[5] | 5-28-24 | 5-28-24 REDACTED |
| 33. | Articles of Incorporation, Ace Gallery<br><br>[no bates] | x | x | 5-28-24 | 5-28-24 |
| 34. | Ace Gallery Fictitious Name Statement<br><br>[no bates] | X | x | 5-28-24 | 5-28-24 |
| 35. | Email dated May 25, 2015, from Ace Gallery to J. Kellen regarding wire instructions<br><br>USAO_00012670-77 | x | FRE 802 402 404b1 403 | | |

---

[5] The defense objects to the references on bates 30396, which lists unrelated civil lawsuits involving Mr. Chrismas, as irrelevant and unduly prejudicial. These references should be redacted. (The defense notified the government of this redaction request on April 30, 2024; the government did not inform the defense until May 24, 2024 of its refusal to do so.)

| | | | | |
|---|---|---|---|---|
| 36. | Email dated January 21, 2014, from Ace Gallery to J. Kellen<br><br>USAO_00027139-42 | x | FRE<br>802<br>402<br>404b1<br>403 | | |
| 37. | Email dated March 17, 2015, from D. Chrismas to P. Balson<br><br>USAO_00012527-35 | x | FRE<br>802<br>402<br>404b1<br>403 | 5-29-24 | 5-29-24<br>pgs 1-8 only |
| 38. | Account statement for Ace Gallery NY with City National Bank, account ending in x0229 for March 2015<br><br>USAO_00005461-66 | X | FRE<br>802<br>402<br>404b1<br>403 | 5-29-24 | 5-29-24 |
| 39. | Account statement for Ace Museum with City National Bank, account ending in x6347 for March 2015<br><br>USAO_00005170-75 | X | FRE<br>802<br>402<br>404b1<br>403 | 5-29-24 | 5-29-24 |
| 40. | Ace Gallery Invoice #2073, March 19, 2015<br><br>USAO_00027137-38 | X | FRE<br>802<br>402<br>404b1<br>403 | 5-29-24 | 5-29-24 |
| 41. | Email dated October 30, 2014, from Ace Gallery to G. Colon regarding Amended Artist Contract<br><br>USAO_00028121-28 | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 42. | Helen Pashgian consignment sheet, October 6, 2010<br><br>USAO_19100;<br>USAO_19079 | X | FRE<br>802<br>402<br>404b1<br>403 | | |

9

| | | | | | |
|---|---|---|---|---|---|
| 43. | Ace Gallery Artist Contract for H. Pashgian dated August 9, 2010<br><br>USAO_00013202-05 | X | FRE 802 402 404b1 403 | 5-29-24 | 5-29-24 |
| 44. | De Wain Valentine Consignment Agreement from Ace Gallery BH signed March 20, 2010<br><br>USAO_00009029-41 | x | FRE 802 402 404b1 403 | 5-29-24 | 5-29-24 |
| 45. | Board Resolution for Loan, July 2009<br><br>USAO_00001160 | x | x | 5-30-24 | 5-30-24 |
| 46. | Inventory Sheets for Monk, Fleury, Donovan<br><br>USAO_00014594 | x | x | 5-28-24 | 5-28-24 |
| 47. | Cathay Bank Loan Committee Report, July 17, 2013<br><br>USAO_00001176-1262 | x | FRE 802 402 404b1 403 6th Am. | | |
| 48. | Chrismas Email to Cathay Bank with Resumes, May 17, 2013<br><br>USAO_00001263-76 | x | FRE 802 402 404b1 403 | 5-29-24 | 5-29-24 |
| 49. | Declaration of Bruce Karatz, October 9, 2018<br><br>USAO_00001277-79 | | FRE 802 402 404b1 403 6th Am. | | |
| 50. | Declaration of Matthew Toledo, October 10, 2018<br><br>USAO_00001280-82 | | FRE 802 402 404b1 403 6th Am. | | |

