FILED
CLERK, U.S. DISTRICT COURT

5/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| DOUGLAS CHRISMAS, | |
| Defendant. | |

## COUNT ONE

### Embezzlement Against a Bankruptcy Estate

We, the jury in the above-captioned case, unanimously find the defendant DOUGLAS CHRISMAS:

    __X__    GUILTY

    _____    NOT GUILTY

of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153, as charged in Count One of the Indictment.

*Please proceed to the next page.*

## COUNT TWO

### Embezzlement Against a Bankruptcy Estate

We, the jury in the above-captioned case, unanimously find the defendant DOUGLAS CHRISMAS:

   __X__   GUILTY

   _____   NOT GUILTY

of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153, as charged in Count Two of the Indictment.

*Please proceed to the next page.*

## COUNT THREE

### Embezzlement Against a Bankruptcy Estate

We, the jury in the above-captioned case, unanimously find the defendant DOUGLAS CHRISMAS:

__X__   GUILTY

_____   NOT GUILTY

of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153, as charged in Count Three of the Indictment.

(The foreperson should now sign and date this verdict form.)

DATED: __5/31/2024__, 2024, at Los Angeles, California.

REDACTED
FOREPERSON OF THE JURY

4