MEGAN A. MAITIA (Bar No. 285271)
megan@summallp.com
JENNIFER L. WILLIAMS (Bar No. 268782)
jenn@summaLLP.com
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone:  (213) 260-9456
Facsimile:  (213) 835-0939

Attorney for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT DOUGLAS CHRISMAS'S POST-TRIAL MOTIONS**<br><br>**[PROPOSED] ORDER** |
|---|---|

　　　　Plaintiff the United States of America, through its counsel Assistant United States Attorneys Valerie Makarewicz and David Williams, and Defendant Douglas J. Chrismas, through his counsel Megan Maitia and Jennifer Williams, stipulate as follows:

　　　　1.　　On May 31, 2024, Mr. Chrismas was convicted on all three counts of the Indictment, Dkt. 1, and the Court directed the parties to meet and confer and agree to a briefing schedule for post-trial motions.

　　　　2.　　On June 18, 2024, the Court ordered the following post-trial briefing schedule:

　　　　　　　Mr. Chrismas's post-trial motions due:　　　July 12, 2024

| | | |
|---|---|---|
| Government's opposition briefs due: | | July 26, 2024 |
| Mr. Chrismas's reply briefs due: | | August 9, 2024 |
| Post-trial motions hearing: | | August 19, 2024 at 3:00 p.m. |

3. Given the nature of the post-trial motions, final and certified copies of the trial transcripts are required. As of today's date, transcripts for only four of the seven trial sessions have been finalized and delivered, and defense counsel has been informed that the remaining three transcripts will not be delivered before Friday, July 12, 2024.

4. The parties have met and conferred and agree that the briefing schedule should be modified to account for the time needed to obtain final and certified copies of the trial transcripts and then finalize post-trial motions and related briefing. The parties agree and stipulate to the following modified post-trial motion briefing schedule, which accounts for the time needed for the remaining final transcripts and accommodates the Government and defense counsel's scheduling conflicts (including pre-planned travel in August 2024).

| | | |
|---|---|---|
| Mr. Chrismas's post-trial motions due: | | August 2, 2024 |
| Government's opposition briefs due: | | August 23, 2024 |
| Mr. Chrismas's reply briefs due: | | September 6, 2024 |
| Post-trial motions hearing: | | September 23, 2024 at 3:00 p.m. |

So stipulated.

Respectfully submitted,

Dated: July 9, 2024           /s/ Megan A. Maitia

Megan A. Maitia
Jennifer L. Williams
Attorneys for Douglas J. Chrismas

Dated: July 9, 2024           /s/ with authorization

AUSA Valerie L. Makarewicz
AUSA David W. Williams
Attorneys for Plaintiff United States of America