JENNIFER L. WILLIAMS (Bar No. 268782)
(Email: jenn@summallp.com)
MEGAN A. MAITIA (Bar No. 285271)
(Email: megan@summallp.com)
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone: (213) 260-9455/52/55
Facsimile: (213) 835-0939

Attorney for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**NOTICE OF LODGING OF ADDITIONAL CHARACTER LETTERS IN SUPPORT OF DEFENDANT DOUGLAS J. CHRISMAS**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: January 13, 2025<br>Time: 10:30 a.m.<br>Courtroom: 7C |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

　　　PLEASE TAKE NOTICE THAT Defendant Douglas J. Chrismas, by and through his counsel of record, hereby lodges the attached additional letters submitted in his support for the Court's consideration along with counsel's forthcoming objections to the PSR and sentencing memorandum.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 16, 2024 | */s/ Megan A. Maitia* |
|   | MEGAN A. MAITIA |
|   | JENNIFER L. WILLIAMS |
|   |   |
|   | Attorneys for Defendant |
|   | DOUGLAS J. CHRISMA |