## *USA v. Chrismas*
*Additional Exhibits for sentencing position, Index*

| **Exhibit S** | Trevor and Ryan Oakes, Character Letter |
| --- | --- |
| **Exhibit T** | Jane Huber, Character Letter |

# Exhibit S



**ILLUMINATED MATTER LLC**
Ryan Oakes & Trevor Oakes, Visual Artists
530 West 45th St., 9S, New York, NY 10036
(646) 458-1939  twinoakes@gmail.com  oakesoakes.com

September 21, 2024

Honorable Mark C. Scarsi,

Thank you for the opportunity to recount our experience working with Douglas Chrismas.

My twin brother Trevor and I are visual artists who make paintings and drawings.  We work together as a team, and we've had the privilege of collaborating with Douglas in his art sales capacity since 2021.

In that time, we've had a unique window to observe how he interacts with multiple groups in his professional sphere.  Those groups are: 1) ourselves as artists, 2) his art-buying clients, and 3) his staff.  In all three instances, we've seen firsthand only positive exchanges, about which we will elaborate in the next paragraphs.

First, in our weekly dialogs with Douglas, he always conducts himself in a cordial, polite, thoughtful, and respectful manner.  He often begins a phone call with an expression of gratitude for the conversation, and this paves the way for efficient, energetic, and impactful discussions.  Likewise, he concludes almost every phone call by saying, "Thank you for this communication, and thank you for being artists."

In addition, Douglas's financial transaction history with us is flawless.  We have always been paid in full and on time.  Douglas has been an asset to us by bringing in revenue, but even more importantly, he has a superb ability to provide highly attuned professional input.  He has a keen visual mind that is beneficial for cultivating and advancing the work of artists.  Another artist who exhibited with him told us, "The best conversations I've ever had about art have been with Douglas."

Second, in his role selling our works, we've observed how he interacts with his art-buying clients.  His personal conduct there too is eloquent.  The gentle, polite demeanor he extends is mirrored in the dispositions of those we've met in his network.  By our account, he attracts and retains loyal art collectors who admire his vision and expertise.

The prevailing opinion we gather from his collectors is that he is a dedicated contributor to the field of contemporary art, someone capable of dreaming big who has made it his life's purpose to elevate art and artists for the common good, not for personal gain.  To underscore this, I find it notable that the name he selected for his gallery, ACE, doesn't glorify his own last name.  He made this decision when he established himself in Los Angeles

in 1968, during an era when the industry standard was (and is) to put the surname of the business proprietor at the helm of the masthead (such as Castelli Gallery, opened in 1957 by Leo Castelli, and countless other examples).  Instead, rather than naming his gallery after himself, Douglas chose to go with ACE Gallery, a name that brings to mind prioritizing excellence in the quality of the art and the way it's presented.  Douglas told us the story of how that name came to be.  During a dinner conversation at Max's Kansas City with Andy Warhol, Robert Rauschenberg, and a handful of other artists, Douglas announced to the group that he'd decided not to use his own name, saying, "I don't want it to be about me; I want it to be about the artists, a name that artists can identify with."  Rauschenberg suggested "Ace," a title he'd used recently for a painting, and others agreed.  "So, we went with that," Douglas recalled.

Third, his style of interacting with his staff is also polite.  He's maintained the same personnel for at least three years, and his dynamic with them in our meetings, lunches, and studio visits is inclusive, soft spoken, fair, and kind.  As an example, he provided space for one of his assistant's new puppies at the office while the dog was still getting its bearings in life.  Even though the puppy would bark occasionally in the background of a phone call, he recognized the importance it held for his assistant and the dog's well-being.

To conclude, our experience with Douglas has been consistently positive.  We feel grateful to have had the opportunity to get to know him, absorb his thoughts about art, and participate in this chapter of his life and legacy.

Sincerely,

*Ryan Oakes*

*Trevor Oakes*

Ryan Oakes & Trevor Oakes
Visual Artists
ILLUMINATED MATTER LLC

# Exhibit T

September 19, 2024

4823 Bob Wire Road
Spicewood, TX 78669

RE: Douglas Chrismas

The Honorable Mark C. Scarsi:

I have known Douglas Chrismas since the late 1960s. At the time, I had been studying architecture at the University of British Columbia in Vancouver, Canada. I became aware of Douglas' gallery when walking by the front window and seeing a Carl Andre metal floor piece. Also studying contemporary art at UBC, rarely did my classmates and I get to see the real thing.

I came to know Douglas by following his exhibitions both in Vancouver and Los Angeles. It has proven to have been an in-depth education and adventure into the world of art that I don't think could have been obtained in any existing academic institution.

For the majority of the solo exhibitions, the artist would be present to offer his or her insights and interpretations of the work. These would include, but not limited to, such notables as: Andy Warhol, Bruce Nauman, Carl Andre, Donald Judd, David Amico, Ed Ruscha, Ellsworth Kelly, Frank Stella, John McCracken, Mary Corse, Mario Merz, Michael Heizer, Robert Rauschenberg, Robert Therrien, Roy Lichtenstein, Sam Francis, and Sol LeWitt. This assembly of contemporary masters certainly attests to the integrity and reputation of the gallery in which they chose to exhibit their works.

My husband and I are avid art enthusiasts and collectors. Within the past nine years we have purchased and sold several art works from Douglas. In every transaction his prices have been reasonable, his appraisals accurate, his payments timely, and his deliveries on schedule.

Our relationship with Douglas has been rewarding and revelatory. We are hopeful that it will continue well into the future. For us, with Douglas at our side, contemporary art has been a journey of wonder and beauty.

Sincerely,

Eleanor Jane Huber