E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6265
    Email: valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-127-MCS |
| Plaintiff, | DECLARATION OF VALERIE L. MAKAREWICZ |
| v. | |
| DOUGLAS J. CHRISMAS, | |
| Defendant. | |

**DECLARATION OF VALERIE L. MAKAREWICZ**

I, Valerie L. Makarewicz, declare as follows:

1. I am an Assistant United States Attorney assigned to this case. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached herein and marked are the following documents:

    a. Exhibit 1: Case No. 2:22-cv-1265-PA, In re Art & Architecture Books, Dkt. No. 2 ("Bankruptcy R&R").

    b. Exhibit 2: Expert Report by Jennifer E. Zeigler, CPA.

1

      c.    Exhibit 3: Letter written by David Shemano dated April 25, 2016.

      d.    Exhibit 4: LA Times Article, Chrismas Has 5 Years To Repay: Art Dealer Pleads No Contest, dated August 7, 1986.

      e.    Exhibit 5: Stipulations for Allowance and Treatment of Claims in In re Art and Architecture Books of the 21st Century, Case No. 2:13-bk-14135-RK, United States Bankruptcy Court, Central District of California, for the following:

          i.    David Amico, p. 1.

          ii.    Amy Oppenheim, p. 21.

          iii.    Melissa Kretschmer, p. 38.

          iv.    Carl Andre, p. 44.

          v.    Mireille Porte Orlan, p. 50.

          vi.    Alexander Yulish, p. 59.

          vii.    Peter Alexander, p. 71.

          viii.    Berner Venet, p. 75.

          ix.    Mary Corse, p. 80.

          x.    Deborah Hede, p. 94.

          xi.    Judy Fox, p. 101.

      f.    Appendix 1: summary table of artwork proceeds embezzled from Ace Gallery from Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 30, 2024.

_/s/ Valerie L. Makarewicz_
Valerie L. Makarewicz