**ROBINS KAPLAN** LLP

2049 CENTURY PARK EAST
SUITE 3400
LOS ANGELES CA 90067

310 552 0130 TEL
310 229 5800 FAX
ROBINSKAPLAN.COM

DAVID B. SHEMANO
310 229 5894 TEL
DSHEMANO@ROBINSKAPLAN.COM

April 25, 2016

Carolyn Dye, Esq.
3435 Wilshire Boulevard, Suite 1045
Los Angeles, CA 90010

Re: *Art and Architecture Books of the 21st Century*

Dear Carolyn:

In response to Sam's letter to Douglas dated April 18, 2015:

1. Transfers to Ace Museum

Sam is correct that, on or about March 30, 2016, Douglas caused Ace Gallery to transfer approximately $264,000 to Ace Museum. The purpose of the transfers were to enable Ace Museum to pay April rent, which was crucial at the time because Douglas was attempting to finalize the terms of a monetization event sufficient to pay Ace Gallery creditors in full. Pertinently, the potential monetization event was only economically feasible if structured in part as a tax-deductible donation to Ace Museum. Breaching the Ace Museum lease by failing to timely pay the April rent would have terminated the negotiation. Therefore, Douglas made the decision to have Ace Gallery loan funds to Ace Museum for the April rent.

For reasons unrelated to Ace Museum the monetization event did not close. Douglas recognizes that the loaned funds must be promptly repaid. Ace Museum will repay the $264,000, plus 5% interest, no later than May 20, 2016.

2. Books and Records

Sam already has possession and control of all books and records belonging to Ace Gallery, Ace Museum, and Ace New York. There are no other books and records to produce. Ace Museum and Ace New York started maintaining new books and records as of April 6, 2016, for transactions occurring on and after April 6, 2016, but such records are irrelevant to Ace Gallery.

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

April 25, 2016
Page 2

3. Physical Inspection

Douglas has no objection to Sam visiting and inspecting the Cochran facility and the Museum space. Please have Sam coordinate with Douglas a convenient time.

4. Accounts Receivable

Douglas is available at Sam's convenience to discuss the accounts receivable.

5. Donavan and Monk

No payments are owed to Tara Donavan and Jonathan Monk. All of their art is owed by Ace Gallery and not consigned. Douglas will locate and deliver to Sam the purchase agreements.

Please let me know if you have any further questions.

Sincerely,

/s

David B. Shemano

cc: Douglas Chrismas

**00034**

USAO_00010379
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER