CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

|  |  |
|---|---|
| In re | ) Case No. 2:13-bk-14135-RK |
|  | ) |
| ART AND ARCHITECTURE BOOKS OF | ) STIPULATION FOR ALLOWANCE AND |
| THE 21ST CENTURY, a California | ) TREATMENT OF PRE-PETITION |
| corporation | ) GENERAL UNSECURED CLAIM |
|  | ) |
| Debtor. | ) [No Hearing Required] |
|  | ) |

Sam S. Leslie ("Leslie"), Plan Agent for Art and

Architecture Books of the 21st Century, Inc. ("ACE"), the

reorganized Debtor pursuant to the Order confirming the Second

Amended Plan of Reorganization of Official Committee of Unsecured

Creditors ("Plan Agent") on the one hand, and Claimant, David

Amico ("Amico"), on  the other hand, hereby represent and

Stipulate as following:

RECITALS

A.   Debtor filed this Chapter 11 case on February 19, 2013.

B.   Beginning in about 1986, Amico consigned various works

to ACE. ACE's records confirm that Amico received advance

payments as a credit against future sales of varying amounts and

that when a work was sold, there should have been a
reconciliation of Amico's account reflecting the amounts due to
him from sales, along with the advances made to him and any
expenses and other adjustments to the account. This relationship
continued through the years with the last work sold by the Debtor
on January 4, 2016 and the last payment in ACE's records being
recorded on August 31, 2012, all prior to the date Plan Agent
assumed his duties. These transactions are reflected in the
reconciliation attached hereto as Exhibit A, which states the
parties' position as of April 5, 2016, but does not include any
sales or payments made after that date.

C. Amico was not notified of certain of the sales and ACE's
records confirm Amico was not paid the correct artist's share of
the sales proceeds, resulting in an amount owed to Amico.

D. Amico had no knowledge of the pendency of the ACE
bankruptcy case and, accordingly, did not file a proof of claim.

E. On March 18, 2016, the Court entered an Order
confirming the Second Amended Plan of Reorganization of the
Official Committee of Unsecured Creditors (the "Plan") (Docket
No. 1873).

F. On April 6, 2016, pursuant to the Plan, the Plan Agent
assumed his duties. Since that time, the Plan Agent has been
diligently attempting to resolve the remaining monetary claim
for payment due to Amico and others, and has engaged in numerous
discussions concerning Amico's claim.

G. Amico learned of the bankruptcy case in the summer of
2016 after he inquired of ACE about his work. ACE then
researched the matter.

H.   The Plan Agent has made two distributions to Chapter
11 claimants and, as such, Amico has received two payments
toward his Chapter 11 Claim. At the time of the distributions, a
preliminary version of the reconciliation of Amico's account
incorrectly included the sale of one work twice, inflating the
Chapter 11 claim balance. Additionally, ACE negotiated a
consignment sale for Amico and, in addition to paying Amico's
share of the consignment, also paid a recoupment amount to be
applied against the Chapter 11 administrative claim balance.
Amico has been paid as follows on account of this Chapter 11
administrative and unsecured claim:

     $16,000 paid on consignment sale

     1,850 first claimant distribution August 2017

     1,190 second claimant distribution January 2018.
ACE and Amico now agree the reconciliation attached as Exhibit A
accurately reflects the amount owed to him from the sale of his
works prior to the Plan Agent assuming his responsibilities,
that Amico has been fully paid on his chapter 11 claim and has
received a partial payment on account of his general unsecured
claim.

I.   The parties now resolved their differences and have
agreed to resolve Amico's claim pursuant to this Stipulation.

STIPULATION

1.   The factual matters set forth in A-I above are hereby
incorporated herein as if set forth in full.

2.   As reflected in Exhibit A, Amico shall have an allowed
General Unsecured Claim in the amount of a total of $153,253.30,
representing the unpaid proceeds for the sale of the artwork

00003

1   less the amounts paid to him and the artist's share of the costs

2   for the work consigned to ACE that had been sold by the Debtor ,

3   prior to the filing  of this bankruptcy proceeding. In addition,

4   Amico shall have an allowed Chapter 11 administrative claim in

5   the amount of $18,000. Amico acknowledges that he has received

6   all that he is due on the Chapter 11 claim and $1,040 toward his

7   general unsecured claim.

8        3.   The allowed General Unsecured Claim held by Amico

9   shall be accorded treatment under the Plan as a General

10  Unsecured Claim and shall be paid as and when other similarly

11  situated claimants receive payments as required under the Plan.

12       4.   Amico acknowledges that he has removed from the

13  custody and control of ACE all of the artwork to which he has

14  agreed he is entitled to have returned to him, with the

15  exception of one piece which Douglas Chrismas has asserted was

16  Chrismas's intention to be a gift to Amico. Amico further

17  acknowledges that he was not apprised of there being any work

18  gifted to him prior to the assertion being made by Chrismas and

19  did not, in fact, ever have possession of that particular work.

20       IT IS SO STIPULATED.

21                                    LAW OFFICE OF CAROLYN A. DYE

22  Dated: October 26, 2020          _____
                                      Carolyn A. Dye, Attorney for Sam
23                                    S. Leslie, Plan Agent

24

25                                    David Amico

26                                    *David Amico*

27  Dated: October    , 2020         _____

28

00004

**EXHIBIT A**

00005

Ace Gallery

David Amico

David Amico
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|------|-------|-------------|------|-------|---------|--------|------|-----------|-----------|-----------------|----------------|-------|
| 05/22/86 | | Harp On White | 1985 | Horwitch, Adrienne & Elliot | Unknown | Ace LA | 4,000.00 | 2,000.00 | | | 2,000.00 | |
| 05/30/86 | | Pearl | 1986 | Karatz, Bruce & Janet | Unknown | Ace LA | 6,800.00 | 3,400.00 | | | 5,400.00 | |
| 05/30/86 | | Homes | 1985 | Karatz, Bruce & Janet | Unknown | Ace LA | 2,800.00 | 1,400.00 | | | 6,800.00 | |
| 08/06/86 | | Flowers Fence | 1986 | Krygier Gallery | Unknown | Ace LA | 3,000.00 | 1,500.00 | | | 8,300.00 | |
| 08/23/86 | | Circus | 1986 | Slatsky, Judith | Unknown | Ace LA | 2,400.00 | 1,200.00 | | | 9,500.00 | |
| 10/26/86 | | Drum | 1986 | Nicholayevsky, Yasha & Phyllis | Unknown | Ace LA | 4,800.00 | 2,400.00 | | | 11,900.00 | |
| 10/27/86 | | Red Basket Drop | 1986 | Boasberg, Peter | Unknown | Ace LA | 1,800.00 | 900.00 | | | 12,800.00 | |
| 11/01/86 | | Big Yellow | 1986 | Norris, Merry | Unknown | Ace LA | 6,800.00 | 3,400.00 | | | 16,200.00 | |
| 11/03/86 | | Circus Boy | 1986 | Norris, Merry | Unknown | Ace LA | 6,400.00 | 3,200.00 | | | 19,400.00 | |
| 11/04/86 | | Yellow Drop | 1986 | Karatz, Bruce & Janet | Unknown | Ace LA | 6,000.00 | 3,000.00 | | | 22,400.00 | |
| 11/04/86 | | Pearl | 1986 | Karatz, Bruce & Janet | Unknown | Ace LA | (6,800.00) | (3,400.00) | | | 19,000.00 | went to studio 1991 |
| 11/12/86 | | Emmy Lou (from Circus Boy Series) | 1986 | Karatz, Janet | Unknown | Ace LA | 4,640.00 | 2,320.00 | | | 21,320.00 | |
| 03/19/87 | | Bed | 1986-87 | Einstein, Clifford & Mandy | Unknown | Ace LA | 6,000.00 | 3,000.00 | | | 24,320.00 | |
| 07/07/87 | | Grieve | 1985-86 | Egleston, Robert | Unknown | Ace LA | 1,600.00 | 800.00 | | | 25,120.00 | |
| 08/10/87 | | Egg Man | 1987 | Muller-Chernoff | Unknown | Ace LA | 1,160.00 | 580.00 | | | 25,700.00 | |
| 08/11/87 | 1398 | Payment to DA | | | | | | | | 6,625.00 | 19,075.00 | |
| 08/20/87 | 5339 | Payment to DA | | | | | | | | 2,000.00 | 17,075.00 | |
| 09/11/87 | 5435 | Payment to DA | | | | | | | | 2,000.00 | 15,075.00 | |
| 10/09/87 | 5538 | Payment to DA | | | | | | | | 2,000.00 | 13,075.00 | |
| 11/24/87 | 5688 | Payment to DA | | | | | | | | 2,000.00 | 11,075.00 | |
| 01/02/88 | 5936 | Payment to DA | | | | | | | | 2,000.00 | 9,075.00 | |
| 03/21/88 | 6226 | Payment to DA | | | | | | | | 1,000.00 | 8,075.00 | |
| 04/19/88 | 6393 | Payment to DA | | | | | | | | 1,000.00 | 7,075.00 | |
| 06/29/88 | 101 | Payment to DA | | | | | | | | 1,200.00 | 5,875.00 | |
| 07/22/88 | 250 | Payment to DA | | | | | | | | 1,000.00 | 4,875.00 | |
| 08/16/88 | 357 | Payment to DA | | | | | | | | 500.00 | 4,375.00 | |
| 08/16/88 | 358 | Payment to DA | | | | | | | | 500.00 | 3,875.00 | |
| 08/22/88 | 377 | Payment to DA | | | | | | | | 1,000.00 | 2,875.00 | |
| 10/04/88 | 542 | Payment to DA | | | | | | | | 500.00 | 2,375.00 | |
| 10/14/88 | 613 | Payment to DA | | | | | | | | 500.00 | 1,875.00 | |
| 11/08/88 | 722 | Payment to DA | | | | | | | | 1,500.00 | 375.00 | |
| 12/20/88 | 909 | Payment to DA | | | | | | | | 1,000.00 | (625.00) | |
| 12/21/88 | 914 | Payment to DA | | | | | | | | 220.00 | (845.00) | |
| 01/12/89 | 977 | Payment to DA | | | | | | | | 1,500.00 | (2,345.00) | |
| 02/27/89 | 311 | Payment to DA | | | | | | | | 500.00 | (2,845.00) | |
| 02/27/89 | 312 | Payment to DA | | | | | | | | 1,000.00 | (3,845.00) | |
| 03/18/89 | 425 | Payment to DA | | | | | | | | 500.00 | (4,345.00) | |
| 03/29/89 | 487 | Payment to DA | | | | | | | | 500.00 | (4,845.00) | |
| 04/11/89 | 203 | Payment to DA | | | | | | | | 1,500.00 | (6,345.00) | |
| 05/02/89 | 306 | Payment to DA | | | | | | | | 500.00 | (6,845.00) | |
| 05/31/89 | 425 | Payment to DA | | | | | | | | 1,500.00 | (8,345.00) | |
| 06/05/89 | | Speakers On Line | 1989 | Canzoneri, Tony & Cynthia | Unknown | Ace LA | 11,500.00 | 5,750.00 | | | (2,595.00) | |

Page 1 of 12

00006

Ace Gallery

David Amico

David Amico
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/89 | 516 | Payment to DA | | | | | | | | 1,500.00 | (4,095.00) | |
| 06/29/89 | | A Silver Of Light Shining Bright | 1989 | Guggenheim, Barbara | Unknown | Ace LA | 12,750.00 | 6,375.00 | | | 2,280.00 | |
| 07/16/89 | 675 | Payment to DA | | | | | | | | 2,000.00 | 280.00 | |
| 08/29/89 | 887 | Payment to DA | | | | | | | | 1,500.00 | (1,220.00) | |
| 09/25/89 | 1035 | Payment to DA | | | | | | | | 2,500.00 | (3,720.00) | |
| 10/03/89 | | Blue Magic | 1989 | Goldfarb, Syd | Unknown | Ace LA | 35,000.00 | 17,500.00 | | | 13,780.00 | |
| 10/25/89 | 1244 | Payment to DA | | | | | | | | 2,000.00 | 11,780.00 | |
| 11/30/89 | 1350 | Payment to DA | | | | | | | | 2,000.00 | 9,780.00 | |
| 12/21/89 | 1448 | Payment to DA | | | | | | | | 372.52 | 9,407.48 | |
| 12/21/89 | 1514 | Payment to DA | | | | | | | | 2,500.00 | 6,907.48 | |
| 01/19/90 | 1703 | Payment to DA | | | | | | | | 2,500.00 | 4,407.48 | |
| 01/19/90 | | Pole | 1989 | Chen, Sy | Unknown | Ace LA | 4,500.00 | 2,250.00 | | | 6,657.48 | |
| 02/07/90 | 1793 | Payment to DA | | | | | | | | 2,500.00 | 4,157.48 | |
| 02/21/90 | 1871 | Payment to DA | | | | | | | | 1,500.00 | 2,657.48 | |
| 02/28/90 | 1893 | Payment to DA | | | | | | | | 1,500.00 | 1,157.48 | |
| 03/22/90 | | Stones | 1989 | Horwitch, Adrienne & Elliot | Unknown | Ace LA | 3,200.00 | 1,600.00 | | | 1,157.48 | |
| 03/22/90 | 1999 | Payment to DA | | | | | | | | 500.00 | 2,757.48 | |
| 03/28/90 | 2022 | Payment to DA | | | | | | | | 1,500.00 | 2,757.48 | |
| 04/07/90 | | Between Fields Of Light | 1990 | Hacker, Fred | Unknown | Ace LA | 4,000.00 | 2,000.00 | | | 757.48 | |
| 04/09/90 | 2132 | Payment to DA | | | | | | | | | 2,757.48 | |
| 04/14/90 | | Untitled | 1989 | Fujie, Atsushi | Unknown | Ace LA | 2,000.00 | 1,000.00 | | | 757.48 | |
| 04/19/90 | | Slides | | | | | | | 16.50 | | 1,757.48 | |
| 05/02/90 | | High Fashion | 1987-89 | Nicholayevsky, Samuel & Norma | | | 4,500.00 | 2,250.00 | | | 1,740.98 | |
| 05/02/90 | | Color SP | | | | | | | 285.55 | | 3,990.98 | |
| 05/05/90 | | Light By Night | 1989 | Rosenthal, George | Unknown | Ace LA | 12,000.00 | 6,000.00 | | | 3,705.43 | |
| 05/24/90 | 2399 | Payment to DA | | | | | | | | 2,000.00 | 9,705.43 | |
| 06/14/90 | 2476 | Payment to DA | | | | | | | | 1,000.00 | 7,705.43 | |
| 06/25/90 | | Blue Tip | 1989 | White, Vanna | Unknown | Ace LA | 14,000.00 | 7,000.00 | | | 6,705.43 | |
| 06/25/90 | | Fence Tops | 1989 | White, Vanna | Unknown | Ace LA | 14,000.00 | 7,000.00 | | | 13,705.43 | |
| 06/25/90 | 2499 | Payment to DA | | | | | | | | 500.00 | 20,705.43 | |
| 06/26/90 | 2510 | Payment to DA | | | | | | | | 500.00 | 20,705.43 | |
| 06/28/90 | 2542 | Payment to DA | | | | | | | | 1,000.00 | 19,705.43 | |
| 07/11/90 | | Just Around | 1990 | Oasthsungezh, Petch | Unknown | Ace LA | 14,000.00 | 7,000.00 | | | 18,705.43 | |
| 07/20/90 | 2608 | Payment to DA | | | | | | | | 1,000.00 | 25,705.43 | |
| 07/24/90 | 2631 | Payment to DA | | | | | | | | 2,000.00 | 22,705.43 | |
| 07/24/90 | | Contemporanea | | | | | | | 1,742.50 | | 20,962.93 | |
| 07/24/90 | | Type Set | | | | | | | 24.01 | | 20,938.92 | |
| 08/11/90 | | Cross Track Holder | 1990 | Millei, John | Unknown | Ace LA | 7,000.00 | 3,500.00 | | | 24,438.92 | |
| 08/11/90 | 2698 | Payment to DA | | | | | | | | 1,500.00 | 22,938.92 | |
| 08/31/90 | 2801 | Payment to DA | | | | | | | | 1,000.00 | 21,938.92 | |
| 09/04/90 | 2809 | Payment to DA | | | | | | | | 500.00 | 21,438.92 | |
| 09/11/90 | 2854 | Payment to DA | | | | | | | | 500.00 | 20,938.92 | |

