## UNITED STATES v. CHRISMAS

## 2:21-CR-127-MCS

### Summary Table of Artwork Proceeds Embezzled from Ace Gallery

| Number | Date Sale Initiated | Amount Transferred Out of Ace Gallery | Reference |
|---|---|---|---|
| 1 | 2/18/2013 | $ 600.00 | BK R&R ¶¶ 55 et seq.; Invoice #1541 |
| 2 | 2/18/2013 | $ 38,368.00 | BK R&R ¶¶ 59 et seq.; Invoice #2000A |
| 3 | 2/20/2013 | $ 84,177.00 | BK R&R ¶¶ 64 et seq.; Invoice #2000 |
| 4 | 2/26/2013 | $ 32,000.00 | BK R&R ¶¶ 69 et seq.; Invoice #2001A |
| 5 | 2/28/2013 | $ 199,980.00 | BK R&R ¶¶ 73 et seq.; Invoice #1557A |
| 6 | 3/1/2013 | $ 27,835.00 | BK R&R ¶¶ 78 et seq.; Invoice #2001 |
| 7 | 3/1/2013 | $ 11,900.00 | BK R&R ¶¶ 82 et seq.; Invoice #2002 |
| 8 | 3/5/2013 | $ 25,288.00 | BK R&R ¶¶ 86 et seq.; Invoice #2003 & 1557B |
| 9 | 3/5/2013 | $ 45,000.00 | BK R&R ¶¶ 93 et seq.; Invoice #2005A |
| 10 | 3/18/2013 | $ 215,000.00 | BK R&R ¶¶ 98 et seq.; Invoice #2006 |
| 11 | 3/20/2013 | $ 18,000.00 | BK R&R ¶¶ 104 et seq.; Invoice #2005 |
| 12 | 3/28/2013 | $ 26,160.00 | BK R&R ¶¶ 107 et seq.; Invoice #2007 |
| 13 | 4/15/2013 | $ 49,387.50 | BK R&R ¶¶ 110 et seq.; Invoice #2009 |
| 14 | 4/16/2013 | $ 3,600.00 | BK R&R ¶¶ 114 et seq.; Invoice #2010 |
| 15 | 4/26/2013 | $ 9,355.00 | BK R&R ¶¶ 117 et seq.; Invoice #2011 |
| 16 | 5/17/2013 | $ 533,500.00 | BK R&R ¶¶ 121 et seq.; Invoice #2012 |
| 17 | 5/17/2013 | $ 125,225.00 | BK R&R ¶¶ 125 et seq.; Invoice #2013 |
| 18 | 5/22/2013 | $ 3,535.00 | BK R&R ¶¶ 128 et seq.; Invoice #2014 |

**UNITED STATES v. CHRISMAS**

**2:21-CR-127-MCS**

| Number | Date Sale Initiated | Amount Transferred Out of Ace Gallery | Reference |
|---|---|---|---|
| 19 | 5/24/2013 | $ 140,000.00 | BK R&R ¶¶ 131 et seq.; Invoice #2015A |
| 20 | 5/28/2013 | $ 17,960.00 | BK R&R ¶¶ 135 et seq.; Invoice #2015 |
| 21 | 5/31/2013 | $ 15,260.00 | BK R&R ¶¶ 140 et seq.; Invoice #2016 |
| 22 | 6/5/2016 | $ 20,000.00 | BK R&R ¶¶ 144 et seq.; Invoice #2017 |
| 23 | 6/25/2013 | $ 20,000.00 | BK R&R ¶¶ 148 et seq.; Invoice #2019 |
| 24 | 7/2/2013 | $ 132,000.00 | BK R&R ¶¶ 152 et seq.; Invoice #2020 |
| 25 | 7/3/2013 | $ 51,200.00 | BK R&R ¶¶ 157 et seq.; Invoice #2020A |
| 26 | 7/22/2013 | $ 52,320.00 | BK R&R ¶¶ 161 et seq.; Invoice #2021 |
| 27 | 7/30/2013 | $ 172,000.00 | BK R&R ¶¶ 165 et seq.; Invoice #2022 |
| 28 | 9/12/2013 | $ 10,000.00 | BK R&R ¶¶ 170 et seq.; Invoice #1614A |
| 29 | 10/11/2013 | $ 1,962.00 | BK R&R ¶¶ 174 et seq.; Invoice #2026 |
| 30 | 10/14/2013 | $ 120,000.00 | BK R&R ¶¶ 177 et seq.; Invoice #2027 |
| 31 | 10/17/2013 | $ 37,060.00 | BK R&R ¶¶ 182 et seq.; Invoice #2028 |
| 32 | 11/25/2013 | $ 300,000.00 | BK R&R ¶¶ 186 et seq.; Invoice #2030 |
| 33 | 11/27/2013 | $ 153,900.00 | BK R&R ¶¶ 192 et seq.; Invoice #1660 |
| 34 | 11/27/2013 | $ 50,000.00 | BK R&R ¶¶ 197 et seq.; Invoice #1661 |
| 35 | 12/8/2013 | $ 480,000.00 | BK R&R ¶¶ 202 et seq.; Invoice #2031A |
| 36 | 12/17/2013 | $ 37,060.00 | BK R&R ¶¶ 208 et seq.; Invoice #2031 |
| 37 | 1/6/2014 | $ 64,310.00 | BK R&R ¶¶ 212 et seq.; Invoice #2032 |
| 38 | 1/16/2014 | $ 12,000.00 | BK R&R ¶¶ 218 et seq.; Invoice #2033 |

