UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.  2:21-cr-00127-MCS-1                                                Date: January 13, 2025

Present: The Honorable: Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart | Valerie L. Makarewicz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Douglas J. Christmas | | [X] | Jennifer L. Williams and Megan A. Maita | [X] | | | N/A |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT**    [ ] Contested   [X] Non-Evidentiary
Day ___ (if continued from a prior hearing date)

- [ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   [X] Refer to separate Judgment Order.
- [ ] Imprisonment for ___ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
- [ ] Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
- [ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- [ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
- [ ] ___ years/months Supervised Release/Probation imposed on count(s) _____
- [ ] consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

- [ ] Perform ___ hours of community service. [ ] Pay $ ___ fine amounts & times determined by P/O.
- [ ] Serve ___ in a CCC/CTC. [ ] Make $ ___ restitution in amounts & times determined by PO.
- [ ] Participate in a program for treatment of narcotic/alcohol addiction.
- [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- [ ] Other conditions: _____

- [ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- [ ] Pay $ ___ per count, special assessment to the United States for a total of $ _____
- [ ] Imprisonment for ___ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
- [ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [ ] Defendant informed of right to appeal.
- [ ] ORDER sentencing transcript for Sentencing Commission. [ ] Processed statement of reasons
- [ ] Bond Exonerated [ ] upon surrender [ ] upon service of _____
- [ ] Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- [ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
- [ ] Issued Remand/Release # _____
- [ ] Present bond to continue as bond on appeal. [ ] Appeal bond set at $ _____
- [ ] Filed and distributed judgment. ENTERED.
- [ ] Other _____

cc:                                                                                            : 54
                                                            **Initials of Deputy Clerk**   SMO