Name  Jennifer L. Williams & Megan A. Maitia (Summa LLP)

Address  1010 Sycamore Ave., Unit 117

City, State, Zip  South Pasadena, CA 91030

Phone  213-260-9455

Fax  213-835-0939

E-Mail  jenn@summallp.com, megan@summallp.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:21-CR-00127-MCS |
| v. | |
| DOUGLAS J. CHRISMAS | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ Douglas J. Chrismas _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___ January 14, 2025 ___.  Entered on the docket in this action on ___ January 14, 2025 ___.

A copy of said judgment or order is attached hereto as Exhibit A.

January 16, 2025
Date

Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).