JENNIFER L. WILLIAMS (Bar No. 268782)
Email: jenn@summallp.com
MEGAN A. MAITIA (Bar No. 285271)
Email: megan@summallp.com
HAYLEY E. HUNTLEY (Bar No. 351438)
Email: hayley@summallp.com
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone: (213) 260-9456
Facsimile: (213) 835-0939

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER FOR BOND PENDING APPEAL** |

## DECLARATION OF JENNIFER L. WILLIAMS

I, Jennifer Williams, declare as follows:

1. I am an attorney at law licensed in the State of California and before the United States District Court for the Central District of California. Along with my partner Megan A. Maitia, my firm represents Douglas Chrismas in the above-captioned case.

2. On January 13, 2025, the Court sentenced Mr. Chrismas to 24 months imprisonment and ordered a self-surrender date of February 17, 2025. The judgment and commitment order was filed on January 15, 2025. We filed a notice of appeal (which I understand to be a required step before seeking bond pending appeal) the next day, January 16, 2025.

3. The defense previewed this request for bond pending appeal during the January 13, 2025 hearing. Defense counsel has worked diligently to prepare this request but was not able to complete this filing before today, January 22, 2025.

4. This *ex parte* application is necessary because there is not enough time to file a regularly noticed motion to be heard before the February 17, 2025 self-surrender date.

5. On January 21, 2025, I emailed AUSA Valerie Makarewicz to seek her position on bond pending appeal and her position on the *ex parte* application (so that the request to be heard on shortened time). Ms. Makarewicz responded and confirmed the government opposes both bond and the *ex parte* filing. I asked if the government would agree to ask the Court for an extended self-surrender date if the government preferred a regularly noticed motion schedule (versus the instant *ex parte* filing). Mr. Makarewicz declined.

6. To allow enough time between the Court's ruling on this request (and any appeal to the Ninth Circuit appeal on the bond issue), and to ensure Mr. Chrismas is not irreparably harmed by having to surrender to custody while this bond issue is outstanding, the defense respectfully requests:

   a. that if the Court requires a hearing on this matter, that any hearing be set on or before February 7, 2025; *or alternatively*,

    b.  that the Court continue Mr. Chrismas' self-surrender date to on or after March 10, 2025 to permit briefing on a motion schedule.

  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 22nd day of January 2025 in Los Angeles, California.

Dated: January 22, 2025        Respectfully submitted,
                     Summa LLP

                     */s/ Jennifer L. Williams*
                     Jennifer L. Williams
                     Megan A. Maitia
                     Attorneys for Defendant
                     DOUGLAS J. CHRISMAS

DECL. OF COUNSEL ISO DEF'S EX PARTE APPLICATION FOR AN ORDER FOR BOND PENDING APPEAL