# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS J. CHRISMAS, <br><br> Defendant. | Case No. 2:21-CR-00127-MCS <br><br> **[PROPOSED] ORDER** |

    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant's *ex parte* application for bond pending appeal is GRANTED. Mr. Chrismas shall remain on bond under the current bond conditions while his appeal in Ninth Circuit Case No. 25-324 remains pending.

    IT IS SO ORDERED.

Dated:

                                                     HONORABLE MARK C. SCARSI <br>
                                                     United States District Judge