JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY DOTSON GREER
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-0756
    Facsimile:    (213) 894-6265
    E-mail:    Valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | DECLARATION OF AUSA VALERIE L. MAKAREWICZ IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER FOR BOND PENDING APPEAL; EXHIBIT |
| v. | |
| DOUGLAS J. CHRISMAS, | |
| Defendant. | |

**DECLARATION OF AUSA VALERIE L. MAKAREWICZ**

I, Valerie L. Makarewicz, declare as follows:

1. I am an Assistant United States Attorney assigned to this case. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto and marked Exhibit 1 is a copy of the email communication between myself and defense counsel dated January 21, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 23, 2025.

_____
Valerie L. Makarewicz