JENNIFER L. WILLIAMS (Bar No. 268782)
Email: jenn@summallp.com
MEGAN A. MAITIA (Bar No. 285271)
Email: megan@summallp.com
HAYLEY E. HUNTLEY (Bar No. 351438)
Email: hayley@summallp.com
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone:  (213) 260-9456
Facsimile:  (213) 835-0939

Attorney for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00127-MCS |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT DOUGLAS J. CHRISMAS'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER FOR BOND PENDING APPEAL** |
| DOUGLAS J. CHRISMAS, | |
| Defendant. | |

DECL. ISO REPLY ISO DEFENDANT'S *EX PARTE* APP. FOR AN ORDER FOR BOND PENDING APPEAL

## DECLARATION OF JENNIFER L. WILLIAMS

I, Jennifer Williams, declare as follows:

1. I am an attorney at law licensed in the State of California and before the United States District Court for the Central District of California. Along with my partner Megan A. Maitia, my firm represents Douglas Chrismas in the above-captioned case.

2. On February 7, 2025, Mr. Chrismas paid the $300 mandatory special assessment and $1,000 restitution payment, both of which were due immediately following this Court's criminal judgment. Attached as Exhibit A are true and correct copies of cashier's checks for these payments and U.S. District Court Receipt No. 27350.

3. On February 6, 2025, I exchanged emails with AUSA Valerie Makarewicz. I asked her if the government would agree to a short continuance of Mr. Chrismas's self-surrender date so that it was not the same day as the hearing on this motion for bond pending appeal. I explained that Mr. Chrismas wanted to avoid making drastic arrangements for his surrender, such as vacating his apartment, if in fact he can continue on bond pending appeal. Ms. Makarewicz did not agree to our request. Then, in the government's February 10, 2025 opposition brief, the government argued that Mr. Chrismas will "soon vacate" his apartment, apparently based on my February 6 email to Ms. Makarewicz. On February 12, 2025, I asked Ms. Makarewicz to correct this misleading statement to the Court; she declined. Attached as Exhibit B are true and correct copies of my February 6 and 12 emails with Ms. Makarewicz.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 24th day of February 2025 in Los Angeles, California.

_Jennifer L. Williams_
Jennifer L. Williams