# Exhibit A

Generated: Feb 7, 2025 10:50AM                                                                          Page 1/1



## U.S. District Court

### California Central - Los Angeles

Receipt Date: Feb 7, 2025 10:50AM

Douglas J Chrismas

Rcpt. No: 27350      Trans. Date: Feb 7, 2025 10:50AM      Cashier ID: #JJ

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | 2:21-cr-00127<br>**FBO**: Douglas J Chrismas | 1 | 1300.00 | 1300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #7031 | 01/16/2025 | | $1,000.00 |
| CH | Check | #7032 | 01/16/2025 | | $300.00 |
| | | | Total Due Prior to Payment: | | $1,300.00 |
| | | | Total Tendered: | | $1,300.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**CASHIER'S CHECK** — 9502547031

CHASE

Remitter: ART COLLECTION DEVELOPMENT, LLC
Date: 01/16/2025
Void after 7 years

Pay To The Order Of: CLERK, U.S. DISTRICT COURT

Pay: ONE THOUSAND DOLLARS AND 00 CENTS

$** 1,000.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑃9502547031⑃ ⑉122100024⑉ 806002234⑃

---

**CASHIER'S CHECK** — 9502547032

CHASE

Remitter: ART COLLECTION DEVELOPMENT, LLC
Date: 01/16/2025
Void after 7 years

Pay To The Order Of: CLERK, U.S. DISTRICT COURT

Pay: THREE HUNDRED DOLLARS AND 00 CENTS

$** 300.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑃9502547032⑃ ⑉122100024⑉ 806002234⑃