# Exhibit B



Megan Maitia <megan@summallp.com>

## Chrismas Bond Motion/Surrender Date
3 messages

**Makarewicz, Valerie (USACAC)** <Valerie.Makarewicz@usdoj.gov>  Thu, Feb 6, 2025 at 1:40 PM
To: Jennifer Williams <jenn@summallp.com>, Megan Maitia <megan@summallp.com>

Hello to you both,
I need a few more days with the opp to the bond pending appeal and have a conflict with the hearing date. Would you be amenable to moving the hearing to 3/10, along with his surrender date, thereby giving me an additional week to oppose and you an additional week to reply? VLM


Valerie Makarewicz
Assistant United States Attorney
1100 U.S Courthouse
312 North Spring Street
Los Angeles, California 90012
Tel: (213) 894-0756
E-mail:valerie.makarewicz@usdoj.gov

---

**Jennifer Williams** <jenn@summallp.com>  Thu, Feb 6, 2025 at 2:59 PM
To: "Makarewicz, Valerie (USACAC)" <Valerie.Makarewicz@usdoj.gov>
Cc: Megan Maitia <megan@summallp.com>

Hi Valerie -- we are clear on 3/10 and are okay with moving the hearing and briefing dates; but, we'd ask that the surrender date be one week later, on 3/17. The reason is that Douglas would otherwise have to give up his apartment and make all arrangements to go into custody before having a ruling on the bond. If he does get bond pending appeal, he'll have nothing to go back to.

Thanks,
Jenn


Jennifer L. Williams (she/her)
Summa LLP
1010 Sycamore Ave. Unit 117
South Pasadena, CA 91030
Office: (213) 260-9456
www.summaLLP.com

[Quoted text hidden]

---

**Makarewicz, Valerie (USACAC)** <Valerie.Makarewicz@usdoj.gov>  Thu, Feb 6, 2025 at 3:33 PM
To: Jennifer Williams <jenn@summallp.com>
Cc: Megan Maitia <megan@summallp.com>

I see and understand. Let me check with someone about my other matter in Riverside that day and get back to you on whether I can move that hearing instead. VLM

**From:** Jennifer Williams <jenn@summallp.com>
**Sent:** Thursday, February 6, 2025 2:59 PM



Megan Maitia <megan@summallp.com>

## Chrismas Self-Surrender Date
2 messages

---

**Jennifer Williams** <jenn@summallp.com>                                        Wed, Feb 12, 2025 at 5:49 PM
To: Valerie Makarewicz <Valerie.Makarewicz@usdoj.gov>
Cc: Megan Maitia <megan@summallp.com>, Hayley Huntley <hayley@summallp.com>

Counsel - we are asking to extend Mr. Christmas's self surrender date to 3/10 (the date you proposed when seeking to extend your briefing deadline).  This is because, as I explained in my earlier email, if his surrender date is on the same day as his hearing, he *would* have to vacate his apartment and, if granted bond, would have nothing to return to.  (This is mischaracterized in your recent filing, as you assert that he is soon vacating and will have no place to live.... implying that makes him a further flight risk).

I assume you will oppose stipulating to this, and we will therefore need to seek an ex parte application noting your opposition.  We believe an EPA is appropriate as he will otherwise be irreparably impaired.  Of course, if you are amenable to the extension, please advise and we will prepare a stipulation.

Jennifer L. Williams (she/her)
Summa LLP
1010 Sycamore Ave. Unit 117
South Pasadena, CA 91030
Office: (213) 260-9456
www.summaLLP.com

---

**Makarewicz, Valerie (USACAC)** <Valerie.Makarewicz@usdoj.gov>                  Thu, Feb 13, 2025 at 9:47 AM
To: Jennifer Williams <jenn@summallp.com>
Cc: Megan Maitia <megan@summallp.com>, Hayley Huntley <hayley@summallp.com>

Government opposes.  VLM

**From:** Jennifer Williams <jenn@summallp.com>
**Sent:** Wednesday, February 12, 2025 5:49 PM
**To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>
**Cc:** Megan Maitia <megan@summallp.com>; Hayley Huntley <hayley@summallp.com>
**Subject:** [EXTERNAL] Chrismas Self-Surrender Date

[Quoted text hidden]