Jennifer L. Williams (Bar #268782)
(E Mail: jenn@summallp.com)
Megan A. Maitia (Bar #285271)
Summa LLP
1010 Sycamore Ave., Unit 117, South Pasadena, CA 91030

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-CR-00127-MCS |
| v. | |
| DOUGLAS J. CHRISMAS | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1) DECLARATION OF COUNSEL

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| February 25, 2024 | Jennifer L. Williams |
|---|---|
| Date | Attorney Name |
| | Douglas J. Chrismas |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING