MEGAN A. MAITIA (Bar No. 285271)
megan@summaLLP.com
JENNIFER L. WILLIAMS (Bar No. 268782)
jenn@summaLLP.com)
SUMMA LLP
1010 Sycamore Avenue, Unit 117
South Pasadena, California 91030
Telephone:  (213) 260-9455/52/56
Facsimile:   (213) 835-0939

Attorneys for Defendant
DOUGLAS J. CHRISMAS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00127-MCS<br><br>***EX PARTE* APPLICATION FOR ORDER PERMITTING *IN CAMERA* AND UNDER SEAL SUBMISSION OF DECLARATION OF COUNSEL** |

　　　　Douglas J. Chrismas, by and through counsel Jennifer L. Williams and Megan A. Maitia, applies to this Court *ex parte* for an order permitting an *in camera* and under seal filing of declaration of counsel. This application is based upon the attached declaration of Jennifer L. Williams.

Dated: February 25, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Summa LLP

　　　　　　　　　　　　　　　　　　　 */s/ Jennifer L. Williams*
　　　　　　　　　　　　　　　　　　　Jennifer L. Williams
　　　　　　　　　　　　　　　　　　　Megan A. Maitia
　　　　　　　　　　　　　　　　　　　Attorneys for Def. DOUGLAS J. CHRISMAS

## DECLARATION OF JENNIFER L. WILLIAMS

I, Jennifer L. Williams, declare as follows:

1. I am an attorney at law licensed in the State of California and this federal judicial district. Along with my partner Megan A. Maitia, my firm represents Defendant Douglas J. Chrismas in the above-captioned case.

2. On November 19, 2024, the Court granted Mr. Chrismas' motion for permission to transfer $10,000 or more for the sole purpose of paying legal fees and expenses. (Dkt. 223.) During the motions hearing, the Court ordered defense counsel to submit under seal and *in camera* updates to apprise the Court when Mr. Chrismas makes payments to defense counsel for legal fees and expenses.

3. This *ex parte* application to make an under seal and *in camera* filing is solely related to this Court order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 25, 2025

Respectfully submitted,
Summa LLP

 /s/ Jennifer L. Williams
Jennifer L. Williams
Megan A. Maitia

Attorneys for Defendant
DOUGLAS J. CHRISMAS