|  | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | FEB 10 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>DOUGLAS J CHRISMAS,<br><br>    Defendant - Appellant. | No. 25-324<br><br>D.C. No.<br>2:21-cr-00127-MCS-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry Nos. 3 & 4) by retained counsel Megan A. Maitia and Jennifer L. Williams of Summa LLP to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

The motion (Docket Entry No. 4) to seal the exhibit to the motion is also granted. The clerk will maintain Docket Entry No. 4 under seal and ex parte.

Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

The opening brief is due May 12, 2025. The answering brief is due June 11, 2025. The optional reply brief is due within 21 days after service of the answering brief.

The clerk will serve this order on former counsel and appellant individually.