UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS J. CHRISMAS,<br><br>　　　　Defendant. | Case No. 2:21-CR-00127-MCS-1<br><br>**ORDER ON EX PARTE APPLICATION PERMITTING *IN CAMERA* AND UNDER SEAL SUBMISSION OF DECLARATION OF COUNSEL (ECF No. 258)** |

　　Good cause having been shown, Mr. Chrismas' *ex parte* application is granted, and the Declaration of Counsel shall be filed *in camera* and under seal.

Dated: February 26, 2025

　　　　　　　　　　　　　　　　　　*/s/ Mark C. Scarsi*
　　　　　　　　　　　　　　　　　　Honorable Mark C. Scarsi
　　　　　　　　　　　　　　　　　　United States District Judge