| No. | Description | | FRE | | |
|---|---|---|---|---|---|
| 51. | Declaration of Scott Schaefer, February 25, 2019<br><br>USAO_00001283-85 | | FRE 802 402 404b1 403 6th Am. | | |
| 52. | Monthly Operating Report, February 2013<br><br>USAO_0000002-18 | x | FRE 402 404b1 403 | | |
| 53. | Monthly Operating Report, September 2013<br><br>USAO_00000221-40 | x | FRE 402 404b1 403 | 5-28-24 | 5-28-24 |
| 54. | Monthly Operating Report, July 2014<br><br>USAO_00000501-33 | x | FRE 402 404b1 403 | 5-30-24 | 5-30-24 |
| 55. | Monthly Operating Report, June 2015<br><br>USAO_00000868-97 | x | FRE 402 404b1 403 | | |
| 56. | Monthly Operating Report, August 2015<br><br>USAO_00000931-62 | x | FRE 402 404b1 403 | | |
| 57. | Motion Of Debtor To Assume Master Lease (Nnn) Re 5500 Wilshire Boulevard, Los Angeles, California; Memorandum Of Points And Authorities; Declaration Of Douglas Chrismas, Dkt. 71<br><br>USAO_00030322-53 | x | X | | |

| 58. | Stipulation To Confer Standing And Authority On Official Committee Of Unsecured Creditors To Enforce And Pursue Collection Of Payment Obligation From Ace Museum On Behalf And For The Benefit Of The Bankruptcy Estate, Dkt. 694<br><br>USAO_00030354-60 | x | X | 5-29-24 | 5-29-24 |
|-----|-----|-----|-----|-----|-----|
| 59. | Debtor's Third Amended Plan of Reorganization Dated January 12, 2016, Dkt. 1606<br><br>[no bates] | x | X | 5-30-24 | 5-30-24 |
| 60. | Third Amendment to Standard Industrial/Commercial Single-Tenant Lease – Net, September 1, 2010<br><br>USAO_00020371-73 | x | x | 5-28-24 | 5-28-24 |
| 61. | Wire Transfer, ACE Gallery New York Corporation, City National Bank Accnt#0229and City National Bank Business Records Declaration 1/16/2018<br><br>USAO_00031474-75; USAO_00031319-20 | | FRE 802 402 404b1 403 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 62. | Chase Credit Card Accnt#3406 for 12/10/2015–1/09/2016<br><br>USAO_00006279-81 | | FRE 802 402 404b1 403 | | |
| 63. | Bill of Sale, June 9, 2015<br><br>USAO_00038140 | | FRE 802 402 404b1 403 | | |
| 64. | Reserved | | | | |
| 65. | Property Tax, Check No. 1465<br><br>USAO_00005288 | | FRE 802 402 404b1 403 | | |
| 66. | Deposit and Withdrawal Slips – Art Collection December 2024<br><br>USAO_00036293; USAO_00036290 | | FRE 802 402 404b1 403 | | |
| 67. | Email – Chrismas to Escrow October 2023<br><br>USAO_00034811 | | FRE 402 404b1 403 | | |
| 68. | Emails – Chrismas and Dye January 2024<br><br>USAO_00036379-80 | | FRE 802 402 404b1 403 | | |
| 69. | Escrow – Disbursements to Chrismas, December 11, 2023<br><br>USAO_00034397-414 | | FRE 802 402 404b1 403 | | |
| 70. | Grant Deed – Topanga<br><br>USAO_00034336-40 | | FRE 802 402 404b1 403 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 71. | Pretrial Release Conditions – Chrismas ECF 16, filed August 6, 2021<br><br>USAO_00036200-04 | | | FRE<br>802<br>402<br>404b1<br>403<br>6th Am. | | |
| 72. | Bank Statement – Art Collection December 2023<br><br>USAO_00036285-88 | | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 73. | Bank Statement – Chrismas Personal December 2023<br><br>USAO_00036318-21 | | | FRE<br>802<br>402<br>404b1<br>403 | | |
| 74. | 902(11) Certificates | | | FRE<br>402<br>403 | | |
| 75. | Ace Gallery Bill of Sale Inv# 1726, A. Nasher 6/26/2014<br><br>USAO_00038859 | | | | | |
| 76. | Ace Museum Statement for Acct x6347 6/30/2014-7/31/2014<br><br>USAO_00038861-63 | | | | | |
| 77. | Ace Gallery LA Bill of Sale Inv# 1819, M. Straus 6/22/2015<br><br>USAO_00038864 | | | | | |
| 78. | Ace Museum Statement for Acct x6347 6/30/2015-5/29/2015<br><br>USAO_00038866-67 | | | | | |