00007

Ace Gallery

David Amico

**David Amico**
**Art & Architecture Books of the 21st Century**
**RECONCILIATION**
**Case#:2:13-bk-14135-KK**

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/90 | 2891 | 2891 Payment to DA | | | | | | | | 1,000.00 | 19,938.92 | |
| | | Untitled (Gold) | 1990 | Karatz, Janet & Bruce | Unknown | Ace IA | 26,250.00 | 13,125.00 | | | 33,063.92 | |
| 09/28/90 | 2964 | 2964 Payment to DA | | | | | | | | 2,000.00 | 31,063.92 | |
| 10/03/90 | 2992 | 2992 Payment to DA | | | | | | | | 2,000.00 | 29,063.92 | |
| 10/08/90 | | Red Lick | | Karatz, Janet & Bruce | Unknown | Ace IA | 2,800.00 | 1,400.00 | | | 30,463.92 | |
| 10/20/90 | 3121 | 3121 Payment to DA | | | | | | | | 1,500.00 | 28,963.92 | |
| 11/02/90 | | Rockdyne | | | | | | | 1,349.37 | | 27,614.55 | |
| 12/05/90 | 3315 | 3315 Payment to DA | | | | | | | | 1,500.00 | 26,114.55 | |
| 12/22/90 | 4316 | Untitled (Drawing) | 1990 | Principal Financial Group | Unknown | Ace IA | 2,000.00 | 1,000.00 | | | 27,114.55 | |
| 12/31/90 | 3347 | 3347 Payment to DA | | | | | | | | 2,000.00 | 25,114.55 | |
| 01/07/91 | | Porajos En El Atico | 1989 | Dix, Lynn & Kerry | Unknown | Ace IA | 36,000.00 | 18,000.00 | | | 43,114.55 | |
| 01/22/91 | 3444 | 3444 Payment to DA | | | | | | | | 1,000.00 | 42,114.55 | |
| 01/22/91 | 3586 | 3586 Payment to DA | | | | | | | | 1,500.00 | 40,614.55 | |
| 02/28/91 | 3656 | 3656 Payment to DA | | | | | | | | 2,000.00 | 38,614.55 | |
| 03/06/91 | | Gold II | 1991 | Bookman, Dr. & Mrs. | Unknown | Ace IA | 12,000.00 | 6,000.00 | | | 44,614.55 | |
| 03/12/91 | 3551 | 3551 Payment to DA | | | | | | | | 1,500.00 | 43,114.55 | |
| 03/12/91 | 3764 | 3764 Payment to DA | | | | | | | | 2,000.00 | 41,114.55 | |
| 04/01/91 | 3790 | 3790 Payment to DA | | | | | | | | 2,000.00 | 39,114.55 | |
| 04/11/91 | 3811 | 3811 Payment to DA | | | | | | | | 2,000.00 | 37,114.55 | |
| 05/03/91 | | Window Sweat | 1989 | Wilson, Eric | Unknown | Ace IA | 20,000.00 | 10,000.00 | | | 47,114.55 | |
| 05/03/91 | | With Help from My Heart | 1989 | Wilson, Eric | Unknown | Ace IA | 15,000.00 | 7,500.00 | | | 54,614.55 | |
| 05/03/91 | | Big Jack | 1988-91 | Wilson, Eric | Unknown | Ace IA | 12,500.00 | 6,250.00 | | | 60,864.55 | |
| 05/13/91 | | After Sunday morning | 1990 | Wilson, Eric | Unknown | Ace IA | 5,000.00 | 2,500.00 | | | 63,364.55 | |
| 05/13/91 | 3927 | 3927 Payment to DA | | | | | | | | 2,000.00 | 61,364.55 | |
| 06/05/91 | | Float, Red Skies | 1990 | Marc Jancou Gallery | Unknown | Ace IA | 5,200.00 | 2,600.00 | | | 63,964.55 | |
| 06/14/91 | 3951 | 3951 Payment to DA | | | | | | | | 2,000.00 | 61,964.55 | |
| 06/14/91 | | Super | 1991 | Art Tours of Los Angeles | Unknown | Ace IA | 3,200.00 | 1,600.00 | | | 63,564.55 | |
| 06/27/91 | | Book | 1990 | Marc Jancou Gallery | Unknown | Ace IA | 1,760.00 | 880.00 | | | 64,444.55 | |
| 07/02/91 | | Bright Fix | 1990 | Marc Jancou Gallery | Unknown | Ace IA | 1,760.00 | 880.00 | | | 65,324.55 | |
| 07/11/91 | | Focus | 1990 | Marc Jancou Gallery | Unknown | Ace IA | 1,760.00 | 880.00 | | | 66,204.55 | |
| 07/24/91 | | Angel | 1990 | Marc Jancou Gallery | Unknown | Ace IA | 1,760.00 | 880.00 | | | 67,084.55 | |
| 07/26/91 | 3979 | 3979 Payment to DA | | | | | | | | 1,000.00 | 66,084.55 | |
| | 4018 | 4018 Payment to DA | | | | | | | | 100.00 | 65,984.55 | |
| | 4021 | 4021 Payment to DA | | | | | | | | 1,400.00 | 64,584.55 | |
| | 4065 | 4065 Payment to DA | | | | | | | | 1,000.00 | 63,584.55 | |
| | 4087 | 4087 Payment to DA | | | | | | | | 1,500.00 | 62,084.55 | |
| | 4141 | 4141 Payment to DA | | | | | | | | 200.00 | 61,884.55 | |
| | 4162 | 4162 Payment to DA | | | | | | | | 2,300.00 | 59,584.55 | |
| | 4215 | 4215 Payment to DA | | | | | | | | 2,500.00 | 57,084.55 | |
| 08/06/91 | | Shake | 1991 | Kaye,Schuler,Fierman, Hays | Unknown | Ace IA | 3,200.00 | 1,600.00 | | | 58,684.55 | |
| 08/06/91 | | Double down | 1991 | Kaye,Schuler,Fierman, Hays | Unknown | Ace IA | 3,200.00 | 1,600.00 | | | 60,284.55 | |
| 08/06/91 | | Untitled #5 | 1991 | Kaye,Schuler,Fierman, Hays | Unknown | Ace IA | 3,200.00 | 1,600.00 | | | 61,884.55 | |

Ace Gallery

David Amico

David Amico
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06/91 | | Bony | 1991 Kaye,Schuler,Fierman, Hays | | Unknown | Ace LA | 10,000.00 | 5,000.00 | | | 66,084.55 | |
| 08/06/91 | | Blue Neg | 1991 Kaye,Schuler,Fierman, Hays | | Unknown | Ace LA | 6,400.00 | 3,200.00 | | | 70,084.55 | |
| 08/17/91 | 4245 | Payment to DA | | | | | | | | | 69,884.55 | |
| 08/27/91 | 4266 | Payment to DA | | | | | | | | 200.00 | 68,384.55 | |
| 08/31/91 | 4282 | Payment to DA | | | | | | | | 1,500.00 | 67,884.55 | |
| 09/03/91 | | Deuce | 1991 Gianotti, David | | Unknown | Ace LA | 4,400.00 | 2,200.00 | | 500.00 | 70,084.55 | |
| 09/11/91 | 4324 | Payment to DA | | | | | | | | 2,000.00 | 68,084.55 | |
| 10/10/91 | 4457 | Payment to DA | | | | | | | | 2,000.00 | 66,084.55 | |
| 10/16/91 | 4467 | Payment to DA | | | | | | | | 1,000.00 | 65,084.55 | |
| 11/01/91 | 4539 | Payment to DA | | | | | | | | 1,000.00 | 64,084.55 | |
| 11/05/91 | 4540 | Payment to DA | | | | | | | | 1,000.00 | 63,084.55 | |
| 11/09/91 | 4567 | Payment to DA | | | | | | | | 2,000.00 | 61,084.55 | |
| 11/27/91 | 4632 | Payment to DA | | | | | | | | 500.00 | 60,584.55 | |
| 11/27/91 | 4656 | Payment to DA | | | | | | | | 2,500.00 | 58,084.55 | |
| 11/30/91 | | Blue Field | 1991 Econn, Greg | | Unknown | Ace LA | 5,000.00 | 2,500.00 | | | 60,584.55 | |
| 12/18/91 | 4758 | Payment to DA | | | | | | | | 1,000.00 | 59,584.55 | |
| 01/06/92 | 4800 | Payment to DA | | | | | | | | 2,000.00 | 57,584.55 | |
| 01/20/92 | | Green Horn | 1991 Callendo, Ted | | Unknown | Ace LA | 3,800.00 | 1,900.00 | | | 59,484.55 | |
| 01/21/92 | 4910 | Payment to DA | | | | | | | | 1,000.00 | 58,484.55 | |
| 02/03/92 | 4945 | Payment to DA | | | | | | | | 1,000.00 | 57,484.55 | |
| 02/18/92 | | Untitled | 1992 Bourgeois, Ben | | Unknown | Ace LA | 3,800.00 | 1,900.00 | | | 59,384.55 | |
| 02/24/92 | | Gold III | 1992 Ghielmetti, Laurie | | Unknown | Ace LA | 3,420.00 | 1,710.00 | | | 61,094.55 | |
| 03/06/92 | 5071 | Payment to DA | | | | | | | | 3,000.00 | 58,094.55 | |
| 04/09/92 | 5215 | Payment to DA | | | | | | | | 1,000.00 | 57,094.55 | |
| 04/09/92 | 5257 | Payment to DA | | | | | | | | 1,000.00 | 56,094.55 | |
| 04/10/92 | 5271 | Payment to DA | | | | | | | | 1,000.00 | 55,094.55 | |
| 04/21/92 | | Pinwheel | 1992 Bourgeois, Ben | | 443 | Ace LA | 16,000.00 | 8,000.00 | | | 63,094.55 | |
| 04/24/92 | 5339 | Payment to DA | | | | | | | | 250.00 | 62,844.55 | |
| 04/24/92 | 5340 | Payment to DA | | | | | | | | 750.00 | 62,094.55 | |
| 05/09/92 | 5388 | Payment to DA | | | | | | | | 1,250.00 | 60,844.55 | |
| 05/11/92 | 5430 | Payment to DA | | | | | | | | 1,000.00 | 59,844.55 | |
| 05/23/92 | 5466 | Payment to DA | | | | | | | | 250.00 | 59,594.55 | |
| 05/30/92 | 5500 | Payment to DA | | | | | | | | 500.00 | 59,094.55 | |
| 06/02/92 | 5499 | Payment to DA | | | | | | | | 500.00 | 58,594.55 | |
| 06/04/92 | 5520 | Payment to DA | | | | | | | | 500.00 | 58,094.55 | |
| 06/10/92 | 5548 | Payment to DA | | | | | | | | 1,000.00 | 57,094.55 | |
| 06/20/92 | 5599 | Payment to DA | | | | | | | | 1,000.00 | 56,094.55 | |
| 06/27/92 | 5637 | Payment to DA | | | | | | | | 1,000.00 | 55,094.55 | |
| 06/27/92 | | French Twist | 1992 Beswick, Clyde | | 484 | Ace LA | 5,625.00 | 2,812.50 | | | 57,907.05 | |
| 07/07/92 | 5655 | Payment to DA | | | | | | | | 1,000.00 | 56,907.05 | |
| 07/10/92 | 5674 | Payment to DA | | | | | | | | 1,000.00 | 55,907.05 | |
| 07/17/92 | 5741 | Payment to DA | | | | | | | | 500.00 | 55,407.05 | |

00009

Ace Gallery

David Amico

David Amico
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/92 | 5769 | Payment to DA | | | | | | | | 500.00 | 54,907.05 | |
| 07/28/92 | 5786 | Payment to DA | | | | | | | | 500.00 | 54,407.05 | |
| 08/06/92 | 5819 | Payment to DA | | | | | | | | 1,500.00 | 52,907.05 | |
| 08/06/92 | | Pulley | 1992 | Fujii, Atsushi | 501 | | 6,800.00 | 3,400.00 | | | 56,307.05 | |
| 08/07/92 | 5835 | Payment to DA | | | | | | | | 200.00 | 56,107.05 | |
| 08/21/92 | 5877 | Payment to DA | | | | | | | | 1,000.00 | 55,107.05 | |
| 09/01/92 | 5921 | Payment to DA | | | | | | | | 1,000.00 | 54,107.05 | |
| 09/04/92 | 5951 | Payment to DA | | | | | | | | 200.00 | 53,907.05 | |
| 09/08/92 | 5955 | Payment to DA | | | | | | | | 800.00 | 53,107.05 | |
| 09/10/92 | 5973 | Payment to DA | | | | | | | | 800.00 | 52,307.05 | |
| 09/18/92 | 6026 | Payment to DA | | | | | | | | 100.00 | 52,207.05 | |
| 09/26/92 | 6053 | Payment to DA | | | | | | | | 500.00 | 51,707.05 | |
| 10/09/92 | 6105 | Payment to DA | | | | | | | | 400.00 | 51,307.05 | |
| 10/15/92 | 6116 | Payment to DA | | | | | | | | 1,500.00 | 49,807.05 | |
| 10/16/92 | | Kiss Kiss | 1992 | Levine, Leslie | 527 | | 2,500.00 | 1,250.00 | | | 51,057.05 | |
| 10/20/92 | 6143 | Payment to DA | | | | | | | | 500.00 | 50,557.05 | |
| 10/30/92 | 6179 | Payment to DA | | | | | | | | 500.00 | 50,057.05 | |
| 11/05/92 | 6199 | Payment to DA | | | | | | | | 1,500.00 | 48,557.05 | |
| 11/13/92 | 6229 | Payment to DA | | | | | | | | 200.00 | 48,357.05 | |
| 11/20/92 | 6266 | Payment to DA | | | | | | | | 200.00 | 48,157.05 | |
| 11/30/92 | 6311 | Payment to DA | | | | | | | | 300.00 | 47,857.05 | |
| 12/05/92 | 6358 | Payment to DA | | | | | | | | 1,000.00 | 46,857.05 | |
| 12/16/92 | 6406 | Payment to DA | | | | | | | | 1,000.00 | 45,857.05 | |
| 12/18/92 | 6420 | Frames | | | | | | | 200.00 | | 45,657.05 | |
| 12/22/92 | 6445 | Payment to DA | | | | | | | | 500.00 | 45,157.05 | |
| 01/07/93 | | Untitled Drawing | 1992 | Kellen, Jennifer | 562 | Ace LA | 1,000.00 | 500.00 | | | 45,657.05 | |
| 01/08/93 | 6508 | Payment to DA | | | | | | | | 200.00 | 45,457.05 | |
| 01/12/93 | | Yellow Jacket | 1992 | Gianetti, David | 568 | Ace LA | 11,200.00 | 5,600.00 | | | 51,057.05 | |
| 01/22/93 | 6587 | Payment to DA | | | | | | | | 300.00 | 50,757.05 | |
| 01/29/93 | 6595 | Payment to DA | | | | | | | | 100.00 | 50,657.05 | |
| 02/01/93 | 6620 | Payment to DA | | | | | | | | 200.00 | 50,457.05 | |
| 02/03/93 | 6621 | Payment to DA | | | | | | | | 1,800.00 | 48,657.05 | |
| 02/17/93 | | Yellow & Black With White | 1993 | Knapp Communications | 586 | Ace LA | 14,400.00 | 7,200.00 | | | 55,857.05 | |
| 02/17/93 | 6691 | Payment to DA | | | | | | | | 500.00 | 55,357.05 | |
| 02/26/93 | 6756 | Payment to DA | | | | | | | | 1,500.00 | 53,857.05 | |
| 03/05/93 | 6804 | Payment to DA | | | | | | | | 1,000.00 | 52,857.05 | |
| 03/19/93 | 6863 | Payment to DA | | | | | | | | 500.00 | 52,357.05 | |
| 03/23/93 | 6864 | Payment to DA | | | | | | | | 1,000.00 | 51,357.05 | |
| 04/03/93 | 6926 | Payment to DA | | | | | | | | 1,500.00 | 49,857.05 | |
| 04/09/93 | 6947 | Payment to DA | | | | | | | | 200.00 | 49,657.05 | |
| 04/16/93 | 6978 | Payment to DA | | | | | | | | 500.00 | 49,157.05 | |
| 04/26/93 | 79016 | Payment to DA | | | | | | | | 200.00 | 48,957.05 | |

00010

Ace Gallery

David Amico

**David Amico**
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/93 | 7028 | Payment to DA | | | | | | | | 1,500.00 | 47,457.05 | |
| 05/13/93 | 1212 | Payment to DA | | | | | | | | 50.00 | 47,407.05 | |
| 05/21/93 | 7149 | Payment to DA | | | | | | | | 100.00 | 47,307.05 | |
| 06/07/93 | 7235 | Payment to DA | | | | | | | | 2,500.00 | 44,807.05 | |
| 06/01/93 | 7197 | Payment to DA | | | | | | | | 2,500.00 | 42,307.05 | |
| 06/16/93 | 7286 | Payment to DA | | | | | | | | 200.00 | 42,107.05 | |
| 07/09/93 | 7432 | Payment to DA | | | | | | | | 300.00 | 41,807.05 | |
| 07/20/93 | | Red Line | 1993|1993 | Dix, Lynn & Kerry | 643 | Ace LA | 16,200.00 | 8,100.00 | | | 49,907.05 | |
| 07/20/93 | | Grand Central | | Dix, Lynn & Kerry | 643 | Ace LA | 16,200.00 | 8,100.00 | | | 58,007.05 | |
| 07/23/93 | 7511 | Payment to DA | | | | | | | | 200.00 | 57,807.05 | Parajos En El Aticobecame Ace Owned |
| 08/04/93 | 7645 | Payment to DA | | | | | | | | 1,600.00 | 56,207.05 | |
| 08/11/93 | | Pearls and Switch | 1989 | Osathanugrah, Petch | 648 | Ace LA | 14,400.00 | 7,200.00 | | | 63,407.05 | |
| 08/19/93 | 7620 | Payment to DA | | | | | | | | 200.00 | 63,207.05 | |
| 08/19/93 | 7649 | Payment to DA | | | | | | | | 1,000.00 | 62,207.05 | |
| 08/31/93 | 7732 | Payment to DA | | | | | | | | 200.00 | 62,007.05 | |
| 09/03/93 | | Untitled (Gold) | 1993 | Addis, Keith | 653 | Ace LA | 3,420.00 | 1,710.00 | | | 63,717.05 | |
| 09/09/93 | 7762 | Payment to DA | | | | | | | | 1,000.00 | 62,717.05 | |
| 09/16/93 | 7821 | Payment to DA | | | | | | | | 200.00 | 62,517.05 | |
| 09/23/93 | 7851 | Payment to DA | | | | | | | | 2,000.00 | 60,517.05 | |
| 09/24/93 | | Blue Harmony | 1986 | Carnegie-Mellon University | Unknown | Ace LA | 1,350.00 | 675.00 | | | 61,192.05 | |
| 09/24/93 | | Red Springs | 1987 | Berkus | Unknown | Ace LA | 7,000.00 | 3,500.00 | | | 64,692.05 | |
| 09/24/93 | | Buttons | 1988 | Aball, Les | Unknown | Ace LA | 4,000.00 | 2,000.00 | | | 66,692.05 | |
| 09/24/93 | 7855 | Payment to DA | | | | | | | | 800.00 | 65,892.05 | |
| 10/16/93 | 7964 | Payment to DA | | | | | | | | 1,000.00 | 64,892.05 | |
| 10/25/93 | 8003 | Payment to DA | | | | | | | | 2,040.00 | 62,852.05 | |
| 10/25/93 | 8004 | Payment to DA | | | | | | | | 240.00 | 62,612.05 | |
| 10/29/93 | 8038 | Payment to DA | | | | | | | | 500.00 | 62,112.05 | |
| 11/22/93 | 8140 | Payment to DA | | | | | | | | 500.00 | 61,612.05 | |
| 12/07/93 | 8171 | Payment to DA | | | | | | | | 100.00 | 61,512.05 | |
| 12/13/93 | 1198 | Payment to DA | | | | | | | | 200.00 | 61,312.05 | |
| 12/16/93 | 1258 | Payment to DA | | | | | | | | 4,000.00 | 57,312.05 | |
| 12/22/93 | 1268 | Payment to DA | | | | | | | | 1,000.00 | 56,312.05 | |
| 01/06/94 | 1326 | Payment to DA | | | | | | | | 2,000.00 | 54,312.05 | |
| 01/25/94 | 8345 | Payment to DA | | | | | | | | 1,000.00 | 53,312.05 | |
| 02/19/94 | 8454 | Payment to DA | | | | | | | | 500.00 | 52,812.05 | |
| 02/25/94 | 1010 | Payment to DA | | | | | | | | 2,500.00 | 50,312.05 | |
| 03/31/94 | 1166 | Payment to DA | | | | | | | | 2,500.00 | 47,812.05 | |
| 04/21/94 | 1247 | Payment to DA | | | | | | | | 2,500.00 | 45,312.05 | |
| 05/27/94 | 1343 | Payment to DA | | | | | | | | 2,500.00 | 42,812.05 | |
| 06/21/94 | 2037 | Payment to DA | | | | | | | | 2,500.00 | 40,312.05 | |
| 08/10/94 | 2126 | Payment to DA | | | | | | | | 2,000.00 | 38,312.05 | |
| 09/29/94 | 2217 | Payment to DA | | | | | | | | 500.00 | 37,812.05 | |