**UNITED STATES v. CHRISMAS**

**2:21-CR-127-MCS**

| Number | Date Sale Initiated | Amount Transferred Out of Ace Gallery | Reference |
|---|---|---|---|
| 39 | 1/19/2014 | $ 29,750.00 | BK R&R ¶¶ 222 et seq.; Invoice #2034 |
| 40 | 1/19/2014 | $ 14,715.00 | BK R&R ¶¶ 230 et seq.; Invoice #2035 |
| 41 | 2/5/2014 | $ 72,000.00 | BK R&R ¶¶ 234 et seq.; Invoice #2037 |
| 42 | 2/11/2014 | $ 163,500.00 | BK R&R ¶¶ 238 et seq.; Invoice #2036 |
| 43 | 3/19/2014 | $ 38,368.00 | BK R&R ¶¶ 244 et seq.; Invoice #2038 |
| 44 | 3/31/2014 | $ 150,000.00 | BK R&R ¶¶ 248 et seq.; Invoice #2040 |
| 45 | 4/17/2014 | $ 648.39 | BK R&R ¶¶ 252 et seq.; Invoice #2041 |
| 46 | 4/23/2014 | $ 39,240.00 | BK R&R ¶¶ 255 et seq.; Invoice #2042 |
| 47 | 5/2/2014 | $ 889.20 | BK R&R ¶¶ 259 et seq.; Invoice #2043 |
| 48 | 5/9/2014 | $ 2,725.00 | BK R&R ¶¶ 262 et seq.; Invoice #2044 |
| 49 | 5/27/2014 | $ 179,850.00 | BK R&R ¶¶ 266 et seq.; Invoice #2045 |
| 50 | 5/27/2014 | $ 36,000.00 | BK R&R ¶¶ 271 et seq.; Invoice #2046 |
| 51 | 5/27/2014 | $ 57,000.00 | BK R&R ¶¶ 275 et seq.; Invoice #2047 |
| 52 | 6/5/2014 | $ 50,000.00 | BK R&R ¶¶ 280 et seq.; Invoice #2048 |
| 53 | 6/13/2014 | $ 70,850.00 | BK R&R ¶¶ 284 et seq.; Invoice #4449 |
| 54 | 6/29/2014 | $ 18,530.00 | BK R&R ¶¶ 288 et seq.; Invoice #2050 |
| 55 | 6/25/2014 | $ 325,000.00 | BK R&R ¶¶ 292 et seq.; Invoice #2051 |
| 56 | 7/14/2014 | $ 200,000.00 | BK R&R ¶¶ 296 et seq.; Invoice #1739 |
| 57 | 7/22/2014 | $ 115,812.50 | BK R&R ¶¶ 299 et seq.; Invoice #2052 |
| 58 | 7/22/2014 | $ 13,090.00 | BK R&R ¶¶ 303 et seq.; Invoice #2053 |