| | 79. | R. Rauchenberg Ace LA owned inventory<br><br>USAO_00037495 | | | | |
|---|---|---|---|---|---|---|
| | 80. | E-mail – Chrismas to Balson, March 2015<br><br>USAO_00012527-12534 | | | | |

# DEFENSE
# EXHIBIT LIST

CASE NAME:  United States v. Douglas Chrismas

Case NUMBER: 2:21-cr-00127-MCS

| No of Exhibit | Description | Stip. To Authen. | Stip. To Admit | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 200 | Ace Museum Construction Schedule | | | | |
| 201 | Joint Pretrial Stipulation, 4/9/2024 | | | | |
| 202 | Assignment of and First Amendment to Standard Offer Agreement, 8/28/2009 | | | | |
| 203 | GWA Mechanical & Electrical Engineering Quote, 3/1/2012 | | | | |
| 204 | Young's Iron Works Quote, 7/26/2012 | | | | |
| 205 | Ace Museum - Notice of the Exercise of Option to Extend the Lease, 10/24/2012 | | | | |
| 206 | Letter of Understanding re Lease at 400 S. La Brea, 2/15/2013 | | | | |
| 207 | Mendelson email to Wilson re Dip Loan, 9/13/2013 | | | | |
| 208 | Fourth Amendment to Tenant Lease, 3/26/2014 | | | | |
| 209 | L.A. Times Review: Keen Observations Flow through Andrew Holmes, 7/15/2014 | | | | |
| 210 | First Interim Application of Sulmeyer Kupetz for Allowance and Payment of Fees, 11/4/2014 | | | | |

DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 211 | Various emails re Listing of LA Brea Property with broker | | | | |
| 212 | Email from Sahn to Chrismas, 1/26/2015 | | | | |
| 213 | Email from Chrismas to Sahn re Ace Museum, 1/29/2015 | | | | |
| 214 | Email from Sahn to Young re Ace Gallery/Ace Museum Proceedings, 2/2/2015 | | | | |
| 215 | Email from Sahn to Shemano re stipulation and leasehold interest, 2/13/2015 | | | | |
| 216 | Email from Sahn to Shemano re Lease Hold Deed of Trust, 2/6/2015 | | | | |
| 217 | Stipulation Authorizing Leave to Amend Complaint and Appointment of Officer, 2/11/2015 | | | 5-30-24 | 5-30-24 FULL VERSION |
| 218 | Shemano email to Sahn re Secured Promissory Note, 2/12/2015 | | | | |
| 219 | Ex Parte Motion Authorizing Under Seal Filing of Stipulation, 2/13/2015 | | | | |
| 220 | Email from Sahn to Shemano, et. al., re Ace Museum Purchase Option, 2/17/2015 | | | | |
| 221 | Fith Amendment to Ace Museum Lease, 2/25/2015 | | | | |
| 222 | Ace Museum Termination of Purchase Option, 2/25/2015 | | | | |
| 223 | Email between Young, Chrismas re AERC | | | | |