00011

Ace Gallery

David Amico

David Amico
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/94 | 1124 | Payment to DA | | | | | | | | 150.00 | 37,662.05 | |
| 10/26/94 | 1164 | Payment to DA | | | | | | | | 2,500.00 | 35,162.05 | |
| 12/23/94 | 1335 | Payment to DA | | | | | | | | 1,500.00 | 33,662.05 | |
| 01/26/95 | | Untitled Drawing (Gold Covers) | 1992 | Blankfort, Ellie | 768 | Ace LA | 2,720.00 | 1,360.00 | | | 35,022.05 | |
| 03/29/95 | 2516 | Payment to DA | | | | | | | | 500.00 | 34,522.05 | |
| 04/07/95 | 1637 | Payment to DA | | | | | | | | 500.00 | 34,022.05 | |
| 05/23/95 | 2698 | Payment to DA | | | | | | | | 1,500.00 | 32,522.05 | |
| 07/01/95 | 2789 | Payment to DA | | | | | | | | 2,000.00 | 30,522.05 | |
| 07/31/95 | 3909 | Payment to DA | | | | | | | | 2,000.00 | 28,522.05 | |
| 08/04/95 | | Hatch | 1992 | Isenberg, Michelle | 812 | Ace LA | 23,000.00 | 11,500.00 | | | 40,022.05 | |
| 08/16/95 | | Turnip | 1995 | Gori, Rita Cecchi | 815 | Ace LA | 3,870.00 | 1,935.00 | | | 41,957.05 | |
| 09/02/95 | | Green C | 1995 | Gori, Rita Cecchi | 818 | Ace LA | 3,440.00 | 1,720.00 | | | 43,677.05 | |
| 09/19/95 | 3148 | Payment to DA | | | | | | | | 2,000.00 | 41,677.05 | |
| 11/21/95 | | Upper Deck | 1995 | Crone, Rainer | Unknown | Ace NY | 1,000.00 | 500.00 | | | 42,177.05 | |
| 11/20/95 | 3344 | Payment to DA | | | | | | | | 1,500.00 | 40,677.05 | |
| 12/09/95 | | Blue Grill | 1995 | Hunsaker Schlesinger | 840 | Ace LA | 2,800.00 | 1,400.00 | | | 42,077.05 | |
| 12/09/95 | | Swallow Tails | 1995 | Hunsaker Schlesinger | 840 | Ace LA | 2,800.00 | 1,400.00 | | | 43,477.05 | |
| 01/31/96 | 2439 | Payment to DA | | | | | | | | 1,000.00 | 42,477.05 | |
| 02/19/96 | 2569 | Payment to DA | | | | | | | | 2,000.00 | 40,477.05 | |
| 03/23/96 | | White | 1995 | Sands, Cindy | 866 | Ace LA | 10,000.00 | 5,000.00 | | | 45,477.05 | |
| 03/26/96 | 2691 | Framing | | | | | | | 220.00 | | 45,257.05 | |
| 04/13/96 | 2776 | Payment to DA | | | | | | | | 2,500.00 | 42,757.05 | |
| 05/09/96 | 2880 | Payment to DA | | | | | | | | 2,500.00 | 40,257.05 | |
| 08/07/96 | | Swimming Pool | 1996 | Bourgeois, Ben | 914 | Ace LA | 20,000.00 | 10,000.00 | | | 50,257.05 | |
| 10/23/96 | | Monogram | 1996 | Nasher, Andrea | 931 | Ace LA | 4,000.00 | 2,000.00 | | | 52,257.05 | |
| 10/25/96 | 3417 | Payment to DA | | | | | | | | 1,000.00 | 51,257.05 | |
| 11/25/96 | | Lid. | 1993 | Nasher, Andrea | 4042 | Ace NY | 14,000.00 | 7,000.00 | | | 58,257.05 | |
| 12/02/96 | 3547 | Payment to DA | | | | | | | | 1,500.00 | 56,757.05 | |
| 01/02/97 | 3635 | Payment to DA | | | | | | | | 2,000.00 | 54,757.05 | |
| 01/03/97 | | Untitled (Green) | 1996 | Lawing, Doug | 951 | Ace LA | 1,800.00 | 900.00 | | | 55,657.05 | |
| 01/11/97 | | Gold Field | 1992 | Gori, Rita Cecchi | 957 | Ace LA | 1,290.00 | 645.00 | | | 56,302.05 | |
| 01/23/97 | 3725 | Payment to DA | | | | | | | | 2,000.00 | 54,302.05 | |
| 03/04/97 | 3909 | Payment to DA | | | | | | | | 2,000.00 | 52,302.05 | |
| 04/01/97 | 4003 | Payment to DA | | | | | | | | 2,500.00 | 49,802.05 | |
| 05/06/97 | 4158 | Payment to DA | | | | | | | | 2,000.00 | 47,802.05 | |
| 06/05/97 | 3909 | Payment to DA | | | | | | | | 2,500.00 | 45,302.05 | |
| 06/11/97 | | Untitled Drawing (7) | 1991 | Riordan & McKinzie | 1013 | Ace LA | 2,000.00 | 1,000.00 | | | 46,302.05 | |
| 06/12/97 | | State (Butterfly Series) | 1996 | Lawing, Doug | 1015 | Ace LA | 1,800.00 | 900.00 | | | 47,202.05 | |
| 07/04/97 | 4384 | Payment to DA | | | | | | | | 1,400.00 | 45,802.05 | |
| 07/21/97 | | Untitled Drawing (2) | 1988 | Riordan & McKinzie | 1026 | Ace LA | 1,500.00 | 750.00 | | | 46,552.05 | |
| 07/21/97 | | Untitled Drawing (5) | 1988 | Riordan & McKinzie | 1026 | Ace LA | 1,500.00 | 750.00 | | | 47,302.05 | |
| 07/21/97 | | Untitled Drawing (6) | 1988 | Riordan & McKinzie | 1026 | Ace LA | 1,500.00 | 750.00 | | | 48,052.05 | |

00012

Ace Gallery

David Amico

**David Amico**
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 213-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/98 | 5149 | Payment to DA | | | | | | | | 2,000.00 | 46,052.05 | |
| 02/22/98 | | Triple Sec | 1997 | Nasher, Andrea | 1077D | Ace LA | 10,400.00 | 5,200.00 | | | 51,252.05 | |
| 04/30/98 | | Fraction | 1995 | Underwood, Sheri | 1122 | Ace LA | 3,600.00 | 1,800.00 | | | 53,052.05 | |
| 05/12/98 | 5473 | Payment to DA | | | | | | | | 2,000.00 | 51,052.05 | |
| 07/09/98 | 5725 | Payment to DA | | | | | | | | 2,000.00 | 49,052.05 | |
| 10/20/98 | 5984 | Payment to DA | | | | | | | | 1,500.00 | 47,552.05 | |
| 12/01/98 | 5669 | Payment to DA | | | | | | | | 2,000.00 | 45,552.05 | |
| 12/29/98 | 6261 | Payment to DA | | | | | | | | 2,000.00 | 43,552.05 | |
| 01/29/99 | 5776 | Payment to DA | | | | | | | | 2,500.00 | 41,052.05 | |
| 02/01/99 | | Letter To Blue I-V | 1998 | Nasher, Andrea | 1193 | Ace LA | 5,525.00 | 2,762.50 | | | 43,814.55 | |
| 02/23/99 | 5874 | Payment to DA | | | | | | | | 2,500.00 | 41,314.55 | |
| 03/30/99 | 6695 | Payment to DA | | | | | | | | 3,000.00 | 38,314.55 | |
| 04/27/99 | 6789 | Payment to DA | | | | | | | | 3,500.00 | 34,814.55 | |
| 05/11/99 | 6841 | Payment to DA | | | | | | | | 70.00 | 34,744.55 | |
| 05/20/99 | | New Mountain | 1996 | Browne, Tony & Gay | 1214 | Ace LA | 3,420.00 | 1,710.00 | | | 36,454.55 | |
| 06/01/99 | 6910 | Payment to DA | | | | | | | | 4,000.00 | 32,454.55 | |
| 06/18/99 | 7004 | Payment to DA | | | | | | | | 4,000.00 | 28,454.55 | |
| 07/13/99 | 7057 | Payment to DA | | | | | | | | 100.00 | 28,354.55 | |
| 08/03/99 | | Triptych Commission | 1999 | Lewis, Sally Serkin | 1225 | Ace LA | 22,500.00 | 11,250.00 | | | 39,604.55 | |
| 08/03/99 | 7138 | Payment to DA | | | | | | | | 600.00 | 39,004.55 | |
| 08/24/99 | | Reflex | 1999 | Lewis, Sally Serkin | 1230 | Ace LA | 13,875.00 | 6,937.50 | | | 41,942.05 | |
| 08/24/99 | 7240 | Payment to DA | | | | | | | | 4,000.00 | 37,942.05 | |
| 09/03/99 | 7321 | Payment to DA | | | | | | | | 4,000.00 | 33,942.05 | |
| 10/01/99 | | Call Box !! | | | | | | | | | | |
| 10/25/99 | 6368 | Payment to DA | | | | | | | | 4,000.00 | | |
| 10/31/99 | | Orange | 1999 | Nasher, Andrea | 1282A | Ace LA | 11,700.00 | 5,850.00 | | | 39,792.05 | |
| 10/31/99 | | Civil | 1999 | Nasher, Andrea | 1282A | Ace LA | 11,700.00 | 5,850.00 | | | 45,642.05 | |
| 11/01/99 | | Bastille | 1999 | Sheppard, Mullin, Richter & H. | 1282A | Ace LA | 13,000.00 | 6,500.00 | | | 52,142.05 | |
| 11/02/99 | | On The Side - Mech Series | 1999 | Sheppard, Mullin, Richter & H. | 1239 | | 21,375.00 | 10,687.50 | | | 62,829.55 | |
| | | | 1997 | Kovacevich, Mr. & Mrs. | 1237 | Ace LA | 6,750.00 | 3,375.00 | | | 66,204.55 | |
| 11/23/99 | 6524 | Payment to DA | | | | | | | | 4,000.00 | 62,204.55 | |
| 12/01/99 | 6474 | Payment to DA | | | | | | | | 700.00 | 61,504.55 | |
| 03/21/00 | 7117 | Payment to DA | | | | | | | | 3,000.00 | 58,504.55 | |
| 04/11/00 | | Kona | 2000 | Barrat, Sherry & Thomas | 1258 | Ace LA | 14,080.00 | 7,040.00 | | | 65,544.55 | |
| 05/00/00 | 7425 | Payment to DA | | | | | | | | 500.00 | 65,044.55 | |
| 06/01/00 | 7574 | Payment to DA | | | | | | | | 500.00 | 64,544.55 | |
| 06/08/00 | 6995 | Payment to DA | | | | | | | | 500.00 | 64,044.55 | |
| 08/31/00 | 7625 | Payment to DA | | | | | | | | 4,000.00 | 60,044.55 | |
| 10/03/00 | 7736 | Payment to DA | | | | | | | | 4,000.00 | 56,044.55 | |
| 10/03/00 | 7998 | Payment to DA | | | | | | | | 1,000.00 | 55,044.55 | |
| 10/22/00 | 8092 | Payment to DA | | | | | | | | 400.00 | 54,644.55 | |
| 10/30/00 | 8095 | Payment to DA | | | | | | | | 3,000.00 | 51,644.55 | |
| 10/31/00 | | Grape Stick | 1994 | Nasher, Andrea | 1282D | Ace LA | 11,700.00 | 5,850.00 | | | 57,494.55 | |

Page 8 of 12

00013

Ace Gallery

David Amico

**David Amico**
**Art & Architecture Books of the 21st Century**
**RECONCILIATION**
**Case #: 2:13-bk-14135-RK**

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/00 | | Maru | 2000 | Nasher, Andrea | 1282D | Ace LA | 11,700.00 | 5,850.00 | | | 63,344.55 | |
| 10/31/00 | | Two Spots | 2000 | Nasher, Andrea | 1282D | Ace LA | 11,700.00 | 5,850.00 | | | 69,194.55 | |
| 10/31/00 | | Yo | 2000 | Nasher, Andrea | 1282D | Ace LA | 11,700.00 | 5,850.00 | | | 75,044.55 | |
| 10/31/00 | | Old Man Falls Down | 2000 | Nasher, Andrea | 1282D | Ace LA | 11,700.00 | 5,850.00 | | | 80,744.55 | |
| 10/31/00 | | Blue Grinde | 1995 | Nasher, Andrea | 1282D | Ace LA | 11,700.00 | 5,850.00 | | | 86,744.55 | |
| 12/05/00 | 8260 | Payment to DA | | | | | | | | 3,000.00 | 83,744.55 | |
| 01/03/01 | 8350 | Payment to DA | | | | | | | | 3,000.00 | 80,744.55 | |
| 02/15/01 | 8470 | Payment to DA | | | | | | | | 3,000.00 | 77,744.55 | |
| 03/16/01 | 8548 | Payment to DA | | | | | | | | 3,000.00 | 74,744.55 | |
| 04/20/01 | 8684 | Payment to DA | | | | | | | | 4,000.00 | 70,744.55 | |
| 06/05/01 | 8826 | Payment to DA | | | | | | | | 2,000.00 | 68,744.55 | |
| 05/31/01 | | Industrial Strength | 2001 | Weisman Art Foundation | 4 | Ace LA | 15,300.00 | 7,650.00 | | | 76,394.55 | |
| 06/24/01 | | Ledger | 2000 | Weisman Art Foundation | 14 | Ace LA | 17,000.00 | 8,500.00 | | | 84,894.55 | |
| 06/27/01 | 8913 | Payment to DA | | | | | | | | 2,000.00 | 82,894.55 | |
| 07/12/01 | | C No 18 | 2000 | Lapides, Alene | 19 | Ace LA | 9,600.00 | 4,800.00 | | | 87,694.55 | |
| 07/26/01 | | Double | 2001 | Nasher, Andrea | 1311 | Ace LA | 13,000.00 | 6,500.00 | | | 94,194.55 | |
| 07/26/01 | | Harken | 2001 | Nasher, Andrea | 1311 | Ace LA | 11,700.00 | 5,850.00 | | | 100,044.55 | |
| 07/26/01 | | Night | 2001 | Nasher, Andrea | 1311 | Ace LA | 11,700.00 | 5,850.00 | | | 105,894.55 | |
| 07/26/01 | | Plays | 1995-2000 | Nasher, Andrea | 1311 | Ace LA | 11,700.00 | 5,850.00 | | | 111,744.55 | |
| 07/26/01 | | Fan | 2001 | Nasher, Andrea | 1311 | Ace LA | 11,700.00 | 5,850.00 | | | 117,594.55 | |
| 07/26/01 | | Silent Climb | 1988 | Nasher, Andrea | 1311 | Ace LA | 14,300.00 | 7,150.00 | | | 124,744.55 | |
| 07/26/01 | | Renard | 1991 | Fink, Gary | 26 | Ace LA | 8,500.00 | 4,250.00 | | | 128,994.55 | |
| 07/29/01 | 9308 | Payment to DA | | | | | | | | 4,000.00 | 124,994.55 | |
| 08/18/01 | 9051 | Payment to DA | | | | | | | | 1,000.00 | 123,994.55 | |
| 08/25/01 | 9065 | Payment to DA | | | | | | | | 3,000.00 | 120,994.55 | |
| 09/08/01 | 483 | Framing | | | | | | | 509.47 | | 120,485.08 | |
| 10/01/01 | 9163 | Payment to DA | | | | | | | | 2,500.00 | 117,985.08 | |
| 11/03/01 | 9225 | Payment to DA | | | | | | | | 3,000.00 | 114,985.08 | |
| 11/12/01 | | Crown Royal | 2000 | Holst, Shirley | 1295 | Ace LA | 3,000.00 | 1,500.00 | | | 116,485.08 | |
| 12/03/01 | 9308 | Payment to DA | | | | | | | | 3,000.00 | 113,485.08 | |
| 12/30/01 | 9345 | Payment to DA | | | | | | | | 2,000.00 | 111,485.08 | |
| 01/18/02 | 9400 | Payment to DA | | | | | | | | 1,000.00 | 110,485.08 | |
| 02/04/02 | 9426 | Payment to DA | | | | | | | | 3,000.00 | 107,485.08 | |
| 03/12/02 | 9508 | Payment to DA | | | | | | | | 100.00 | 107,385.08 | |
| 03/16/02 | 9515 | Payment to DA | | | | | | | | 100.00 | 107,285.08 | |
| 04/03/02 | 9568 | Payment to DA | | | | | | | | 3,000.00 | 104,285.08 | |
| 05/06/02 | 1547 | Payment to DA | | | | | | | | 2,056.78 | 102,228.30 | |
| 06/10/02 | 1710 | Payment to DA | | | | | | | | 2,500.00 | 99,728.30 | |
| 09/05/02 | | Sieve | 2002 | Nasher, Andrea | 124 | Ace LA | 18,000.00 | 9,000.00 | | | 108,728.30 | Maru became Ace owned |
| 09/25/02 | 4363 | Payment to DA | | | | | | | | 2,500.00 | 106,228.30 | |
| 08/10/02 | | Blue Berry | 2002 | Nasher, Andrea | 125 | Ace LA | 11,700.00 | 5,850.00 | | | 112,078.30 | |
| 08/10/02 | | Tangerine | 2002 | Nasher, Andrea | 125 | Ace LA | 11,700.00 | 5,850.00 | | | 117,928.30 | |