**UNITED STATES v. CHRISMAS**

**2:21-CR-127-MCS**

| Number | Date Sale Initiated | Amount Transferred Out of Ace Gallery | Reference |
|---|---|---|---|
| 59 | 7/29/2014 | $ 174,000.00 | BK R&R ¶¶ 307 et seq.; Invoice #2054 |
| 60 | 9/11/2014 | $ 12,885.00 | BK R&R ¶¶ 310 et seq.; Invoice #2058 |
| 61 | 9/17/2014 | $ 3,500.00 | BK R&R ¶¶ 314 et seq.; Invoice #2059A |
| 62 | 5/27/2014 | $ 225,000.00 | BK R&R ¶¶ 317 et seq.; Invoice #2060 |
| 63 | 9/24/2014 | $ 54,000.00 | BK R&R ¶¶ 322 et seq.; Invoice #2061 |
| 64 | 10/10/2014 | $ 27,250.00 | BK R&R ¶¶ 326 et seq.; Invoice #2062 |
| 65 | 11/18/2014 | $ 650.00 | BK R&R ¶¶ 330 et seq.; Invoice #1769 |
| 66 | 12/3/2014 | $ 15,696.00 | BK R&R ¶¶ 333 et seq.; Invoice #2063 |
| 67 | 12/22/2014 | $ 202,979.20 | BK R&R ¶¶ 337 et seq.; Invoice #2064 |
| 68 | 1/11/2015 | $ 1,360.00 | BK R&R ¶¶ 345 et seq.; Invoice #2066 |
| 69 | 1/14/2015 | $ 188,500.00 | BK R&R ¶¶ 348 et seq.; Invoice #2067 |
| 70 | 1/15/2015 | $ 8,720.00 | BK R&R ¶¶ 352 et seq.; Invoice #2068 |
| 71 | 1/15/2015 | $ 43,600.00 | BK R&R ¶¶ 356 et seq.; Invoice #2069 |
| 72 | 2/2/2015 | $ 21,800.00 | BK R&R ¶¶ 360 et seq.; Invoice #1790 |
| 73 | 2/13/2015 | $ 35,970.00 | BK R&R ¶¶ 364 et seq.; Invoice #1792 |
| 74 | 2/15/2015 | $ 258,000.00 | BK R&R ¶¶ 368 et seq.; Invoice #1797 |
| 75 | 2/17/2015 | $ 12,000.00 | BK R&R ¶¶ 375 et seq.; Invoice #2074A |
| 76 | 3/13/2015 | $ 13,080.00 | BK R&R ¶¶ 379 et seq.; Invoice #1801 |
| 77 | 4/10/2015 | $ 85,000.00 | BK R&R ¶¶ 383 et seq.; Invoice #2075 |
| 78 | 4/11/2015 | $ 50,000.00 | BK R&R ¶¶ 388 et seq.; Invoice #1828 |