2

DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 224 | lease, 4/16/2015 | | | | | |
| 224 | Purchase and Sale Agreement between L.A. MTA and Art Gallery, 5/28/2015 | | | | | |
| 225 | Order Authorizing Debtor to Exercise Purchase Option and Agreement with L.A. MTA, 5/29/2015 | | | | | |
| 226 | Email between Ace Gallery, Sahn re Museum rent, 6/11/2015 | | | 5-30-24 | | |
| 227 | Sahn letter to Young and Shemano re Ace Museum, 6/16/2015 | | | 5-30-24 | | |
| 228 | Email from Sahn to Shemano re Ace Museum, 6/22/2015 | | | | | |
| 229 | Email from Sahn to Shemano, 6/24/2015 | | | | | |
| 230 | CBRE offer to purchase Museum, 6/29/2015 | | | | | |
| 231 | Second Interim Application of SulmeyerKupetz firm for approval and payment of fees, 6/30/2015 | | | | | |
| 232 | NOUS Structural Engineering Proposal for Ace Museum, 9/8/2015 | | | | | |
| 233 | Electrical Engineering proposal for Ace Museum, 11/5/2015 | | | | | |
| 234 | Ace Gallery Memo from Jose Thomas to Chrismas re building permits, 11/5/2015 | | | | | |
| 235 | Third Interim application of SulmeyerKupetz firm for Approval and Payment of Fees and | | | | | |

3

DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | Expenses, 11/17/2015 | | | | |
|---|---|---|---|---|---|---|
| 236 | | Letter from Chrismas to Wilson re sales tax, 12/8/2015 | | | | |
| 237 | | Proof of Claim filed by Telford Building Ltd. c/o Eric Wilson, 1/22/2016 | | | 5-30-24 | 5-30-24 |
| 238 | | Chrismas email to D. Dayan re Museum Building Permits, 2/4/2016 | | | | |
| 239 | | Chrismas email to D. Dayan re Museum Building Permits, provided to K. Taylor, 2/4/2016 | | | | |
| 240 | | ACE Gallery interoffice memo from Jose Thomas to Chrismas re Museum Building Permits, 2/10/2016 | | | | |
| 241 | | Fortuna Asset Management Letter re: Tenant Improvements, 2/29/2016 | | | | |
| 242 | | Notice of Filing Modified Second Amended Plan of Reorganization (Committee) (1858), 3/15/2016 | | | | |
| 243 | | Leslie email to Chrismas re Museum as Relocation Contingency Plan, 3/17/2016 | | | 5-30-24 | |
| 244A | | Dye email to Makarewicz re: Plan Confirmation, 9/29/2023 | | | | |
| 244B | | Order Confirming Second Amended Plan of Committee (1873), 3/18/2016 | | | | |
| 244C | | Modified Second Amended Plan of | | | | |

4
DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | Committee (1859), 3/15/2016 | | | | | |
| 245 | Bank check register - ACE Gallery debtor trust account, Levene Neale (through March 2016) | | | *5-30-24* | | |
| 246 | Shemano letter to Dye re: three transactions, 4/25/2016 | | | | | |
| 247 | Fourth and Final application of SulmeyerKupetz firm for Approval and Payment of Fees and Expenses, 5/6/2016 | | | | | |
| 248 | K. Taylor declaration ISO motion, 5/10/2016 | | | | | |
| 249 | Leslie Status Report First 30 Days, 5/12/2016 | | | | | |
| 250 | Chrismas email to D. Dayan re BH purchase option, 5/31/2016 | | | | | |
| 251 | Bankruptcy Order re Plan Agent compensation, 6/16/2016 | | | | | |
| 252 | Leslie Status Report (July 2016), 6/28/2016 | | | | | |
| 253 | Chrismas to Leslie email re: monetizing purchase options, 7/30/2016 | | | | | |
| 254 | Chrismas to M. Corse re BH purchase option, 8/2/2016 | | | | | |
| 255 | US Trustee to USAO C.D. Cal. Re Leslie criminal complaint, 8/2/2016 | | | | | |
| 256 | Chrismas email to M. Saltz re BH purchase option, 8/3/2016 | | | | | |
| 257 | Chrismas email to M. Saltz re BH purchase | | | | | |

DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | option, 8/5/2016 | | | | |
| | 258 | LA Dept. of Building and Safety permits re Museum, 8/19/2016 | | | | |
| | 259 | Leslie email to Chrismas re Gallery inventory at Museum, 8/30/2016 | | | | |
| | 260 | Chrismas letter to D. Dayan, 9/16 | | | | |
| | 261 | Lieberman email to Dye, Leslie re BH purchase option, 12/1/2016 | | | | |
| | 262 | Lieberman email to Dye, Leslie re BH purchase option, 12/2/2016 | | | | |
| | 263 | Taylor email to Dye to Lieberman re Douglas a bother, 1/17/2017 | | | 5-29-24 | |
| | 264 | Lieberman email to Dye, Leslie re BH purchase option, 1/23/2017 | | | | |
| | 265 | Chrismas email with Tony Kregan and Craig Boardman re BH purchase option, 3/19/2017 | | | | |
| | 266 | Lieberman to Dye email re emerging from bankruptcy, 3/21/2017 | | | | |
| | 267 | Stipulation AERC and Leslie, 4/13/2017 | | | 5-30-24 | |
| | 268 | Lieberman draft to Regan re emerging from bankruptcy, 4/18/2017 | | | | |
| | 269 | Lieberman to Dye, Leslie re emerging from bankruptcy, 4/24/2017 | | | | |
| | 270 | Lieberman to Dye, Leslie re emerging from bankruptcy, | | | | |

6

DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 5/1/2017 | | | | |
| | 271 | Leslie-400 SLB Stip re removing property from Museum (128) 5/9/2017 | | | | |
| | 272 | Order approving Leslie-400 SLB Stip (131) 5/11/2017 | | | | |
| | 273 | Leslie-Wilson settlement agreement 5/17/2017 | | | 5-30-24 | 5-30-24 |
| | 274 | Leslie-400 SLB Further Stip (136) 5/25/2017 | | | | |
| | 275 | Order approving Leslie-400 SLB Stip (145) 6/2/2017 | | | | |
| | 276 | Robert Irwin 6/13/2017 | | | | |
| | 277 | Wilson-Chrismas email re BH purchase option 6/13/2017 | | | | |
| | 278 | Wilson-Chrismas email re BH purchase option 7/11/2017 | | | | |
| | 279 | Wilson-Chrismas email re BH purchase option 7/20/2017 | | | | |
| | 280 | Leslie letter and drive to SA Rivas 2/21/2018 | | | | |
| | 281 | Leslie letter and drive to SA Rivas 3/8/2018 | | | | |
| | 282 | Leslie letter and drive to SA Rivas 8/27/2018 | | | | |
| | 283 | Fleury to Kellen re Leslie 11/19/2018 | | | | |
| | 284 | Chrismas-Wilson email re Irwin 4/15/2019 | | | | |
| | 285 | Wilson Deposition Transcript 11/11/2019 | | | | |
| | 286 | Leslie email to SA | | | | |

7

DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | Rivas<br>8/6/2020 | | | |
| | 287 | Tait email re AUSA<br>8/11/2020 | | | |
| | 288 | Leslie letter to SA<br>Rivas<br>1/22/2021 | | | |
| | 289 | Leslie email to SA<br>Rivas<br>2/17/2021 | | | |
| | 290 | Leslie email to SA<br>Rivas<br>3/3/2021 | | | |
| | 291 | Sahn-Makarewicz email<br>4/16/2021 | | | |
| | 292 | Sahn-Makarewicz email<br>4/27/2021 | | | |
| | 293 | Sahn-Makarewicz email<br>9/17/2021 | | | |
| | 294 | Sahn-Makarewicz email<br>2/25/2022 | | | |
| | 295 | Chrismas-Wilson<br>agreement re Irwin<br>10/11/2022 | | | |
| | 296 | Dye-Makarewicz email<br>(underlying 2016<br>email)<br>12/21/2022 | | | |
| | 297 | Dye-Makarewicz email<br>12/21/2022 | | | |
| | 298 | Dye-Makarewicz email<br>12/22/2022 | | | |
| | 299 | Email re Robert Irwin<br>Catalouge Raisonne<br>2/14/2023 | | | |
| | 300 | Fleury MLAT Request<br>4/6/2023 | | | |
| | 301 | Fleury MLAT Email<br>6/1/2023 | | | |
| | 302 | Fleury MLAT Interview<br>8/11/2023 | | | |
| | 303 | Davidoff email re<br>Ziegler transcript<br>8/18/2023 | | | |
| | 304 | Sahn-Makarewicz email<br>9/12/2023 | | | |
| | 305 | Dye-Makarewicz email | | | |