00014

Ace Gallery

David Amico

**David Amico**
**Art & Architecture Books of the 21st Century**
**RECONCILIATION**
**Case #: 2:13-bk-14135-RK**

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/02 | 4598 | Payment to DA | | | | | | | | 3,000.00 | 114,928.30 | |
| 12/06/02 | 4849 | Payment to DA | | | | | | | | 2,500.00 | 112,428.30 | |
| 01/22/03 | 5697 | Payment to DA | | | | | | | | 3,000.00 | 109,428.30 | |
| 03/31/03 | 5670 | Payment to DA | | | | | | | | 2,000.00 | 107,428.30 | |
| 05/21/03 | 5965 | Payment to DA | | | | | | | | 2,000.00 | 105,428.30 | |
| 07/10/03 | 6192 | Payment to DA | | | | | | | | 2,500.00 | 102,928.30 | |
| 08/04/03 | 6281 | Payment to DA | | | | | | | | 2,500.00 | 100,428.30 | |
| 09/04/03 | 6460 | Payment to DA | | | | | | | | 2,500.00 | 97,928.30 | |
| 12/19/03 | 7001 | Payment to DA | | | | | | | | 2,500.00 | 95,428.30 | |
| 01/06/04 | | Brown Shot | | | | | | | | 2,500.00 | 103,078.30 | |
| 02/09/04 | 7308 | Payment to DA | 2003 | Weisman Art Foundation | 265 | | 15,300.00 | 7,650.00 | | 2,500.00 | 100,578.30 | |
| 04/05/04 | 1978 | Payment to DA | | | | | | | | 2,500.00 | 98,078.30 | |
| 05/03/04 | | Cal Box | 1993 | Cross, Jay | 310 | | 4,000.00 | 2,000.00 | | | 100,078.30 | |
| 05/11/04 | 4205 | Payment to DA | | | | | | | | 2,500.00 | 97,578.30 | |
| 07/07/04 | 4464 | Payment to DA | | | | | | | | 2,500.00 | 95,078.30 | |
| 08/09/04 | 4612 | Payment to DA | | | | | | | | 2,500.00 | 92,578.30 | |
| 10/13/04 | 4951 | Payment to DA | | | | | | | | 3,000.00 | 89,578.30 | |
| 10/27/04 | 5066 | Payment to DA | | | | | | | | 3,000.00 | 86,578.30 | |
| 12/10/04 | 5349 | Payment to DA | | | | | | | | 2,500.00 | 84,078.30 | |
| 12/23/04 | 5443 | Payment to DA | | | | | | | | 2,500.00 | 81,578.30 | |
| 01/31/05 | 5635 | Payment to DA | | | | | | | | 2,500.00 | 79,078.30 | |
| 03/04/05 | 5937 | Payment to DA | | | | | | | | 2,650.00 | 76,428.30 | |
| 03/14/05 | 5981 | Payment to DA | | | | | | | | 2,500.00 | 73,928.30 | |
| 04/06/05 | 6114 | Payment to DA | | | | | | | | 3,000.00 | 70,928.30 | |
| 04/20/05 | 6189 | Payment to DA | | | | | | | | 3,000.00 | 67,928.30 | |
| 05/16/05 | 6326 | Payment to DA | | | | | | | | 3,200.00 | 64,728.30 | |
| 05/26/05 | 6443 | Payment to DA | | | | | | | | 3,000.00 | 61,728.30 | |
| 06/04/05 | 6551 | Payment to DA | | | | | | | | 3,000.00 | 58,728.30 | |
| 07/01/05 | 6658 | Payment to DA | | | | | | | | 3,000.00 | 55,728.30 | |
| 07/22/05 | 6761 | Payment to DA | | | | | | | | 6,000.00 | 49,728.30 | |
| 08/18/05 | 6918 | Payment to DA | | | | | | | | 3,000.00 | 46,728.30 | |
| 09/06/05 | 7014 | Payment to DA | | | | | | | | 3,000.00 | 43,728.30 | |
| 09/19/05 | 7124 | Payment to DA | | | | | | | | 3,000.00 | 40,728.30 | |
| 09/26/05 | | Central (Drift Series) | 2005 | Nasher, Andrea | 507 | Ace LA | 12,025.00 | 6,012.50 | | | 46,740.80 | |
| 09/26/05 | | Boyd (Drift Series) | 2005 | Nasher, Andrea | 507 | Ace LA | 11,050.00 | 5,525.00 | | | 52,265.80 | |
| 09/26/05 | | Winston (Drift Series) | 2005 | Nasher, Andrea | 507 | Ace LA | 10,400.00 | 5,200.00 | | | 57,465.80 | |
| 09/26/05 | | Two Spot | 2003 | Nasher, Andrea | 507 | Ace LA | 16,250.00 | 8,125.00 | | | 65,590.80 | |
| 12/20/05 | 7588 | Payment to DA | | | | | | | | 6,000.00 | 59,590.80 | |
| 03/06/06 | 8012 | Payment to DA | | | | | | | | 6,000.00 | 53,590.80 | |
| 04/14/06 | 8310 | Payment to DA | | | | | | | | 3,887.50 | 49,703.30 | |
| 05/23/06 | 8510 | Payment to DA | | | | | | | | 5,200.00 | 44,503.30 | |
| 10/04/06 | | Point Drop | 2006 | Astani, Sonny | 600 | Ace LA | 20,000.00 | 10,000.00 | | | 54,503.30 | |

Page 10 of 12

00015

Ace Gallery

David Amico

David Amico
Art & Architecture Books of the 21st Century
RECONCILIATION
Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/06 | | Untitled(Gray Tele) | 2006 | Astani, Sonny | 602 | Ace IA | 20,000.00 | 10,000.00 | | | 64,503.30 | |
| 02/10/07 | | Fast Line | 2006 | Nasher, Andrea | 664 | Ace IA | 7,800.00 | 3,900.00 | | | 68,403.30 | |
| 02/10/07 | | Wrapper | 2006 | Nasher, Andrea | 664 | Ace IA | 7,150.00 | 3,575.00 | | | 71,978.30 | |
| 04/02/07 | | Patid | 1985 | Nasher, Andrea | 676 | Ace IA | 22,000.00 | 11,000.00 | | | 82,978.30 | |
| 03/27/07 | | Blue Tape | 2007 | Bergendahl, Mark | 678 | Ace IA | 16,200.00 | 8,100.00 | | | 91,078.30 | |
| 03/28/07 | | Back Tie | 2006 | Kouri, Pentti | 679 | Ace IA | 32,000.00 | 16,000.00 | | | 107,078.30 | |
| 03/28/07 | | Double Wrap | 2006 | Kouri, Pentti | 679 | Ace IA | 36,000.00 | 18,000.00 | | | 125,078.30 | |
| 07/07/06 | 8712 | Payment to DA | | | | | | | | 4,000.00 | 121,078.30 | |
| 01/05/07 | 1487 | Payment to DA | | | | | | | | 3,000.00 | 118,078.30 | |
| 01/29/07 | 1621 | Payment to DA | | | | | | | | 19,000.00 | 99,078.30 | |
| 04/23/07 | 5236 | Payment to DA | | | | | | | | 12,000.00 | 87,078.30 | |
| 07/03/07 | 5610 | Payment to DA | | | | | | | | 20,000.00 | 67,078.30 | |
| 09/24/07 | 1030 | Payment to DA | | | | | | | | 10,000.00 | 56,978.30 | |
| 12/03/07 | | Red Cross | 1995 | Nasher, Andrea | 750 | Ace IA | 8,000.00 | 4,000.00 | | | 60,978.30 | |
| 03/24/08 | 2055 | Payment to DA | | | | | | | | 11,475.00 | 49,503.30 | |
| 05/09/08 | 2321 | Payment to DA | | | | | | | | 13,000.00 | 36,503.30 | |
| 06/23/08 | | Ghost | 2008 | Welch, Richard | 813 | Ace IA | 32,000.00 | 16,000.00 | | | 52,503.30 | |
| 08/05/08 | | Pigeon | 2008 | Kopple, Robert | 823 | Ace IA | 28,000.00 | 14,000.00 | | | 66,503.30 | |
| 08/05/08 | | Orange Plate | 2008 | Kopple, Robert | 823 | Ace IA | 42,000.00 | 21,000.00 | | | 87,503.30 | |
| 01/19/09 | 3600 | Payment to DA | | | | | | | | 1,000.00 | 86,503.30 | |
| 10/13/09 | 5025 | Payment to DA | | | | | | | | 5,000.00 | 81,503.30 | |
| 11/25/09 | 5221 | Payment to DA | | | | | | | | 5,000.00 | 76,503.30 | |
| 12/22/09 | 5411 | Payment to DA | | | | | | | | 2,000.00 | 74,503.30 | |
| 03/03/10 | 2660 | Payment to DA | | | | | | | | 5,000.00 | 69,503.30 | |
| 03/22/10 | | Red Butterfly | 2009 | Nasher, Andrea | 1002 | Ace IA | 31,500.00 | 15,750.00 | | | 85,253.30 | returned and became Ace owned |
| 03/22/10 | | Call By | 2009 | Nasher, Andrea | 1002 | Ace IA | 31,500.00 | 15,750.00 | | | 101,003.30 | |
| 08/04/10 | | Untitled (Alone) | 2009 | Reis, Julian & Yen | 1056 | Ace IA | 27,000.00 | 13,500.00 | | | 114,503.30 | |
| 08/04/10 | | Past and Present | 2009 | Reis, Julian & Yen | 1056 | Ace IA | 27,000.00 | 13,500.00 | | | 128,003.30 | |
| 08/04/10 | | Dragon | 2009 | Reis, Julian & Yen | 1056 | Ace IA | 27,000.00 | 13,500.00 | | | 141,503.30 | |
| 08/04/10 | | Scholar Rock | 2009 | Reis, Julian & Yen | 1056 | Ace IA | 12,000.00 | 6,000.00 | | | 147,503.30 | |
| 08/04/10 | | Untitled (Back Wall) | 2009 | Reis, Julian & Yen | 1056 | Ace IA | 27,000.00 | 13,500.00 | | | 161,003.30 | |
| 08/04/10 | | Red Stripe | 2009 | Reis, Julian & Yen | 1056 | Ace IA | 21,000.00 | 10,500.00 | | | 171,503.30 | |
| 09/02/10 | 2311 | Payment to DA | | | | | | | | 70,500.00 | 101,003.30 | |
| 09/14/11 | | Light Blue | 2009 | Holst, Shirley | 1280 | Ace IA | 7,500.00 | 3,750.00 | | | 104,753.30 | |
| 11/25/11 | | Big Dipper | 2011 | Leonard, Kathryn & Chris | 1324 | Ace IA | 80,000.00 | 40,000.00 | | | 144,753.30 | |
| 03/22/12 | | Blue Mist | 2011 | Trento, Alfredo | 1395 | Ace IA | 45,500.00 | 22,750.00 | | | 167,503.30 | |
| 04/26/12 | | Snake | 2011 | Nasher, Andrea | 1416 | Ace IA | 31,500.00 | 15,750.00 | | | 183,253.30 | |
| 05/25/12 | 6085 | Payment to DA | | | | | | | | 20,000.00 | 163,253.30 | |
| 08/31/12 | 6627 | Payment to DA | | | | | | | | 10,000.00 | 153,253.30 | |
| PREPETITION | | | | | | | 1,688,075.00 | 844,037.50 | 4,347.40 | 686,436.80 | 153,253.30 | |

Ace Gallery

David Amico

**David Amico**
**Art & Architecture Books of the 21st Century**
**RECONCILIATION**
**Case #: 2:13-bk-14135-RK**

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Due Artist | 1/2 Costs | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/16 | | Silver | 2014 | Victar, Simone & Kerry | 7096 | Ace NY | 36,000.00 | 18,000.00 | | | 18,000.00 | |
| | | Total | | | | | 36,000.00 | 18,000.00 | - | - | 18,000.00 | |
| CHAPTER 11 PERIOD | | | | | | | | | | | | |
| TOTAL | | | | | | | 1,724,075.00 | 862,037.50 | 4,347.40 | 686,436.80 | 171,253.30 | |

| | |
|---|---|
| Amount Due to Artist | 862,037.50 |
| Paid to Artist | (686,436.80) |
| Balance Due | 175,600.70 |
| 1/2 Costs | (4,347.40) |
| Net Due | 171,253.30 |
| PrePetition | 153,253.30 |
| Chapter 11 Period | 18,000.00 |

Ace Owned Sold

| Date | Description | Year | Buyer | Invoice | Entity | Sale |
|---|---|---|---|---|---|---|
| 01/02/91 | Homes | 1985 | Goldfarb, Syd | Unknown | Ace LA | 15,000.00 |
| | Washer Sold | | | | | |
| 07/07/13 | Fast Line | 2006 | Rahardja, Andrea & James | 2020 | Ace NY | 32,000.00 |

Page 12 of 12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Pre-Petition General Unsecured Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com |
| Keith Patrick Banner | kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com |
| Richard T Baum | rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | pbransten@glaserweil.com, kmorin@lgbfirm.com |
| Chane Buck | cbuck@jonesday.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |

■  Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL:** On October 28, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| United States Bankruptcy Court | Art and Architecture Books of the 21st Century | David Amico |
| The Honorable Robert N. Kwan | 5708 Alcoa Avenue | c/o Vaziri Law Group |
| United States Bankruptcy Judge | Los Angeles, CA 90058 | Attn: Matt Taylor |
| 255 East Temple Street | | 5757 Wilshire Blvd. |
| Suite 1682 | | Suite 670 |
| Los Angeles, CA 90012 | | Los Angeles, CA 90036 |

☐  Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on_____, 2020, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 28, 2020

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1. PROOF OF SERVICE**

**00018**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Monica Cron | scif.legal.bk@scif.com |
| Brian L Davidoff | bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Carolyn A Dye | trustee@cadye.com |
| Fahim Farivar | ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com, sgaeta@bakerlaw.com |
| Mark C Fields | fields@markfieldslaw.com, dperez@sulmeyerlaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com;sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com |
| David R Haberbush | dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com,jborin@lbinsolvency.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Elliot C Harvey Schatmeier | ehs@birdmarella.com, dthrockmorton@birdmarella.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| Matthew P Kelly | mkelly@sulmeyerlaw.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com;nbrazil@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| Ekwan E Rhow | eer@birdmarella.com, blee@birdmarella.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Ronald Rus | rrus@brownrudnick.com, tlangford@brownrudnick.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

| | |
|---|---|
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Jonathan Seligmann Shenson | jshenson@shensonlawgroup.com |
| Mark Shinderman | mshinderman@milbank.com |
| Michael D Sobkowiak | msobkowiak@flg-law.com, jfriedman@flg-law.com;cllosa@flg-law.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael W Vivoli | auzcategui@vivolilaw.com, sbrown@vivolilaw.com |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; kmccamey@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Hatty K Yip | hatty.yip@usdoj.gov |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

00020

1 | CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
2 | Suite 990
Los Angeles, CA 90010
3 | Telephone: 213/368-5000
Facsimile: 213/368-5009
4 | Email: trustee@cadye.com

5 | Attorney for Sam S. Leslie,
Plan Agent

6 |

7 |

8 |                UNITED STATES BANKRUPTCY COURT

9 |                CENTRAL DISTRICT OF CALIFORNIA

10 |                    LOS ANGELES DIVISION

11 |

12 | In re                              ) Case No. 2:13-bk-14135-RK
                                       )
13 |                                    ) STIPULATION FOR ALLOWANCE AND
   | ART AND ARCHITECTURE BOOKS OF      ) TREATMENT OF PRE-PETITION
14 | THE 21ST CENTURY, a California      ) CLAIM AND FOR RELEASE OF WORK
   | corporation                        )
15 |                         Debtor.     ) [No Hearing Required]
                                       )
16 | _____)

17 |      Sam S. Leslie ("Leslie"), Plan Agent for Art and

18 | Architecture Books of the 21st Century, Inc. ("Debtor" or "ACE

19 | Gallery"), the reorganized Debtor pursuant to the Order

20 | confirming the Second Amended Plan of Reorganization of Official

21 | Committee of Unsecured Creditors ("Plan Agent") on the one hand,

22 | and claimant, Amy Oppenheim, representative of the Dennis

23 | Oppenheim Estate/Archive ("Oppenheim"), on the other hand,

24 | hereby represent and Stipulate as following:

25 |                          RECITALS

26 |      A.    Debtor filed this Chapter 11 case on February 19, 2013.

27 |      B.    Sam S. Leslie was appointed as the Debtor's Plan Agent

28 | on March 18, 2016, in connection with the Order confirming the

1 Second Amended Plan of Reorganization of the Official
2 Committee of Unsecured Creditors (the "Plan") (Docket No. 1873).
3    C.    On April 6, 2016, pursuant to the Plan, the Plan Agent
4 assumed his duties.  Since that time, the Plan Agent has been
5 diligently attempting to resolve the remaining monetary claims
6 for payment due to artists, including Oppenheim.
7    D.    ACE Gallery contends certain artwork belongs to ACE
8 Gallery based on agreements with Dennis Oppenheim relating to its
9 fabrication (for which ACE Gallery contends it paid). Amy
10 Oppenheim disputes that claim and contends the artwork was never
11 a part of ACE Gallery's property or was ever paid for by ACE
12 Gallery.
13    D. Oppenheim also contends that ACE Gallery owed commissions
14 to Oppenheim for work it sold prior to the bankruptcy case and
15 has previously filed a proof of claim in the bankruptcy case and
16 asserts this Claim should be an allowed pre-petition claim,
17 representing the unpaid proceeds for sales of artwork consigned
18 to ACE Gallery that had been sold by the Debtor before the
19 initiation of this bankruptcy proceeding, with no other Oppenheim
20 artworks sold since by Plan Agent.
21    E.    The parties wish to resolve any and all disputes
22 concerning ownership of the Dennis Oppenheim artwork and the
23 Claim pursuant to this Stipulation.
24                      STIPULATION
25    1.    The recitals set forth above are incorporated herein by
26 this reference.
27    2.    The parties agree that the reconciliation attached
28 hereto as Exhibit A is agreed and acceptable to Oppenheim.

-2-

3.  The proof of claim filed by Oppenheim shall be and hereby is deemed to be withdrawn. Subject to the terms of this Stipulation, Oppenheim shall hold an allowed general unsecured claim in the amount of $92,075 (the "Allowed Claim").

4.  The parties agree that the only remaining artwork of Oppenheim (as successor to Dennis Oppenheim) in the possession of ACE Gallery is the artwork listed on Exhibit B hereto. Subject to the terms of this Stipulation, Oppenheim shall arrange for this artwork to be picked up and shipped to a destination designated by her, at her expense, no later than June 30, 2020. If she requires an extension of an additional 30 days for the pickup, then Oppenheim waives any requirement that the artwork be insured at ACE Gallery's expense beyond June 30, 2020. Provided the artwork is picked up as agreed, ACE Gallery relinquishes any and all claim to this artwork. Oppenheim agrees and acknowledges that the artwork will be accepted by her in the "as is, where is" condition. If the artwork is not picked up by July 30, 2020, then Oppenheim hereby waives any and all right, title and interest in the artwork as of  that date, and the artwork shall thereafter be the property of ACE Gallery, free of any and all claims to be asserted by Oppenheim. Further, in that event, Oppenheim hereby waives all her rights in the work and any proceeds derived therefrom and agrees that ACE Gallery may dispose of the artwork, for value or not, at its sole discretion.