**UNITED STATES v. CHRISMAS**

**2:21-CR-127-MCS**

| Number | Date Sale Initiated | Amount Transferred Out of Ace Gallery | Reference |
|---|---|---|---|
| 79 | 4/23/2015 | $ 435,128.00 | BK R&R ¶¶ 393 et seq.; Invoice #2076 |
| 80 | 4/25/2015 | $ 252,000.00 | BK R&R ¶¶ 400 et seq.; Invoice #2079 |
| 81 | 4/27/2015 | $ 52,320.00 | BK R&R ¶¶ 404 et seq.; Invoice #2077 |
| 82 | 5/4/2015 | $ 7,000.00 | BK R&R ¶¶ 408 et seq.; Invoice #2078 |
| 83 | 5/19/2015 | $ 28,000.00 | BK R&R ¶¶ 412 et seq.; Invoice #2080 |
| 84 | 6/9/2015 | $ 211,000.00 | BK R&R ¶¶ 416 et seq.; Invoice #2081 |
| 85 | 6/12/2015 | $ 24,080.00 | BK R&R ¶¶ 420 et seq.; Invoice #2082 |
| 86 | 6/24/2015 | $ 48,000.00 | BK R&R ¶¶ 424 et seq.; Invoice #1827 |
| 87 | 1/14/2015 | $ 4,800.00 | BK R&R ¶¶ 428 et seq.; Invoice #2082A |
| 88 | 7/4/2015 | $ 165,000.00 | BK R&R ¶¶ 431 et seq.; Invoice #1826 |
| 89 | 7/15/2015 | $ 216,000.00 | BK R&R ¶¶ 435 et seq.; Invoice #2084 |
| 90 | 7/25/2015 | $ 159,972.00 | BK R&R ¶¶ 440 et seq.; Invoice #1837 |
| 91 | 7/25/2015 | $ 29,500.00 | BK R&R ¶¶ 444 et seq.; Invoice #1838 |
| 92 | 7/30/2015 | $ 20,165.00 | BK R&R ¶¶ 449 et seq.; Invoice #1836 |
| 93 | 8/17/2015 | $ 100,000.00 | BK R&R ¶¶ 453 et seq.; Invoice #1846 |
| 94 | 8/25/2015 | $ 48,965.00 | BK R&R ¶¶ 457 et seq.; Invoice #1848 |
| 95 | 9/3/2015 | $ 33,572.00 | BK R&R ¶¶ 461 et seq.; Invoice #2089 |
| 96 | 10/10/2015 | $ 261,600.00 | BK R&R ¶¶ 465 et seq.; Invoice #2092 |
| 97 | 10/2/2015 | $ 5,232,000.00 | BK R&R ¶¶ 471 et seq.; Invoice #2093 |
| 98 | 10/2/2015 | $ 95,000.00 | BK R&R ¶¶ 477 et seq.; Invoice #NA/EMAIL |

**UNITED STATES v. CHRISMAS**

**2:21-CR-127-MCS**

| Number | Date Sale Initiated | Amount Transferred Out of Ace Gallery | Reference |
|---|---|---|---|
| 99 | 11/3/2015 | $ 15,000.00 | BK R&R ¶¶ 481 et seq.; Invoice #2094 |
| 100 | 12/10/2015 | $ 125,000.00 | BK R&R ¶¶ 484 et seq.; Invoice #2095 |
| 101 | 1/4/2016 | $ 36,000.00 | BK R&R ¶¶ 488 et seq.; Invoice #2096 |
| 102 | 1/25/2016 | $ 32,427.50 | BK R&R ¶¶ 491 et seq.; Invoice #2097 |
| 103 | 1/25/2016 | $ 32,427.50 | BK R&R ¶¶ 495 et seq.; Invoice #2098 |
| 104 | 1/25/2016 | $ 32,427.50 | BK R&R ¶¶ 499 et seq.; Invoice #2099 |
| 105 | 1/26/2016 | $ 150,000.00 | BK R&R ¶¶ 503 et seq.; Invoice #2100 |
| 106 | 2/2/2016 | $ 12,000.00 | BK R&R ¶¶ 507 et seq.; Invoice #1881 |
| 107 | 2/23/2016 | $ 73,575.00 | BK R&R ¶¶ 510 et seq.; Invoice #2101 |
| 108 | 2/26/2016 | $ 78,480.00 | BK R&R ¶¶ 514 et seq.; Invoice #2102 |
| 109 | 2/18/2013 | $ 150,000.00 | BK R&R ¶¶ 519 et seq.; Invoice #1554 |
| 110 | 9/21/2013 | $ 68,000.00 | BK R&R ¶¶ 522 et seq.; Invoice #2025 |
| 111 | 6/26/2014 | $ 175,000.00 | BK R&R ¶¶ 526 et seq.; Invoice #1726 |
| 112 | 6/22/2015 | $ 200,000.00 | BK R&R ¶¶ 530 et seq.; Invoice #1819 |
| 113 | 8/31/2015 | $ 225,000.00 | BK R&R ¶¶ 533 et seq.; Invoice #2088 |
| 114 | 3/30/2016 | $ 100,000.00 | BK R&R ¶¶ 538 et seq.; Invoice #K-1012 |
| 115 | 3/30/2016 | $ 114,595.32 | BK R&R ¶¶ 542 et seq.; Invoice #K-1013 |
| | | | |
| | Total: | $ 15,391,935.61 | |

*Note: entries 114 and 115 were charged conduct in the current criminal case*
*Note: total entries is less than the ~158 pieces of art sold, because several entries include multiple pieces*