8
DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | re Plan<br>9/29/2023 | | | | |
| | 306 | K. Taylor 302<br>9/29/2023 | | | | |
| | 307 | Young-Makarewicz<br>email re Bender<br>10/2/2023 | | | | |
| | 308 | R. Bender 302<br>10/3/2023 | | | | |
| | 309 | Dye-Makarewicz email<br>re Leslie Trial<br>Subpoena<br>10/4/2023 | | | | |
| | 310 | D. Richardson 302<br>10/6/2023 | | | | |
| | 311 | Lusine Zmboyan 302<br>10/6/2023 | | | | |
| | 312 | Hernandez-Chrismas<br>email, 10/10/2023 | | | | |
| | 313 | Dye-Stein email<br>10/19/2023 | | | | |
| | 314 | D. Richardson 302<br>4/15-17/2024 | | | | |
| | 315 | Dye-Makarewicz email<br>re privilege waiver<br>4/23/2024 | | | | |
| | 316 | D. Richardson 302<br>4/30/2024 | | | | |
| | 317 | K. Taylor 302<br>4/30/2024 | | | | |
| | 318 | Sahn email re fees<br>4/30/2024 | | | | |
| | 319 | ACE Gallery Ledgers<br>(Dye)<br>2016-2019 | | | | |
| | 320 | Grove-Makarewicz<br>texts 2022-2024 | | | | |
| | 321 | FBI 302s ALL | | | | |
| | 322 | Linkedin Profile | | | | |
| | 323 | Banksy Guard on Duty | | | | |
| | 324 | Museum Renderings | | | | |
| | 325 | Museum Schematic | | | | |
| | 326 | Museum 990s | | | | |
| | 327 | Leslie Professional<br>Fees (Dye) | | | | |
| | 328 | *Reserved* | | | | |
| | 329 | ACE Gallery | | | | |

9
DEFENDANT'S POTENTIAL EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Bankruptcy Docket (Associated Cases) | | | | |
| | 330 | C.D. Cal. Local Bankruptcy Rules | | | | |
| | 331 | Andrew Holmes Arcadia, 2014 | | | | |
| | 332 | Andrew Holmes Golden Hours, 2014 | | | | |
| | 333 | Fashion Show | | | | |
| | 334 | Vanessa Beecroft and Kanye West, 2008 | | | | |
| | 335 | Hernandez email | | | | |
| | 336 | ACE Museum Facebook page | | | | |
| | 337 | ACE Museum Rolling Stones Contract, July 2016 | | | | |
| | 338 | ACE Museums Rolling Stones, 50-Year Retrospective | | | | |
| | 339 | Hutchison email | | | | |
| | 340 | Museum Interior | | | | |
| | 341 | Ferrari Exhibit at Museum | | | | |
| | 342 | Matt Hope at Museum | | | 5-29-24 | | |
| | 343 | NoEver Exhibition at Museum | | | | |
| | 344 | Photos at Museum | | | | |
| | 345 | Notes from the Underground, Moscow, Exhibition at Museum (2016) | | | | |
| | 346 | PHOTOS OF LOCATIONS | | | 5-30-24 | 5-30-24 |
| | 347 | WEBSITE | | | 5-30-24 | |
| | 348 | CERTIFICATE OF ACTION OF ACE MUSEUM | | | 5-30-24 | |
| | 349 | | | | | |
| | 350 | | | | | |
| | 351 | | | | | |
| | 352 | | | | | |
| | 353 | | | | | |
| | 354 | | | | | |
| | 355 | | | | | |
| | 356 | | | | | |
| | 357 | | | | | |
| | 358 | | | | | |
| | 359 | | | | | |
| | 360 | | | | | |

10
DEFENDANT'S POTENTIAL EXHIBIT LIST

| 361 | | | | | |
|-----|--|--|--|--|--|

11
DEFENDANT'S POTENTIAL EXHIBIT LIST