5.  The Allowed Claim shall be a general unsecured claim, to be paid, if at all, at such time and in such amounts pro rata with all other similarly situated claims.

6.  <u>Mutual Releases</u>.

-3-

00003

1       (a) Effective upon approval of this Stipulation by the

2 Bankruptcy Court and the performance of all her obligations under

3 this Agreement, Oppenheim shall and hereby does, release and

4 forever discharge Leslie, ACE Gallery and its predecessors,

5 affiliates, officers, employees, successors, heirs, assigns,

6 representatives, attorneys, and any and all persons acting by,

7 through or in concert with Leslie and/or ACE Gallery from any and

8 all claims, demands, losses, costs (including attorney's fees),

9 damages, actions, causes of action (whether at law or in equity),

10 suits, judgments, executions, attachments, debts, contracts,

11 accounts, agreements, promises, liabilities and obligations of

12 every kind and nature whatsoever, whether now known or unknown,

13 whether suspected or unsuspected, whether fixed or contingent,

14 and whether or not heretofore asserted, which exist among them in

15 any way arising out of, or existing by virtue of, any of the

16 acts, circumstances or events which form the subject matter of

17 any dispute over commissions payable to Dennis Oppenheim and any

18 commissions relating to the sale of the artist's work, and all

19 other disputes and differences in any way related to the

20 relationship between Oppenheim and ACE Gallery.

21       (b) Effective upon approval of this Stipulation by the

22 Bankruptcy Court and the performance of all its obligations under

23 this Agreement, Leslie and/or ACE Gallery shall and hereby does,

24 release and forever discharge Oppenheim, her successors,

25 affiliates, employees, heirs, assigns, representatives,

26 attorneys, and any and all persons acting by, through or in

27 concert with Oppenheim from any and all claims, demands, losses,

28 costs (including attorney's fees), damages, actions, causes of

-4-

00004

action (whether at law or in equity), suits, judgments,
executions, attachments, debts, contracts, accounts, agreements,
promises, liabilities and obligations of every kind and nature
whatsoever, whether now known or unknown, whether suspected or
unsuspected, whether fixed or contingent, and whether or not
heretofore asserted, which exist among them in any way arising
out of, or existing by virtue of, any of the acts, circumstances
or events which form the subject matter of the of the dispute
over the commissions payable to Dennis Oppenheim and any
commissions relating to the sale of the artist's work, and all
other disputes and differences in any way related to the
relationship between Oppenheim and ACE Gallery.

(c) The parties expressly waive California Civil Code
Section 1542, which reads as follows:

"A general release does not extend the claims
which the creditor does not know or suspect to exist in
his or her favor at the time of executing the Release, which,
if known to him or her, must have materially affected his or her
settlement with the debtor."

7. **Binding Effect**. This Agreement shall inure to the
benefit of and shall be binding upon the heirs, successors and
assigns of the parties hereto.

8. **Attorneys' Fees**. Each party shall bear their own
attorneys' fees, if any, in connection with the underlying
litigation. However, in any action to enforce the terms of this
Stipulation, the prevailing party shall be entitled to an award
of reasonable attorneys' fees.

-5-

9.    This stipulation shall be subject to and effective upon the approval of the Bankruptcy Court.

IT IS SO STIPULATED.

ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY

Dated: ~~May~~ June 4th, 2020

Sam S. Leslie, Plan Agent

AMY OPPENHEIM, Authorized Representative of Dennis Oppenheim Estate/Archive

Dated: ~~May~~ June 1, 2020

Amy Oppenheim

-6-

00006

**EXHIBIT A**

*Exhibit A*

**Dennis Oppenheim**
**Art & Architecture Books of the 21st Century**
**RECONCILIATION**
**Case #: 2:13-bk-14135-RK**

| Date | Check | Description | Year | Buyer | Invoice | Sale | Due Artist | Amt paid Artist | Amt Due Artist | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/90 | | Applause Spirit #1 | 1998 | Petch Osathanugrah | 177 | 24,000.00 | 12,000.00 | | 12,000.00 | |
| 08/24/90 | | 2 Objects | 1988 | Petch Osathanugrah | 196 | 36,000.00 | 18,000.00 | | 30,000.00 | |
| 09/28/90 | | Cross Town Tremors | 1988 | Petch Osathanugrah | | 14,400.00 | 7,200.00 | | 37,200.00 | |
| 05/23/95 | 1794 | Payment to Artist | | | | | | 2,000.00 | 35,200.00 | |
| 01/24/01 | | Attempt to Raise Hell | 1969 | Rachofsky, Howard | 4146 | 50,000.00 | 25,000.00 | | 60,200.00 | |
| 03/15/01 | 8536 | Payment to Artist | | | | | | 25,000.00 | 35,200.00 | |
| 12/02/08 | | Cactus #10 | 2008 | Circa Publishing | 851 | 113,750.00 | 56,875.00 | | 92,075.00 | |
| **PREPETITION** | | | | | | 238,150.00 | 119,075.00 | 27,000.00 | 92,075.00 | |

Amount Due to Artist          119,075.00
Paid to Artist                 (27,000.00)
                              _____
Balance Due                    92,075.00

PrePetition                    92,075.00
Chapter 11 Period

(92,075.00)

dp 6/1/2020

**EXHIBIT B**

00009

**Condition Report: 5/18/2020**



Dennis Oppenheim
*Snowman Factory*, 1995
Fiberglass, Steel, Turntables, Motor, Pigments
Variable Dimensions

Condition:
Condition Unknown, artwork not assembled. Photographs Taken May 18,2020. Artwork
disassembled after installation in 1996

Condition Report: 5/18/2020                                          Page 2
Dennis Oppenheim - Snowman Factory - 1995





Condition Report: 5/18/2020                                    Page 3
Dennis Oppenheim - Snowman Factory - 1995







Condition Report: 5/18/2020                                        Page 4
Dennis Oppenheim - Snowman Factory - 1995





Condition Report: 5/18/2020                                          Page 5
Dennis Oppenheim - Snowman Factory - 1995



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Pre-Petition Claim and Release of Work will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.**     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com;kmccarney@sulmeyerlaw.com |
| Keith Patrick Banner | kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com |
| Richard T Baum | rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | pbransten@glaserweil.com, kmorin@lgbfirm.com |
| Chane Buck | cbuck@jonesday.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |

       ■   Service information continued on attached page

**2.**     **SERVED BY UNITED STATES MAIL:** On June 4, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| United States Bankruptcy Court<br>The Honorable Robert N. Kwan<br>United States Bankruptcy Judge<br>255 East Temple Street<br>Suite 1682<br>Los Angeles, CA 90012 | Art and Architecture Books of the 21st Century<br>5708 Alcoa Avenue<br>Los Angeles, CA 90058 | Amy Oppenheim<br>54 Franklin Street, 3F<br>New York, NY 10013 |

       ☐   Service information continued on attached page

**3.**     **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on_____, 2020, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

       ☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 4, 2020

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                       **F 9013-3.1. PROOF OF SERVICE**

00015

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Monica Cron | scif.legal.bk@scif.com |
| Brian L Davidoff | bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Carolyn A Dye | trustee@cadye.com |
| Fahim Farivar | ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com, sgaeta@bakerlaw.com |
| Mark C Fields | fields@markfieldslaw.com, dperez@sulmeyerlaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com;sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com |
| David R Haberbush | dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com,jborin@lbinsolvency.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Elliot C Harvey Schatmeier | ehs@birdmarella.com, dthrockmorton@birdmarella.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| Matthew P Kelly | mkelly@sulmeyerlaw.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com;nbrazil@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| Ekwan E Rhow | eer@birdmarella.com, blee@birdmarella.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Ronald Rus | rrus@brownrudnick.com, tlangford@brownrudnick.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Jonathan Seligmann Shenson | jshenson@shensonlawgroup.com |
| Mark Shinderman | mshinderman@milbank.com |
| Michael D Sobkowiak | msobkowiak@flg-law.com, jfriedman@flg-law.com;cllosa@flg-law.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael W Vivoli | auzcategui@vivolilaw.com, sbrown@vivolilaw.com |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; kmccamey@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Hatty K Yip | hatty.yip@usdoj.gov |
| Beth Ann R Young | bry@lnbyb.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1. PROOF OF SERVICE**

```
 1   CAROLYN A. DYE (SBN 97527)
     3435 Wilshire Blvd.
 2   Suite 990
     Los Angeles, CA 90010
 3   Telephone: 213/368-5000
     Facsimile: 213/368-5009
 4   Email: trustee@cadye.com

 5   Attorney for Sam S. Leslie,
     Plan Agent
 6

 7

 8                 UNITED STATES BANKRUPTCY COURT

 9                CENTRAL DISTRICT OF CALIFORNIA

10                   LOS ANGELES DIVISION

11

12   In re                        ) Case No. 2:13-bk-14135-RK
                                   )
13                                 ) STIPULATION FOR ALLOWANCE AND
     ART AND ARCHITECTURE BOOKS OF ) TREATMENT OF PRE-PETITION
14   THE 21ST CENTURY, a California) CLAIM
     corporation                   )
15                        Debtor.  ) [No Hearing Required]
     _____)
16

17       Sam S. Leslie ("Leslie"), Plan Agent for Art and

18   Architecture Books of the 21st Century, Inc. ("Debtor" or "ACE

19   Gallery"), the reorganized Debtor pursuant to the Order

20   confirming the Second Amended Plan of Reorganization of Official

21   Committee of Unsecured Creditors ("Plan Agent") on the one hand,

22   and claimant, Melissa Kretschmer ("Kretschmer"), on the other

23   hand, hereby represent and Stipulate as following:

24                            RECITALS

25       A.   Debtor filed this Chapter 11 case on February 19, 2013.

26       B.   Sam S. Leslie was appointed as the Debtor's Plan Agent

27   on March 18, 2016, in connection with the Order confirming the

28   Second Amended Plan of Reorganization of the Official
```

1  Committee of Unsecured Creditors (the "Plan") (Docket No. 1873).

2      C.   On April 6, 2016, pursuant to the Plan, the Plan Agent

3  assumed his duties.  Since that time, the Plan Agent has been

4  diligently attempting to resolve the remaining monetary claim for

5  payment due to artists, including Kretschmer.

6      D.   The parties wish to resolve any and all disputes

7  concerning Kretschmer's work and claims pursuant to this

8  Stipulation.

9                      STIPULATION

10      1.   The recitals set forth above are incorporated herein by

11  this reference.

12      2.   The parties agree that the reconciliation attached

13  hereto is agreed and acceptable to Kretschmer.

14      3.   Kretschmer shall have an allowed pre-petition claim in

15  the amount of a total of $11,020 representing the unpaid proceeds

16  for a sale of artwork consigned to ACE Gallery that had been sold

17  by the Debtor before the initiation of this bankruptcy

18  proceeding, with no other works sold since then by Plan Agent.

19      4.   The parties agree that the only remaining work of

20  Kretschmer in the possession of ACE Gallery are the works listed

21  on Exhibit B hereto. Kretschmer shall arrange for this work to be

22  picked up and shipped to a destination designated by her no later

23  than the end of February, 2020. In the interim, Kretschmer

24  acknowledges that her work will not be insured by ACE Gallery at

25  its cost after February 29, 2020. If the work is not picked up by

26  that date, Kretschmer agrees that she will pay to ACE a storage

27  fee based on the allocable share of space in the ACE Gallery

28  facility used for her work. For any work remaining in ACE Gallery

after February 29, 2020, Kretschmer will be assessed an allocable
share of costs of insurance unless she signs a waiver of
coverage. If assessed, such costs must be paid in full before any
work will be released.

    5.   The allowed claim held by Kretschmer shall be accorded
treatment under the Plan as allowed claim in the same category of
priority as other similar claims.

    6.   This stipulation shall be subject to and effective upon
the approval of the Bankruptcy Court.

    IT IS SO STIPULATED.

LAW OFFICE OF CAROLYN A. DYE

Dated: January 25, 2020

_____
Carolyn A. Dye, Attorney for Sam
S. Leslie, Plan Agent


MELISSA KRETSCHMER

Dated: January ___, 2020
February 18, 2020

_____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Pre-Petition Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 28, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com |
| Keith Patrick Banner | kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com |
| Richard T Baum | rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | pbransten@glaserweil.com, kmorin@lgbfirm.com |
| Chane Buck | cbuck@jonesday.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |

■      Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:**  On February 28, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| United States Bankruptcy Court<br>The Honorable Robert N. Kwan<br>United States Bankruptcy Judge<br>255 East Temple Street<br>Suite 1682<br>Los Angeles, CA 90012 | Art and Architecture Books of the 21st Century<br>5708 Alcoa Avenue<br>Los Angeles, CA 90058 | Melissa Kretschmer<br>10-02 37th Avenue<br>Long Island City, NY 11101 |

☐      Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY - N/A:**  Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on_____, 2020, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 28, 2020

Shawn Sterrett

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                 **F 9013-3.1. PROOF OF SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Monica Cron | scif.legal.bk@scif.com |
| Brian L Davidoff | bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Carolyn A Dye | trustee@cadye.com |
| Fahim Farivar | ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com, sgaeta@bakerlaw.com |
| Mark C Fields | fields@markfieldslaw.com, dperez@sulmeyerlaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com;sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com |
| David R Haberbush | dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com,jborin@lbinsolvency.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Elliot C Harvey Schatmeier | ehs@birdmarella.com, dthrockmorton@birdmarella.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| Matthew P Kelly | mkelly@sulmeyerlaw.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com;nbrazil@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| Ekwan E Rhow | eer@birdmarella.com, blee@birdmarella.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Ronald Rus | rrus@brownrudnick.com, tlangford@brownrudnick.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1. PROOF OF SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

| | |
|---|---|
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Jonathan Seligmann Shenson | jshenson@shensonlawgroup.com |
| Mark Shinderman | mshinderman@milbank.com |
| Michael D Sobkowiak | msobkowiak@flg-law.com, jfriedman@flg-law.com;cllosa@flg-law.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael W Vivoli | auzcategui@vivolilaw.com, sbrown@vivolilaw.com |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; kmccamey@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Hatty K Yip | hatty.yip@usdoj.gov |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1. PROOF OF SERVICE**

```
 1   CAROLYN A. DYE (SBN 97527)
     3435 Wilshire Blvd.
 2   Suite 990
     Los Angeles, CA 90010
 3   Telephone: 213/368-5000
     Facsimile: 213/368-5009
 4   Email: trustee@cadye.com

 5   Attorney for Sam S. Leslie,
     Plan Agent
 6

 7

 8            UNITED STATES BANKRUPTCY COURT

 9             CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11

12   In re                          )  Case No. 2:13-bk-14135-RK
                                     )
13                                   )  STIPULATION FOR ALLOWANCE AND
     ART AND ARCHITECTURE BOOKS OF   )  TREATMENT OF PRE-PETITION AND
14   THE 21ST CENTURY, a California  )  CHAPTER 11 ADMINISTRATIVE
     corporation                     )  CLAIM
15                        Debtor.    )
                                     )  [No Hearing Required]
16   ────────────────────────────────)

17        Sam S. Leslie ("Leslie"), Plan Agent for Art and

18   Architecture Books of the 21st Century, Inc. ("Debtor" or "ACE

19   Gallery"), the reorganized Debtor pursuant to the Order

20   confirming the Second Amended Plan of Reorganization of Official

21   Committee of Unsecured Creditors ("Plan Agent") on the one hand,

22   and claimant, Carl Andre ("Andre"), on the other hand, hereby

23   represent and Stipulate as following:

24                          RECITALS

25        A.   Debtor filed this Chapter 11 case on February 19, 2013.

26        B.   Sam S. Leslie was appointed as the Debtor's Plan Agent

27   on March 18, 2016, in connection with the Order confirming the

28   Second Amended Plan of Reorganization of the Official
```

Committee of Unsecured Creditors (the "Plan") (Docket No. 1873).

C. On April 6, 2016, pursuant to the Plan, the Plan Agent assumed his duties. Since that time, the Plan Agent has been diligently attempting to resolve the remaining monetary claim for payment due to artists, including Andre.

D. The parties wish to resolve any and all disputes concerning Andre's work and claims pursuant to this Stipulation.

STIPULATION

1. The recitals set forth above are incorporated herein by this reference.

2. The parties agree that the reconciliation attached hereto is agreed and acceptable to Andre.

3. Andre shall have an allowed pre-petition claim in the amount of a total of $416,000, and a Chapter 11 claim of $78,750, both representing the unpaid proceeds for a sale of artwork consigned to ACE Gallery that had been sold by the Debtor both before and during the course of this bankruptcy proceeding.

4. The parties agree that the only remaining work of Andre's in the possession of ACE Gallery is the sculpture "Rise". Andre shall arrange for this work to be picked up and shipped to a destination designated by him no later January 31, 2020. In the interim, Andre acknowledges that his work will not be insured by ACE Gallery at its cost after January 31, 2020. If the work is not picked up by that date, Andre agrees that he will pay to ACE a storage fee based on the allocable share of space in the ACE Gallery facility used for his work. For any work remaining in ACE Gallery after January 31, 2020, Andre will be assessed an allocable share of costs of insurance unless he signs a waiver of

-2-

1 | coverage. If assessed, such costs must be paid in full before any

2 | work will be released.

3 |     5.    The allowed claims held by Andre shall be accorded

4 | treatment under the Plan as allowed claims in the same categories

5 | of priority as other similar claims.

6 |     6.    This stipulation shall be subject to and effective upon

7 | the approval of the Bankruptcy Court.

8 |     IT IS SO STIPULATED.

9 |         LAW OFFICE OF CAROLYN A. DYE

10 |

11 | Dated: January Feb 25, 2020

12 |         Carolyn A. Dye, Attorney for Sam
   |         S. Leslie, Plan Agent

13 |

14 |         CARL ANDRE

15 |

16 | Dated: January ___, 2020

17 |     February 18 2020

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Pre-Petition and Chapter 11 Administrative Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 28, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com |
| Keith Patrick Banner | kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com |
| Richard T Baum | rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | pbransten@glaserweil.com, kmorin@lgbfirm.com |
| Chane Buck | cbuck@jonesday.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |

■ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL:** On February 28, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| United States Bankruptcy Court | Art and Architecture Books of the 21st Century | Carl Andre |
| The Honorable Robert N. Kwan | 5708 Alcoa Avenue | 10-02 37th Avenue |
| United States Bankruptcy Judge | Los Angeles, CA 90058 | Long Island City, NY 11101 |
| 255 East Temple Street | | |
| Suite 1682 | | |
| Los Angeles, CA 90012 | | |

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on_____, 2018, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 28, 2020

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1. PROOF OF SERVICE**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Monica Cron | scif.legal.bk@scif.com |
| Brian L Davidoff | bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Carolyn A Dye | trustee@cadye.com |
| Fahim Farivar | ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com, sgaeta@bakerlaw.com |
| Mark C Fields | fields@markfieldslaw.com, dperez@sulmeyerlaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com;sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com |
| David R Haberbush | dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com, abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com, haberbush.assistant@gmail.com,jborin@lbinsolvency.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Elliot C Harvey Schatmeier | ehs@birdmarella.com, dthrockmorton@birdmarella.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| Matthew P Kelly | mkelly@sulmeyerlaw.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com;nbrazil@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| Ekwan E Rhow | eer@birdmarella.com, blee@birdmarella.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Ronald Rus | rrus@brownrudnick.com, tlangford@brownrudnick.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1. PROOF OF SERVICE**

ADDITIONAL SERVICE INFORMATION:

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

| | |
|---|---|
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Jonathan Seligmann Shenson | jshenson@shensonlawgroup.com |
| Mark Shinderman | mshinderman@milbank.com |
| Michael D Sobkowiak | msobkowiak@flg-law.com, jfriedman@flg-law.com;cllosa@flg-law.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael W Vivoli | auzcategui@vivolilaw.com, sbrown@vivolilaw.com |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; kmccamey@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Hatty K Yip | hatty.yip@usdoj.gov |
| Beth Ann R Young | bry@lnbyb.com |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1. PROOF OF SERVICE**

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:13-bk-14135-RK |
| ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, a California corporation | STIPULATION FOR ALLOWANCE AND TREATMENT OF PRE-PETITION GENERAL UNSECURED CLAIM |
| Debtor. | [No Hearing Required] |

Sam S. Leslie ("Leslie"), Plan Agent for Art and

Architecture Books of the 21st Century, Inc. ("ACE"), the

reorganized Debtor pursuant to the Order confirming the Second

Amended Plan of Reorganization of Official Committee of Unsecured

Creditors ("Plan Agent") on the one hand, and Claimant, Mireille

PORTE ORLAN, also known professionally as ORLAN ("ORLAN"), on

the other hand, hereby represent and Stipulate as following:

RECITALS

A.   Debtor filed this Chapter 11 case on February 19, 2013.

B.   In or about 2007, ORLAN consigned works entitled "Self-

Hybridization No. 37" and "Self-Hybridization No. 38" to ACE.

ACE's records confirm that these works were sold in January 2007.

C.  ORLAN was not notified of the sales and ACE's records confirm ORLAN was never paid the artist's share of the sales proceeds.

D.  ORLAN had no knowledge of the pendency of the ACE bankruptcy case and, accordingly, did not file a proof of claim.

E.  On March 18, 2016, the Court entered an Order confirming the Second Amended Plan of Reorganization of the Official Committee of Unsecured Creditors (the "Plan") (Docket No. 1873).

F.  On April 6, 2016, pursuant to the Plan, the Plan Agent assumed his duties.  Since that time, the Plan Agent has been diligently attempting to resolve the remaining monetary claim for payment due to ORLAN and others, and has engaged in numerous discussions concerning ORLAN's claim.

G.  ORLAN learned of the bankruptcy case in the summer of 2016 after she inquired of ACE about her work. Ace then researched the matter and ACE and ORLAN now agree the reconciliation attached as Exhibit A accurately reflects the amount owed to her from the sale of these works.

H.  The parties now resolved their differences and have agreed to resolve ORLAN's claim pursuant to this Stipulation.

STIPULATION

1.  The factual matters set forth in A-H above are hereby incorporated herein as if set forth in full.

2.  As reflected in Exhibit A, ORLAN shall have an allowed General Unsecured Claim in the amount of a total of $9,205.50, representing the unpaid proceeds for the sale of the artwork less the artist's share of the costs for the work consigned to

00002

```
 1  ACE that had been sold by the Debtor in 2007, prior to the
 2  filing  of this bankruptcy proceeding.
 3      3.   The allowed General Unsecured Claim held by ORLAN
 4  shall be accorded treatment under the Plan as a General
 5  Unsecured Claim and shall be paid as and when other similarly
 6  situated claimants receive payments as required under the Plan.
 7      IT IS SO STIPULATED.
 8                              LAW OFFICE OF CAROLYN A. DYE
 9
10  Dated: August __,2017      _____
11                              Carolyn A. Dye, Attorney for Sam
                                S. Leslie, Plan Agent
12
13                              Mireille PORTE ORLAN
14
15  Dated: August 14, 2017
16
17
18
19
20
21
22
23
24
25
26
27
28
```

-3-

```
 1 │ ACE that had been sold by the Debtor in 2007, prior to the
 2 │ filing  of this bankruptcy proceeding.
 3 │     3.   The allowed General Unsecured Claim held by ORLAN
 4 │ shall be accorded treatment under the Plan as a General
 5 │ Unsecured Claim and shall be paid as and when other similarly
 6 │ situated claimants receive payments as required under the Plan.
 7 │     IT IS SO STIPULATED.
 8 │                              LAW OFFICE OF CAROLYN A. DYE
 9 │
10 │ Dated: August 15, 2017      _____
11 │                             Carolyn A. Dye, Attorney for Sam
   │                             S. Leslie, Plan Agent
12 │
13 │                             Mireille PORTE ORLAN
14 │
15 │ Dated: August  __, 2017     _____
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```

**EXHIBIT A**

00005

**ORLAN**
**Art & Architecture Books of the 21st Century**
**DRAFT RECONCILIATION**
**Case #: 2:13-bk-14135-RK**

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Deposit | Bank Acct | Deposit Date | Due Artist | Printing/Framing Costs | 1/2 Costs | Amt paid ORLAN | Amt Due ORLAN or Ace | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/07 | 1566 | Sherman Design Center | | | | | | | | | | 5,454.00 | 2,727.00 | | (2,727.00) | |
| 01/18/07 | 1565 | Crush Creative | | | | | | | | | | 4,935.00 | 2,467.50 | | (5,194.50) | |
| 01/30/07 | | Self-Hybridization No. 38 | 1998 | Weisman Art Foundation | 635 | Ace LA | 14,400.00 | 39,600.00 | Ace LA | 02/06/07 | 7,200.00 | | | | 2,005.50 | |
| 01/19/07 | | Self-Hybridization No. 37 | 1998 | Weisman Art Foundation | 635 | Ace LA | 14,400.00 | see above | | | 7,200.00 | | | 9,205.50 | 9,205.50 | |
| 08/20/07 | 5890 | Payment to ORLAN | | | | | | | | | | | | (9,205.50) | - | |
| 08/20/07 | 5890 | Voided check 5890 | | | | | | | | | 9,205.50 | | | | 9,205.50 | |

| | | | Total | | | | | | | | 5,194.50 | | | - | |

| | | | | | | | | | Amount due Artist | 14,400.00 | | | |
| | | | | | | | | | Amount paid Artist | (5,194.50) | | 5,194.50 | |
| | | | | | | | | | 1/2 Costs | | | | |
| | | | | | | | | | Amount Due Artist Pre-petition | 9,205.50 | | | |

C:\Users\carolyn\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\5VVQHRZH\ORLAN Master Reconciliation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Pre-Petition General Unsecured Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 16, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | pbransten@glaserweil.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |

        ■    Service information continued on attached page

2.     **SERVED BY UNITED STATES MAIL:** On August 16, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Art and Architecture Books of the 21st Century
5514 Wilshire Blvd.
Los Angeles, CA 90036

ORLAN
56 Rue de la Fontaine au Roi
Paris, France 75011

        ☐    Service information continued on attached page

3.     **SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on August 16, 2017, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Robert N. Kwan
United States Bankruptcy Judge
255 East Temple Street
Bin outside of Suite 1682
Los Angeles, CA 90012

        ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2017

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                      **F 9013-3.1. PROOF OF SERVICE**

**00007**

ADDITIONAL SERVICE INFORMATION:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Monica Cron | scif.legal.bk@scif.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | cdjang@rutan.com |
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com, dperez@sulmeyerlaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com;sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Kenneth G Lau | kenneth.g.lau@usdoj.gov |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Kenderton S Lynch | kenlynchlaw@aol.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com;nbrazil@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1. PROOF OF SERVICE**

**00008**

**ADDITIONAL SERVICE INFORMATION:**

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

| | |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Michael W Vivoli | auzcategui@vivolilaw.com, sbrown@vivolilaw.com |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; kmccamey@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

00009

1 | CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
2 | Suite 990
Los Angeles, CA 90010
3 | Telephone: 213/368-5000
Facsimile: 213/368-5009
4 | Email: trustee@cadye.com

5 | Attorney for Sam S. Leslie,
Plan Agent

6

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | LOS ANGELES DIVISION

11

12 | In re ) Case No. 2:13-bk-14135-RK
)
13 | ) STIPULATION FOR ALLOWANCE AND
ART AND ARCHITECTURE BOOKS OF ) TREATMENT OF CHAPTER 11
14 | THE 21ST CENTURY, a California ) ADMINISTRATIVE CLAIM
corporation, )
15 | ) [No Hearing Required]
Debtor. )
16 | _____ )

17

18 |     Sam S. Leslie, Plan Agent for Art and Architecture Books of

19 | the 21st Century ("ACE"), the reorganized Debtor pursuant to the

20 | Order confirming the Second Amended Plan of Reorganization of

21 | Official Committee of Unsecured Creditors ("Plan Agent") on the

22 | one hand, and claimant, Alexander Yulish ("Yulish"), on the other

23 | hand, by and through their respective counsel, hereby represent

24 | and Stipulate as following:

25 |                          RECITALS

26 |     A.   ACE filed this Chapter 11 case on February 19, 2013.

27 |     B.   On March 18, 2016, the Court entered an Order

28 | confirming the Second Amended Plan of Reorganization of the

00001

Official Committee of Unsecured Creditors (the "Plan") (Docket
No. 1873).

C.   On April 6, 2016, pursuant to the Plan, the Plan Agent
assumed his duties.  Since that time, the Plan Agent has been
diligently attempting to resolve the remaining monetary claim for
payment due to Yulish and, through counsel, has engaged in
numerous discussions and exchanges to that end.

D.   Yulish has asserted that he was not paid for work sold
by ACE during the Chapter 11 phase but he was not advised there
was a bankruptcy and had no notice to file a proof of claim.

E.   Yulish and Plan Agent have reviewed the reconciliation
prepared by Plan Agent and have agreed on the works sold during
the Chapter 11 and the amount owed to Yulish relating to those
sales.

STIPULATION

1.   Yulish shall have an Allowed Administrative Claim in
the amount of a total of $67,235. This amount is comprised of the
aggregate amount of payments due Yulish less amounts he was paid
relating to sales and rentals between October 2014 and February
2016.

2.   The Allowed Administrative Claim held by Yulish shall
be accorded treatment under the Plan as an Allowed Administrative
Claim  of the Chapter 11 Debtor under Bankruptcy Code Section
503(b)(1).

3.   In the event that any future artwork is consigned by
Yulish to ACE or is sold by mutual agreement pursuant to a
transaction arranged by ACE, Plan Agent will pay from any net
sales proceeds received (meaning gross proceeds less Plan Agent's

00002

actual out of pocket costs), in addition to the proceeds to be

remitted to Yulish under a consignment agreement (the terms of

which and the price of artwork to be negotiated between the

parties), an additional amount equal to twenty percent (20%) of

the net proceeds due to ACE from such sales price, to be applied

toward the Allowed Administrative Claim until Yulish's Allowed

Administrative Claim is paid in full.

IT IS SO STIPULATED.

LAW OFFICE OF CAROLYN A. DYE

Dated: May 3 , 2017

Carolyn A. Dye, Attorney for Sam
S. Leslie, Plan Agent

LAW OFFICE OF STEPHEN J GOLDBERG

Dated: May 3 , 2017

Stephen J Goldberg, Attorney for
Alexander Yulish, Claimant

00003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Chapter 11 Administrative Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | cdjang@rutan.com |

■  Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL:** On May 6, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| United States Bankruptcy Court | Alexander Yulish | Art and Architecture Books of the 21st Century |
| The Honorable Robert N. Kwan | c/o Stephen J. Goldberg | 5514 Wilshire Blvd. |
| United States Bankruptcy Judge | P.O. Box 11673 | Los Angeles, CA 90036 |
| 255 East Temple Street | Temple, AZ 85284-0028 | |
| Suite 1682 | | |
| Los Angeles, CA 90012 | | |

☐  Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on_____, 2017, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2017

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                  **F 9013-3.1. PROOF OF SERVICE**

**00004**

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net, addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Michael S. Greger | mgreger@allenmatkins.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Kenneth G Lau | kenneth.g.lau@usdoj.gov |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| Melanie Scott | melanie.scott@usdoj.gov |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                  **F 9013-3.1. PROOF OF SERVICE**

**00005**

**ADDITIONAL SERVICE INFORMATION:**

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

| | |
|---|---|
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**00006**

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:13-bk-14135-RK |
| | STIPULATION FOR ALLOWANCE AND |
| ART AND ARCHITECTURE BOOKS OF | TREATMENT OF CHAPTER 11 |
| THE 21ST CENTURY, a California | ADMINISTRATIVE CLAIM |
| corporation | |
| Debtor. | [No Hearing Required] |

Sam S. Leslie ("Leslie"), Plan Agent for Art and Architecture Books of the 21st Century, Inc. ("ACE"), the reorganized Debtor pursuant to the Order confirming the Second Amended Plan of Reorganization of Official Committee of Unsecured Creditors ("Plan Agent") on the one hand, and Administrative Claimant Peter Alexander ("Alexander"), on the other hand, hereby represent and Stipulate as following:

RECITALS

A.    Debtor filed this Chapter 11 case on February 19, 2013.

B.    In August 2015, Alexander consigned a work entitled "Pink Cloud" to ACE and in March 2016 demanded payment for the

///

1     2.    The allowed Administrative Claim held by Alexander

2 shall be accorded treatment under the Plan as an Administrative

3 Claim of the Chapter 11 Debtor under Bankruptcy Code Section

4 503(b)(1).

5     IT IS SO STIPULATED.

6                                     LAW OFFICE OF CAROLYN A. DYE

7

8 Dated: July 26, 2016

9                                       Carolyn A. Dye, Attorney for Sam
S. Leslie, Plan Agent

10

11                                       THE ART LAW FIRM

12

13 Dated: July 2, 2016

14                                       Alexandra Darraby, Attorney for

15                                       Peter Alexander, Administrative
Claimant

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

00003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Chapter 11 Administrative Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.     <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u> Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 12, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |

                                             ■   Service information continued on attached page

2.     <u>**SERVED BY UNITED STATES MAIL:**</u> On September 12, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Art and Architecture Books of the 21st Century | Alexandra Darraby |
| 5514 Wilshire Blvd. | The Art Law Firm |
| Los Angeles, CA 90036 | 11620 Wilshire Blvd |
| | Suite 900 |
| | Los Angeles, CA 90025 |

3.     <u>**SERVED BY PERSONAL DELIVERY:**</u> Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on September 12, 2016, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan
United States Bankruptcy Judge
Bin Outside of Suite 1682
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2016

                                                Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**00004**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| Caroline Djang | cdjang@rutan.com |
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Alvin Mar | alvin.mar@usdoj.gov |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1. PROOF OF SERVICE**

**00005**

```
 1 │ CAROLYN A. DYE (SBN 97527)
   │ 3435 Wilshire Blvd.
 2 │ Suite 990
   │ Los Angeles, CA 90010
 3 │ Telephone: 213/368-5000
   │ Facsimile: 213-368-5009
 4 │ Email: trustee@cadye.com
   │
 5 │ Attorney for Sam S. Leslie,
   │ Plan Agent
 6 │
   │
 7 │
   │
 8 │              UNITED STATES BANKRUPTCY COURT
   │
 9 │             CENTRAL DISTRICT OF CALIFORNIA
   │
10 │                  LOS ANGELES DIVISION
   │
11 │
   │
12 │ In re                    )  Case No. 2:13-bk-14135-RK
   │                          )
13 │ ART AND ARCHITECTURE BOOKS OF )  NOTICE OF ERRATA RE
   │ THE 21ST CENTURY, a California )  STIPULATION FOR ALLOWANCE AND
14 │ corporation,             )  TREATMENT OF CHAPTER 11
   │              Debtor.      )  ADMINISTRATIVE CLAIM
15 │                          )
   │                          )  [No Hearing Required]
16 │ _____ )
```

17 │ TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE,

18 │ THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

19 │      PLEASE TAKE NOTICE that the Stipulation for Allowance and

20 │ Treatment of Chapter 11 Administrative Claim (Docket No. 2132)

21 │ was erroneously filed without page two attached. A true and

22 │ correct copy of the second page of the Stipulation between Sam S.

23 │ Leslie, Plan Agent for Art and Architecture Books of the 21st

24 │ Century, Inc., and Administrative Claimant, Peter Alexander, for

25 │ ///

26 │ ///

27 │ ///

28 │ ///

Allowance and Treatment of Chapter 11 Administrative Claim is
attached hereto as Exhibit A.

                              LAW OFFICE OF CAROLYN A. DYE


Dated: September 13, 2016    /s/Carolyn A. Dye
                             Carolyn A. Dye, Attorney for Sam
                             S. Leslie, Plan Agent

00002

EXHIBIT A

00003

1 work after having been advised by ACE staff that "payment is
2 coming in the next several days."

3     C.    Alexander had no knowledge of the pendency of the ACE
4 bankruptcy case.

5     D.    Through his attorney, on April 21, 2016, Alexander
6 renewed his demand for payment.

7     E.    On March 18, 2016, the Court entered an Order
8 confirming the Second Amended Plan of Reorganization of the
9 Official Committee of Unsecured Creditors (the "Plan") (Docket
10 No. 1873).

11     F.    On April 6, 2016, pursuant to the Plan, the Plan Agent
12 assumed his duties. Since that time, the Plan Agent has been
13 diligently attempting to resolve the remaining monetary claim
14 for payment due to Alexander, and others, and, through counsel,
15 has engaged in numerous discussions concerning Alexander's
16 claim.

17     G.    The parties now resolved their differences and agreed
18 to resolve Alexander's claim pursuant to this Stipulation.

19                                STIPULATION

20     1.    Alexander shall have an allowed Administrative Claim
21 in the amount of a total of $33,750.00, representing the unpaid
22 proceeds for a sale of artwork consigned to ACE that had been
23 sold by the Debtor in February, 2016, during the course of this
24 bankruptcy proceeding.

25 ///
26 ///
27 ///
28 ///

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Lodgment of order in Bankruptcy Case re: Stipulation for Allowance and Treatment of Chapter 11 Administrative Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.**    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 13, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |

■   Service information continued on attached page

**2.**    **SERVED BY UNITED STATES MAIL:** On September 13, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Art and Architecture Books of the 21st Century
5514 Wilshire Blvd.
Los Angeles, CA 90036

Alexandra Darraby
The Art Law Firm
11620 Wilshire Blvd
Suite 900
Los Angeles, CA 90025

**3.**    **SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on September 13, 2016, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan
United States Bankruptcy Judge
Bin Outside of Suite 1682
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 13, 2016

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1. PROOF OF SERVICE**

**00005**

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Caroline Djang | cdjang@rutan.com |
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Alvin Mar | alvin.mar@usdoj.gov |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   **F 9013-3.1. PROOF OF SERVICE**

**00006**

```
 1   CAROLYN A. DYE (SBN 97527)
     3435 Wilshire Blvd.
 2   Suite 990
     Los Angeles, CA 90010
 3   Telephone: 213/368-5000
     Facsimile: 213/368-5009
 4   Email: trustee@cadye.com

 5   Attorney for Sam S. Leslie,
     Plan Agent
 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9             CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11

12   In re                      ) Case No. 2:13-bk-14135-RK
                                 )
13                               ) STIPULATION FOR ALLOWANCE AND
     ART AND ARCHITECTURE BOOKS OF ) TREATMENT OF CHAPTER 11
14   THE 21ST CENTURY, a California ) ADMINISTRATIVE CLAIM
     corporation                 )
15                    Debtor.    ) [No Hearing Required]
                                 )
16

17        Sam S. Leslie ("Leslie"), Plan Agent for Art and

18   Architecture Books of the 21st Century, Inc., the reorganized

19   Debtor pursuant to the Order confirming the Second Amended Plan

20   of Reorganization of Official Committee of Unsecured Creditors

21   ("Plan Agent") on the one hand, and Administrative Claimant

22   Bernar Venet ("Venet"), on the other hand, hereby represent and

23   Stipulate as following:

24                        RECITALS

25        A.   Debtor filed this Chapter 11 case on February 19, 2013.

26        B.   On January 29, 2016, Venet field his "Request for

27   Payment of Administrative Priority Claim Under Bankruptcy Code

28   Section 503(b)(1) and Demand for Return of Sculptures held in
```

00001

Trust by the Debtor." (Docket No. 1711) (the "Administrative
Claim Motion"), which was scheduled for hearing on February 24,
2016.

C.   On February 24, 2016, the Court set a schedule for an
evidentiary hearing to be held on June 17, 2016 and deadlines for
briefing in advance of that hearing. (Order entered February 29,
2016, Docket No. 1834).

D.   On March 6, 2016, after substantial negotiations and
exchanges with the Debtor, Debtor's landlord and other affected
parties, and with the cooperation of the Debtor, Venet was able
to retrieve the seven (7) large steel sculptures that he had
consigned to the Debtor and held on display at the Ace Gallery,
thereby resolving a portion of the Administrative Claim Motion.

E.   On March 18, 2016, the Court entered an Order
confirming the Second Amended Plan of Reorganization of the
Official Committee of Unsecured Creditors (the "Plan") (Docket
No. 1873).

F.   On April 6, 2016, pursuant to the Plan, the Plan Agent
assumed his duties.  Since that time, the Plan Agent has been
diligently attempting to resolve the remaining monetary claim
for payment due to Venet and, through counsel, has engaged in
numerous discussions and exchanges to that end.

STIPULATION

1.   Venet shall have an allowed Administrative Claim in
the amount of a total of $63,707.26, comprised of (i)
$58,703.26, representing the unpaid proceeds for a sale of
artwork consigned to Ace Gallery that had been sold by the
Debtor in July, 2013, during the course of this bankruptcy

proceeding, and (ii) $5,004 for expenses incurred by Venet in connection with the Debtor's cancellation of movers scheduled to remove work from Debtor's premises.

2.    The allowed Administrative Claim held by Venet shall be accorded treatment under the Plan as an Administrative Claim of the Chapter 11 Debtor under Bankruptcy Code Section 503(b)(1).

3.    In the event that any future artwork is consigned by Venet to Ace Gallery or is sold by mutual agreement pursuant to a transaction arranged by Ace Gallery, the Plan Agent will pay from any sales proceeds received, in addition to the proceeds to be remitted to Venet under a consignment agreement the terms of which and sales price of artwork to be negotiated, an additional amount equal to of twenty percent (20%) of the net proceeds due to Ace Gallery from such sales price, until Venet's allowed Administrative Claim is paid in full.

IT IS SO STIPULATED.

LAW OFFICE OF CAROLYN A. DYE

Dated: July ___, 2016

_____
Carolyn A. Dye, Attorney for Sam S. Leslie, Plan Agent

SALVATO LAW OFFICES

Dated: July ___, 2016

_____
Gregory M. Salvato, Attorney for Bernar Venet, Administrative Claimant

00003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Chapter 11 Administrative Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.**    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 1, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | cdjang@rutan.com |

■   Service information continued on attached page

**2.**    **SERVED BY UNITED STATES MAIL:** On July 1, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court      Art and Architecture Books of the 21st Century
The Honorable Robert N. Kwan      5514 Wilshire Blvd.
255 East Temple Street               Los Angeles, CA 90036
Suite 1682
Los Angeles, CA 90012

☐   Service information continued on attached page

**3.**    **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2016, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 1, 2016

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                 **F 9013-3.1. PROOF OF SERVICE**

**00004**

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Michael F Frank | mfrankatty@aol.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Alvin Mar | alvin.mar@usdoj.gov |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**00005**

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, a California corporation<br>               Debtor. | Case No. 2:13-bk-14135-RK<br><br>STIPULATION FOR ALLOWANCE AND TREATMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM AND GENERAL UNSECURED CLAIM FOR MARY CORSE AND SETTLEMENT RE CLAIM |

Sam S. Leslie ("Leslie" or "Plan Agent"), as Plan Agent for Art and Architecture Books of the 21st Century, the reorganized Debtor ("ACE" or "Debtor") pursuant to the Order confirming the Second Amended Plan of Reorganization of Official Committee of Unsecured Creditors, the Plan Agent on the one hand, and Administrative Claimant, Mary Corse ("Corse")(collectively, the Plan Agent and Corse are the "Parties"), on the other hand, hereby represent and Stipulate to the following:

RECITALS

A.   Debtor filed this Chapter 11 case on February 19, 2013.

///

B.   On February 2, 2016, Corse filed her Motion for Relief
from the Automatic Stay, to Recover Art Work Consigned to ACE and
to Obtain Insurance Information (the "Motion"). Following the
appointment of Leslie as Plan Agent and his assumption of his
duties under the Plan, the Parties have negotiated through a
mediation conducted on November 10, 2016, for a global settlement
of Corse's claims asserted in the Motion and for additional
matters that came to light following Leslie's assumption of his
duties as Plan Agent.

C.   Corse, an artist represented by ACE pursuant to a
Consignment Agreement, as amended from time to time ("Consignment
Agreement"), terminated her relationship with ACE and obtained a
new gallery, Kayne Griffin Corcoran, LLC ("KGC"), to represent
her for all purposes.

D.   During the course of the relationship between ACE and
Corse, Corse delivered to ACE certain artwork to be held and
sold on consignment (the "Corse Consigned Artwork") pursuant to
the Consignment Agreement. ACE contends that it purchased
certain artwork from Corse pursuant to the Consignment Agreement
(the "ACE Owned Artwork").

E.   After substantial negotiations and information
exchanged, the Parties have agreed to resolve all their
differences.

STIPULATION

1.   Corse shall have an Allowed Administrative Claim in
the amount of a total of $800,000.00, representing for purposes
of this Stipulation the agreed amount of unpaid proceeds owed to
Corse from the sale of Corse Consigned Artwork  sold by the

-2-

00002

1 | Debtor between February 19, 2013 and March 18, 2016, during the
2 | course of this bankruptcy proceeding.

3 |     2.    Corse waives her right to any general unsecured claim.

4 |     3.    The Allowed Administrative Claim held by Corse shall
5 | be accorded treatment under the Plan as an Administrative Claim
6 | of the Chapter 11 Debtor under Bankruptcy Code Section 503(b)(1)
7 | to be paid at such time and in such amounts as other claims of
8 | the same priority.

9 |     4.    The artwork listed on Exhibit A is agreed to be the
10 | artwork previously purchased by ACE, i.e., the ACE Owned
11 | Artwork, and is property of ACE free and clear of any claims of
12 | liens or encumbrances of Corse. The artwork listed on Exhibit B
13 | is agreed to be Corse Consigned Artwork and shall be released by
14 | ACE free and clear of any claims of liens or encumbrances to
15 | Corse. Exhibit C lists the pieces of Corse Consigned Artwork
16 | presently in the possession of Lehmann Maupin and/or the John
17 | Berggruen Gallery (the "Corse Maupin Artworks" and "Corse
18 | Berggruen Artworks").

19 |     5.    All consignment agreements between ACE and any gallery
20 | involving any Corse artwork are hereby cancelled.  All consigned
21 | Corse artwork is the sole property of Corse. All of the Corse
22 | Maupin Artworks and Corse Berggruen Artworks listed in Exhibit C
23 | are included in the artwork defined as Corse Consigned Artwork
24 | and ACE disclaims any interest or right in the Corse Maupin
25 | Artworks, ~~unless such Corse Maupin Artwork are included in~~ *M.C.*
26 | ~~Exhibit A.~~ Upon entry of an order approving this Stipulation,
27 | all of the artwork on Exhibits B and C shall be immediately
28 | released to Corse.

-3-

00003

6.  Upon the entry of an order approving this Stipulation becoming final, Corse shall pay ACE $133,000.00. ACE waives any claim to any further commission on payments made to Corse by the US Government related to the U.S. District Courthouse Los Angeles installation and/or any other person or entity.

7.  The Parties shall cooperate with each other regarding the sales of ACE Owned Artwork. For 18 months from entry of an Order approving this Stipulation, and unless Corse approves of such transaction in writing prior to any sale, ACE shall sell Ace Owned Artwork at no less than 20% below the list price established by Corse and KGC. ACE shall be notified in writing within ten (10) days on any price changes by KGC.

8.  Thereafter, in the event that ACE wishes to sell any Corse artwork at greater than 20% below list price and has a firm bona fide prospective buyer, ACE shall request approval of such further reduction in writing and such notice will give Corse ten (10) business days to respond. Consent is not mandated, but shall not be unreasonably withheld. Failure to timely respond shall be deemed consent. (Email notice to Corse and a copy to KGC shall be sufficient notice.) In lieu of accepting the reduction, Corse (or her designee) may purchase the artwork from ACE at the price which ACE receives a firm commitment, in writing, to obtain for such work. Corse or KGC shall have ten (10) days within which to exercise such right and an additional fifteen (15) days to consummate such purchase. Notwithstanding the foregoing, the limit on the discount of 20% of list price shall not apply to two pieces of artwork, designated as MC-87-1002 and MC-90-1021 on Exhibit A, that ACE

-4-

may wish to sell through a private (Sotheby's or Christies) sale
so long as ACE receives a price of no less than 70% of list
price. ACE may not sell either MC-87-1002 and MC-90-1021 at a
public sale.

9. The Parties agree that the Consignment Agreement,
which was previously signed between the Parties is null and void
and has no effect.

10. Corse agrees that upon her receipt of the items listed
on Exhibit B she will have recovered from ACE all artwork which
was agreed by the parties to be Corse Consigned Art with the
exception MC-66-1060 and MC-65-1048, which are pieces in the
original consigned list that have not been located by ACE in its
business premises. If ACE subsequently locates MC-66-1060 AND
MC-65-1048, ACE shall immediately return these artworks to
Corse. As to any pieces asserted to have been acquired by
collectors and which are ultimately determined were not paid for
by the collector and/or not purchased by ACE, such art shall be
immediately returned to Corse.

11. ACE shall remove from its website any references to a
current representation of Corse but may reflect its historical
relationship and may list up to a maximum of five images of
Corse artwork, currently owned by ACE. ACE will use its best
efforts to reduce the number of images on its website as soon as
practicable to the five images referenced in the preceding
sentence but shall accomplish this by no later than November 23,
2016. ACE may also display any of its Corse work in its gallery
so long as it is not represented to be a solo or group
exhibition of Corse by ACE. ACE shall not refer to Corse in its

-5-

1  advertisements or marketing materials in any form and shall not

2  include Corse or Corse's artwork in group exhibitions.

3      12. Ace shall provide Corse and KGC with a full image

4  archive of Corse's artwork in digital form (with physical

5  supplements if available), as well as any physical archival

6  material in any form related to Corse's career, as soon as

7  practicable, but no later than November 23, 2016.

8      13.  Neither Party shall make any disparaging comments

9  regarding the other.

10      14.  <u>Mutual Releases</u>.

11      (a)  Effective upon entry of a final order approving this

12  stipulation and except for the obligations imposed on the

13  parties by this Stipulation, Corse shall and hereby does,

14  release and forever discharge ACE and its Plan Agent, his

15  employees, successors, heirs, assigns, representatives,

16  attorneys, and any and all persons acting by, through or in

17  concert with ACE from any and all claims, demands, losses, costs

18  (including attorney's fees), damages, actions, causes of action

19  (whether at law or in equity), suits, judgments, executions,

20  attachments, debts, contracts, accounts, agreements, promises,

21  liabilities and obligations of every kind and nature whatsoever,

22  whether now known or unknown, whether suspected or unsuspected,

23  whether fixed or contingent, and whether or not heretofore

24  asserted, which exist among them in any way arising out of, or

25  existing by virtue of, any of the acts, circumstances or events

26  which form the subject matter of the Stipulation, and all other

27  disputes and differences in any way related to the Stipulation.

28  This release specifically excludes any release of Douglas

00006

Chrismas, Jennifer Kellen or Shirley Holst for actions taken by
them, whether individually, in their capacity as an officer or
director of ACE or in any other capacity, related to the subject
matter of this Stipulation.

(b)  Effective upon entry of a final order approving this
stipulation and except for the obligations imposed on the
parties by this Stipulation, ACE shall and hereby does, release
and forever discharge Corse, her  successors, heirs, assigns,
representatives, attorneys, and any and all persons acting by,
through or in concert with Corse from any and all claims,
demands, losses, costs (including attorney's fees), damages,
actions, causes of action (whether at law or in equity), suits,
judgments, executions, attachments, debts, contracts, accounts,
agreements, promises, liabilities and obligations of every kind
and nature whatsoever, whether now known or unknown, whether
suspected or unsuspected, whether fixed or contingent, and
whether or not heretofore asserted, which exist among them in
any way arising out of, or existing by virtue of, any of the
acts, circumstances or events which form the subject matter of
the Stipulation, and all other disputes and differences in any
way related to the Stipulation. This release specifically
excludes any release of Douglas Chrismas, Jennifer Kellen,
Shirley Holst   for actions taken by them, whether individually,
in their capacity as an officer or director of ACE or in any
other capacity, related to the subject matter of this
Stipulation.

(c)  The parties expressly waive California Civil Code
Section 1542, which reads as follows:

1      "A general release does not extend the claims which the

2  creditor does not know or suspect to exist in his or her favor

3  at the time of executing the Release, which, if known to him or

4  her, must have materially affected his settlement with the

5  debtor."

6     15.  Corse understand that ACE will submit this Stipulation

7  for approval by the Court after he obtains approval of creditor

8  providing post-confirmation financing, Wilson Administrative

9  Services, Ltd., which holds a lien on corporate owned art.  The

10  terms of this Stipulation shall be subject to and effective upon

11  the approval of the Bankruptcy Court.

12

13

14     IT IS SO STIPULATED.

15

16  Dated: December 6th, 2016

                             Sam S. Leslie, Plan Agent for Art

17                             and Architecture Books of the 21st

18                             Century

19

20  Dated: December 12, 2016

                             Mary Corse

21

22

23

24

25

26

27

28

-8-

00008

Art & Architecture Books of the 21st Century
dba: ACE Gallery
Case #: 2:13-bk-14135-RK

# EXHIBIT A: ACE Gallery Inventory

Mary Corse Works / Released to: ACE Gallery

| | INVENTORY NO. | TITLE | DATE | SIZE |
|---|---|---|---|---|
| 1 | MC-08-1020 | Untitled (White Inner Band, Beveled) | 2008 | 8' x 8' |
| 2 | MC-10-1019 | Untitled (White Inner Band, Beveled) | 2010 | 7' x 7' |
| 3 | MC-92-1001 | Untitled (Black Wide Band) | 1992 | 69-1/2" x 118" |
| 4 | MC-10-1022 | Untitled (White Multiband, Flat Sides, Beveled) | 2010 | 2' x 6' |
| 5 | MC-87-1002 | Untitled (Black Light Painting) | 1987 | 8' x 8' |
| 6 | MC-98-1006 | Untitled (Yellow Double Arch) | 1998 | 5' x 6' |
| 7 | MC-90-1021 | Untitled (White Inner Band) | 1990 | 10' x 16' |
| 8 | MC-10-1018 | Untitled (White/Black 9 Bands, Beveled) | 2010 | 2' x 9' |
| 9 | MC-10-1023 | Untitled (Red/White/Black Bands, Beveled) | 2010 | 2' x 9' |
| 10 | MC-00-1009 | Untitled (Red/Black Bands) | 2000 | 7' x 7' |
| 11 | MC-01-1005 | Untitled (Yellow Vertical Band/Black Bands) | 2001 | 5' x 6' |
| 12 | MC-01-1007 | Untitled (White/Black Bands) | 2001 | 93" x 36" |
| 13 | MC-10-1017 | Untitled (White/Black 9 Bands, Beveled) | 2010 | 1' x 9' |
| 14 | MC-99-1010 | Untitled (Yellow Double Arch) | 1999 | 36" x 44" |
| 15 | MC-97-1029 | Untitled (White Multiband) | 1997 | 78" x 192" |
| 16 | MC-01-1004 | Untitled (Black Vertical Band/Black Outer Bands) | 2001 | 22-3/4" x 38" |
| 17 | MC-07-1013 | Untitled (Black/White Bands) | 2007 | 36" x 90" |
| 18 | MC-92-1810 | Untitled (White Band) | 1992 | 2' X 2' |

Art & Architecture Books of the 21st Century
dba: ACE Gallery
Case #: 2:13-bk-14135-RK

# EXHIBIT B: Mary Corse Inventory

Mary Corse Works / Released to: Mary Corse

| | INVENTORY NO. | TITLE | DATE | SIZE |
|---|---|---|---|---|
| 1 | MC-10-1025 | Untitled (White Inner Band, Flat Sides) | 2010 | 10' x 10' |
| 2 | MC-03-1008 | Untitled (White Inner Band) | 2003 | 10' x 7' |
| 3 | MC-04-1028 | Untitled (Multicolored Bands) | 2004 | 3' x 16' |
| 4 | MC-98-1015 | Untitled (Red Double Arch) | 1998 | 9.5' x 11.5' |
| 5 | MC-98-1016 | Untitled (White Double Arch) | 1998 | 8.5' x 10.5' |
| 6 | MC-98-1014 | Untitled (Yellow Double Arch) | 1998 | 8.5' x 10.5' |
| 7 | MC-93-1026 | Untitled (White Inner Band) | 1993 | 10' x 10' |

Art & Architecture Books of the 21st Century
dba: ACE Gallery
Case #: 2:13-bk-14135-RK

## EXHIBIT C: Corse Maupin & Corse Berggruen Inventory

Mary Corse Works / Released to: Mary Corse

| | INVENTORY NO. | TITLE | DATE | SIZE | CONSIGNED OUT TO | ARTWORK LOCATION |
|---|---|---|---|---|---|---|
| 1 | MC-10-1063 | Untitled (Yellow/Black/White) | 2010 | 1' x 9' | Lehmann Maupin | ACE |
| 2 | MC-14-1066 | Untitled (White Inner Band, Beveled) | 2014 | 7' x 7' | Lehmann Maupin | ACE |
| 3 | MC-14-1067 | Untitled White/Black/White | 2014 | 42" x 63" | Lehmann Maupin | ACE |
| 4 | MC-10-1064 | Untitled (Blue/Black/White) | 2010 | 2' x 10' | Lehmann Maupin | Lehmann Maupin |
| 5 | MC-10-1069 | Untitled (White/Black/White) | 2010 | 8' x 8' | Lehmann Maupin | Lehmann Maupin |
| 6 | MC-11-1062 | Untitled (White Inner Band, Beveled) | 2011 | 8' x 8' | Lehmann Maupin | Lehmann Maupin |
| 7 | MC-13-1065 | Untitled (Yellow/Black/White) | 2013 | 9' x 9' | Lehmann Maupin | Lehmann Maupin |
| 8 | MC-14-1088 | Untitled (White/Black) | 2014 | 84" x 58" | Lehmann Maupin | Lehmann Maupin |
| 9 | MC-15-1068 | Untitled (Blue/Black/White) | 2015 | 90" x 135" | Lehmann Maupin | Lehmann Maupin |
| 10 | MC-15-1070 | Untitled (Red/Black/White) | 2015 | 90" x 90" | Lehmann Maupin | Lehmann Maupin |
| 11 | MC-14-1086 | Untitled (Blue/Black/White) | 2014 | 7' x 7' | John Berggruen | John Berggruen |

00011

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of Chapter 11 Administration Claim and General Unsecured Claim for Mary Corse and Settlement of Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.**      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On December 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |

■  Service information continued on attached page

**2.**      **SERVED BY UNITED STATES MAIL:**  On December 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Art and Architecture Books of the 21st Century<br>5514 Wilshire Blvd.<br>Los Angeles, CA 90036 | Tripp Scott<br>Attn: Kristopher Aungst<br>110 SE Sixth Street<br>Suite 1500<br>Fort Lauderdale, FL 33301 |

**3.**      **SERVED BY PERSONAL DELIVERY:**  Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on December 20, 2016, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan
United States Bankruptcy Judge
Bin Outside of Suite 1682
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2016

Shawn Sterrett

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1. PROOF OF SERVICE**

**00012**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | cdjang@rutan.com |
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net, addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Kenneth G Lau | kenneth.g.lau@usdoj.gov |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| Melanie Scott | melanie.scott@usdoj.gov |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1. PROOF OF SERVICE**

**00013**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1. PROOF OF SERVICE**

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:13-bk-14135-RK |
| ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, a California corporation, | STIPULATION FOR ALLOWANCE AND TREATMENT OF GENERAL UNSECURED PREPETITION CLAIM |
| Debtor. | [No Hearing Required] |

Sam S. Leslie ("Leslie"), Plan Agent for Art and Architecture Books of the 21st Century, Inc., the reorganized Debtor pursuant to the Order confirming the Second Amended Plan of Reorganization of Official Committee of Unsecured Creditors ("Plan Agent") on the one hand, and Claimant, Deborah Hede ("Hede"), on the other hand, hereby represent and stipulate as follows:

RECITALS

A.   Debtor filed this Chapter 11 case on February 19, 2013.

B.   On March 18, 2016, the Court entered an Order confirming the Second Amended Plan of Reorganization of the

1   Official Committee of Unsecured Creditors (the "Plan") (Docket

2   No. 1873).

3      C.  On April 6, 2016, pursuant to the Plan, the Plan Agent

4   assumed his duties.  Since that time, the Plan Agent has been

5   diligently attempting to resolve the remaining monetary claims

6   for payment due to artists and, in particular, Hede.

7      D.  Hede has represented to Plan Agent that she first

8   learned of the Debtor's bankruptcy in May 2016 through an article

9   published in the New York Times. Although she attempted to obtain

10   information about sales of her artwork from Douglas Chrismas, she

11   was never able to obtain any information.

12      E.  Hede has reviewed the reconciliation provided by Plan

13   Agent (attached as Exhibit A) and agrees the amount shown is

14   correct and is due to her for sales that occurred prior to the

15   date the bankruptcy case was filed.

16                   STIPULATION

17      1.  Hede shall have an allowed General Unsecured Claim in

18   the amount of $8,802.00 representing the unpaid proceeds for a

19   sale of artwork consigned to ACE Gallery that had been sold by

20   the Debtor in 2002.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**00002**

2.    The allowed Claim held by Hede shall be accorded
treatment under the Plan as a General Unsecured Claim and will be
paid pari passu with other creditors in the same priority.

IT IS SO STIPULATED.

SAM S. LESLIE

Dated: August _____, 2016

_____
Sam   S. Leslie, Plan Agent

DEBORAH HEDE

Dated: August _____, 2016

_____

-3-

00003

**EXHIBIT A**

00004

**Deborah Hede**
**Art & Architecture Books of the 21st Century**
**Sales Reconciliation**
**Case #: 2:13-bk-14135-RK**

| Date | Check | Description | Year | Buyer | Invoice | Sale | Consigned Price | Framing Costs | Net Price | Difference due DH | Deposit | Bank Acct | Deposit Date | Due DH | Amt paid DH | Amt Due DH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/02 | | Hidden Reservoir | 2001 | Weisman Foundation | 103 | 2,550.00 | 3,000.00 | 130.00 | 2,870.00 | 192.00 | 2,760.38 | Wells Fargo | 06/05/02 | 1,722.00 | - | 1,722.00 |
| 06/07/02 | | Buried Waters | 2002 | Smith, Corbin | 104 | 3,000.00 | 3,000.00 | 130.00 | 2,870.00 | - | 3,247.50 | on Amex | 06/07/02 | 1,722.00 | - | 1,722.00 |
| 06/20/02 | | Sphinx | 2001 | Rich, Michael | 107 | 3,000.00 | 3,000.00 | 130.00 | 2,870.00 | - | 3,000.00 | Wells Fargo | 06/20/02 | 1,722.00 | - | 1,722.00 |
| 06/20/02 | | Organ | 2000 | Rich, Michael | 107 | 3,000.00 | 3,000.00 | 130.00 | 2,870.00 | - | 3,000.00 | Wells Fargo | 07/02/02 | 1,722.00 | - | 1,722.00 |
| 09/28/02 | | Medior | 2001 | Freund, Lee/Elaine | 127 | 3,000.00 | 3,000.00 | 130.00 | 2,870.00 | - | 3,247.50 | Pac Western | 09/30/02 | 1,722.00 | - | 1,722.00 |

Commission Difference due DH 192.00
Amount Due DH 8,610.00
Total Amount Due DH 8,802.00

Amount due Artist 8,610.00

Amt Due DH 8,610.00

1

00005

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of General Unsecured Prepetition Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On August 12, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

|  |  |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Carol Chow | carol.chow@ffslaw.com |
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | cdjang@rutan.com |

■     Service information continued on attached page

**2.     SERVED BY UNITED STATES MAIL:** On August 12, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Robert N. Kwan
255 East Temple Street
Suite 1682
Los Angeles, CA 90012

Art and Architecture Books of the 21st Century
5514 Wilshire Blvd.
Los Angeles, CA 90036

☐     Service information continued on attached page

**3.     SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on_____, 2016, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 12, 2016

Shawn Sterrett

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1. PROOF OF SERVICE**

**00006**

**ADDITIONAL SERVICE INFORMATION:**

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>

| | |
|---|---|
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Michael F Frank | mfrankatty@aol.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Alvin Mar | alvin.mar@usdoj.gov |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                             **F 9013-3.1. PROOF OF SERVICE**

1  CAROLYN A. DYE (SBN 97527)
   3435 Wilshire Blvd.
2  Suite 990
   Los Angeles, CA 90010
3  Telephone: 213/368-5000
   Facsimile: 213/368-5009
4  Email: trustee@cadye.com

5  Attorney for Sam S. Leslie,
   Plan Agent

6

7

8              UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                LOS ANGELES DIVISION

11

12  In re                      )  Case No. 2:13-bk-14135-RK
                                )
13                              )  STIPULATION FOR ALLOWANCE AND
    ART AND ARCHITECTURE BOOKS OF )  TREATMENT OF GENERAL UNSECURED
14  THE 21ST CENTURY, a California )  CLAIM
    corporation                 )
15                      Debtor.  )  [No Hearing Required]
    _____ )

16

17      Sam S. Leslie ("Leslie"), Plan Agent for Art and

18  Architecture Books of the 21st Century, Inc. ("ACE"), the

19  reorganized Debtor pursuant to the Order confirming the Second

20  Amended Plan of Reorganization of Official Committee of Unsecured

21  Creditors ("Plan Agent") on the one hand, and Claimant, Judy Fox

22  ("Fox"), on the other hand, hereby represent and Stipulate as

23  following:

24                      RECITALS

25      A.   Debtor filed this Chapter 11 case on February 19, 2013.

26      B.   Following Leslie's appointment as Plan Agent, he

27  undertook a review of the books and records of ACE.

28  ///

**00001**

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**#5083.1**

1    C.    This review confirmed that Fox, an artist represented

2    by ACE, had had her work sold prior to the filing of ACE's

3    Chapter 11 case and during the Chapter 11 phase of the case.

4    D.    Leslie also confirmed that Fox was not listed as a

5    creditor in the case nor was she later told she had a right to

6    file a proof of claim. Fox only learned about the bankruptcy

7    case after Leslie took over management of ACE.

8    E.    The reconciliation attached hereto as Exhibit A was

9    prepared by Leslie to identify what works were sold and what had

10    been paid to Fox on account of those sales.

11    F.    After examination Fox agrees with the amounts

12    reflected as owing to her on Exhibit A, the reconciliation.

13    G.    The parties wish to memorialize their understanding

14    and to allow Fox a general unsecured claim and a Chapter 11

15    administrative claim as provided in this Stipulation.

16                              STIPULATION

17    1.    Fox shall have an allowed general unsecured claim in

18    the amount of $9,231.25 and an allowed Chapter 11 administrative

19    claim in the amount of $48,000.

20    2.    The general unsecured claim shall be accorded

21    treatment under the Plan as a general unsecured claim and shall

22    be paid at the times and in the amounts as all other claims of

23    the same priority.

24    3.    The allowed administrative claim held by Fox shall be

25    accorded treatment under the Plan as an Administrative Claim of

26    the Chapter 11 Debtor under Bankruptcy Code Section 503(b)(1).

27    4.    In the event that any of Fox's artwork is sold

28    pursuant to a consignment agreement between ACE and Fox or is

**00002**

-2-

USAO_00026270
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**#5083.2**

1  sold by mutual agreement pursuant to a transaction arranged by
2  Ace, the Plan Agent will pay from any sales proceeds received,
3  in addition to the proceeds to be remitted to Fox under a
4  consignment agreement the terms of which and sales price of
5  artwork to be negotiated, an additional amount equal to of
6  twenty percent (20%) of the net proceeds due to ACE from such
7  sales price, until Fox's allowed administrative claim is paid in
8  full.

9

10                    IT IS SO STIPULATED.

11                                   LAW OFFICE OF CAROLYN A. DYE

12
13  Dated: April 18 , 2017
14                                   Carolyn A. Dye, Attorney for Sam
                                     S. Leslie, Plan Agent
15

16                                   JUDY FOX

17  Dated: April 16 , 2017
18                                   Judy Fox

19

20

21

22

23

24

25

26

27

28

                              –3–

USAO_00026271
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

#5083.3

Case 2:13-bk-14135-RK    Doc 2264    Filed 05/03/17    Entered 05/03/17 19:00:42    Desc
Main Document    Page 4 of 8

**EXHIBIT A**

**00004**

USAO_00026272
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**#5083.4**

Judy Fox
Art & Architecture Books of the 21st Century

Case #: 2:13-bk-14135-RK

| Date | Check | Description | Year | Buyer | Invoice | Entity | Sale | Deposit | Bank Acct | Deposit Date | Due Artist | Amt paid JF | Amt Due JF or (Ace) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/09 | | Anger | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | 20,000.00 | 13,550.00 |
| 08/14/09 | | Lust | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | | 27,100.00 |
| 08/14/09 | | Greed | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | | 40,650.00 |
| 08/14/09 | | Sloth | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | | 54,200.00 |
| 08/14/09 | | Envy | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | | 67,750.00 |
| 08/14/09 | | Gluttony | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | | 81,300.00 |
| 08/14/09 | | Pride | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 27,100.00 | | | | 13,550.00 | | 94,850.00 |
| 08/14/09 | | Snow White - 1 | 2007 | Arnott, Marina & Robert | 931 | Ace LA | 64,362.50 | | | | 32,181.25 | | 127,031.25 |
| 08/25/09 | 4770 | Payment to Judy Fox | | | | | | | | | | 20,000.00 | 107,031.25 |
| 10/13/09 | 5023 | Payment to Judy Fox | | | | | | | | | | 20,000.00 | 87,031.25 |
| 11/25/09 | 5023 | Payment to Judy Fox | | | | | | | | | | 20,000.00 | 67,031.25 |
| 01/20/10 | 5519 | Payment to Judy Fox | | | | | | | | | | 8,000.00 | 59,031.25 |
| 02/09/10 | 5606 | Payment to Judy Fox | | | | | | | | | | 12,000.00 | 47,031.25 |
| 03/17/10 | 2740 | Payment to Judy Fox | | | | | | | | | | 15,000.00 | 32,031.25 |
| 08/30/10 | 2378 | Payment to Judy Fox | | | | | | | | | | 15,000.00 | 17,031.25 |
| 05/17/11 | | Octopus | 2009 | Rosedale Family Trust | 1213 | Ace LA | 14,400.00 | | | 05/16/11 | 7,200.00 | | 24,231.25 |
| 11/02/11 | 5015 | Payment to Judy Fox | | | | | | | | | | 15,000.00 | 9,231.25 |
| 08/23/14 | | SNOW WHITE - 2 | 2007 | ESTELLA PROVAS | 1756A | Ace LA | 96,000.00 | 49,400.00 | Ace LA | 11/07/14 | 48,000.00 | | 57,231.25 |
| | | Totals | | | | | 364,462.50 | 96,000.00 | | | 182,231.25 | 125,000.00 | 57,231.25 |

Pre-petition: Due 182,231.25
Paid 125,000.00
Difference 57,231.25

Post-Petition: Due 9,231.25
Paid 48,000.00
Difference 57,231.25

00005

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER
USAO_00026273

#5083.5

Case 2:13-bk-14135-RK    Doc 2264    Filed 05/03/17    Entered 05/03/17 19:00:42    Desc
Main Document    Page 6 of 8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Allowance and Treatment of General Unsecured Claim will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 3, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Todd M Bailey | todd.bailey@ftb.ca.gov |
| Jason Balitzer | jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com |
| Bruce Bennett | bbennett@jonesday.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Peter M Bransten | PBransten@lgbfirm.com, kmorin@lgbfirm.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |

�■    Service information continued on attached page

2.    **SERVED BY UNITED STATES MAIL:** On May 3, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Judy Fox | Art and Architecture Books of the 21st Century |
| 200 Varick Street, #510 | 5514 Wilshire Blvd. |
| New York, NY 10014 | Los Angeles, CA 90036 |

☐    Service information continued on attached page

3.    **SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on May 3, 2017, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Robert N. Kwan
United States Bankruptcy Judge
255 East Temple Street
Bin outside of Suite 1682
Los Angeles, CA 90012

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 3, 2017

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1. PROOF OF SERVICE**

**00006**

USAO_00026274

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**#5083.6**

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| Carol Chow | carol.chow@ffslaw.com |
| Jerome S Cohen | jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | cdjang@rutan.com |
| Carolyn A Dye | trustee@cadye.com |
| Mark C Fields | fields@markfieldslaw.com |
| Marina Fineman | mfineman@stutman.com |
| Alan W Forsley | alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net, addy.flores@flpllp.com |
| Michael F Frank | mfrankatty@aol.com |
| Jerome Bennett Friedman | jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com; sbiegenzahn@flg-law.com |
| Jeffrey K Garfinkle | jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Thomas M Geher | tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Eric D Goldberg | egoldberg@gordonsilver.com |
| Michael I Gottfried | mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com |
| Michael S. Greger | mgreger@allenmatkins.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Allan H Ickowitz | aickowitz@nossaman.com, mwiman@nossaman.com |
| David S Kupetz | dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com; dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com |
| Kenneth G Lau | kenneth.g.lau@usdoj.gov |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| Sidney P Levinson | slevinson@jonesday.com |
| Ashley M McDow | amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com; rojeda@bakerlaw.com;ffarivar@bakerlaw.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Susan I Montgomery | susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com |
| Alan I Nahmias | anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| Lisa Nelson | lnelson@taylorlaw.com, ltaylor@taylorlaw.com |
| Christine M Pajak | cpajak@stutman.com |
| Danielle A Pham | dpham@gordonsilver.com |
| Kurt Ramlo | kr@lnbyb.com, kr@ecf.inforuptcy.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| Gregory M Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com |
| Michael C Schneidereit | mschneidereit@jonesday.com, gmarinelli@jonesday.com; scollymore@jonesday.com;tckowalski@jonesday.com;bievanson@jonesday.com |
| Melanie Scott | melanie.scott@usdoj.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**00007**

USAO_00026275

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**#5083.7**

**ADDITIONAL SERVICE INFORMATION:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

| | |
|---|---|
| David B Shemano | dshemano@robinskaplan.com |
| Bennett L Spiegel | blspiegel@jonesday.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |
| Howard J Weg | hweg@robinskaplan.com |
| Stephen D Weisskopf | dyanna@richardscarrington.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com; asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com |
| Beth Ann R Young | bry@lnbyb.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1. PROOF OF SERVICE**

**00008**

USAO_00026276

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

**#5083.8**